# UNITED STATES DISTRICT COURT
## District of Columbia

S. FREDDY LLERENA-ASPIAZU
14001 Gallop Terrace
Germantown, MD 20878

**SUMMONS IN A CIVIL CASE**

V.

ANSCHUTZ D.C. SOCCER, L.L.C., dba
D.C. UNITED, and

D.C. UNITED, L.L.C., and

HRISTO STOITCHKOV, and        CASE NUMBER: 06-0343 RWR

MAJOR LEAGUE SOCCER, L.L.C.

TO: (Name and address of Defendant)  Major League Soccer, L.L.C.
                                     Serve:  Prentice-Hall Corp. System, Inc.
                                             1090 Vermont Avenue, N.W.
                                             Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roger C. Johnson, Esquire
Andrew W. Cohen, Esquire
Koonz, McKenney, Johnson, DePaolis
  & Lightfoot, LLP
2001 Pennsylvania Avenue, N.W.
Suite 450
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 28 2006
CLERK                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3-2-06 |
|---|---|
| NAME OF SERVER (PRINT) Scott Crawford | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Registered Agent Prentice-Hall Corp Renee Rice at 1090 Vermont Ave. # 430 N W Washington D.C. 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-2-06
              Date

Signature of Server

9923 Gable Ridge Terr. Rockville, Md.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.