IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPLAZU | * |
| Plaintiff | * |
| v. | *   Case: 06-0343-PWR |
| ANSCHUTZ DC SOCCER, LLC, ET AL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This case having come before the Court on defendants Anschutz DC Soccer, LLC and DC United, LLC's Consent Motion for Extension to Answer Complaint, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this _____ day of March, 2006,

ORDERED that defendants Consent Motion is hereby GRANTED; and it is further hereby

ORDERED that defendants' Answer shall be filed with this Court on or before March 29, 2006.

_____
JUDGE

cc: Roger C. Johnson, Esquire
    Mary Malloy Dimaio, Esquire