UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S. FREDDY LLERENA-ASPIAZU<br>14001 Gallop Terrace<br>Germantown, Maryland  20878<br><br>*Plaintiff,*<br>v.<br><br>D.C. UNITED L.L.C.<br>RFK Stadium<br>2400 East Capitol Street S.E.<br>Washington, D.C. 20003<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 1:06CVO0343  (RW) |

**ENTRY OF APPEARANCE FOR DEFENDANT D.C. UNITED L.L.C.**

Please note the entry of appearance of Dennis M. Hart, Butera & Andrews, 1301 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20004 as counsel for defendant D.C. United L.L.C.

Respectfully submitted,

BUTERA AND ANDREWS

_____
Dennis M. Hart, # 935643
1301 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20004
(202) 347.6875
FAX (202) 347.6876

Attorney for Defendant D.C.United L.L.C.

## Certificate of Service

The undersigned certifies that a copy of the foregoing Entry of Appearance was served this 21st day of March, 2006 by first class mail upon the following:

> Roger C. Johnson
> Andrew W. Cohen
> Koonz, McKenney, Johnson, DePaolis & Lightfoot
> 2001 Pennsylvania Avenue N.W.
> Suite 450
> Washington, D.C. 20006

_____
Dennis M. Hart