UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S. FREDDY LLERENA-ASPIAZU<br>14001 Gallop Terrace<br>Germantown, Maryland  20878<br><br>*Plaintiff,*<br>v.<br><br>D.C. UNITED L.L.C.<br>RFK Stadium<br>2400 East Capitol Street S.E.<br>Washington, D.C. 20003<br><br>*Defendant.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | No. 1:06CVO0343  (RW) |

## UNOPOSED MOTION BY DEFENDANT D.C.UNITED L.L.C. FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO COMPLAINT

Defendant D.C. United L.L.C., by its counsel, hereby moves the Court for an extension of time in which to answer or otherwise respond to the initial complaint in this matter. Pursuant to Fed.R.Civ. P. 6(b), movant would ask the Court to consider the following:

1. An initial complaint in this matter was filed on February 28, 2006.

2. Service was made upon Defendant D.C. United L.L.C. by way of its registered agent on March 2, 2006. Pursuant to Fed.R.Civ. P. 12(a)(1)(A), a responsive answer is due by March 22, 2006.

3. Counsel for Defendant D.C.United L.L.C. and counsel for Plaintiff have entered into discussions on the appropriateness of Defendant D.C.United L.L.C. as a proper defendant in this matter. As a result, D.C.United L.L.C. seeks an extension of

time of 30 days in which to answer or otherwise respond to the initial complaint in this matter.

4. Andrew W. Cohen, counsel for Plaintiff, has indicated to the undersigned that Plaintiff does not oppose the request for a 30 day extension of time.

**WHEREFORE,** Defendant D.C.United L.L.C. respectfully requests an extension of 30 days to file an answer or other responsive pleading to the initial complaint.

Respectfully submitted,

BUTERA AND ANDREWS

_____
Dennis M. Hart, # 935643
1301 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20004
(202) 347.6875
FAX (202) 347.6876

Attorney for Defendant D.C.United L.L.C.

### Certificate of Service

The undersigned certifies that a copy of the foregoing Motion for Extension of Time was served this 21st day of March, 2006 by first class mail upon the following:

Roger C. Johnson
Andrew W. Cohen
Koonz, McKenney, Johnson, DePaolis & Lightfoot
2001 Pennsylvania Avenue N.W.
Suite 450
Washington, D.C. 20006

_____
Dennis M. Hart

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| S. FREDDY LLERENA-ASPIAZU<br>14001 Gallop Terrace<br>Germantown, Maryland  20878<br><br>*Plaintiff,*<br>v.<br><br>D.C. UNITED L.L.C.<br>RFK Stadium<br>2400 East Capitol Street S.E.<br>Washington, D.C. 20003<br><br>*Defendant.* | * * * * * * * * * * * * * * | No. 1:06CVO0343  (RW) |

## ORDER

This matter having come before the Court on the Defendant D.C.United L.L.C.'s motion for extension of time in which to answer the initial complaint and upon a review of the record and the position of the Plaintiff, it is this ___ day ordered that the motion is granted and the Defendant D.C. United L.L.C. shall not be required to file an answer or other responsive pleading before April 21, 2006.

_____
Hon. Richard W. Roberts

Copies:
Roger C. Johnson
Andrew W. Cohen
Koonz, McKenney, Johnson, DePaolis & Lightfoot
2001 Pennsylvania Avenue N.W.
Suite 450
Washington, D.C. 20006

Dennis M. Hart
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004