IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPLAZU | * | |
| Plaintiff | * | |
| v. | * | Case:  06-0343-PWR |
| ANSCHUTZ DC SOCCER, LLC, ET AL | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION TO ANSWER COMPLAINT

Defendants, Anschutz DC Soccer LLC d/b/a DC United and DC United, LLC, by undersigned counsel, and with the consent of plaintiff, move pursuant to the Rules of this Court, for an extension of time to Answer the Complaint, and state:

1.   Plaintiff filed his Complaint on or about February 27, 2006 with this Honorable Court.

2.   Defendants request an extension of time to March 29, 2006 to respond or otherwise answer the Complaint of A. Freddy Llerenz-Asplazu.

3.   Plaintiff's counsel has consented to the relief sought in this motion.

WHEREFORE, defendants, Anschutz DC Soccer, LLC d/b/a DC United and DC United, LLC, by undersigned counsel, and with the consent of plaintiff's counsel, move for an extension of time to March 29, 2006 to Answer the Complaint of the plaintiff.

LAW OFFICE OF MAHER & ASSOCIATES

_____
Mary Malloy Dimaio #464100
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD  21204
410.769.8100          Fax:  410.769.8344
Attorney for Defendants Anschutz DC Soccer,
   LLC and DC United, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March, 2006, a copy of the foregoing Consent Motion for Extension to Answer Complaint was efiled with the Court and served on Roger C. Johnson, Esquire, 2001 Pennsylvania Avenue, NW, Suite 450, Washington, DC, 20006, Attorney for Plaintiff.

_____
Mary Malloy Dimaio

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPLAZU | * |
| Plaintiff | * |
| v. | *   Case:  06-0343-PWR |
| ANSCHUTZ DC SOCCER, LLC, ET AL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

This case having come before the Court on defendants Anschutz DC Soccer, LLC and DC United, LLC's Consent Motion for Extension to Answer Complaint, and the facts and matters alleged therein having been read in conjunction with all applicable law, it is this _____ day of March, 2006,

ORDERED that defendants Consent Motion is hereby GRANTED; and it is further hereby

ORDERED that defendants' Answer shall be filed with this Court on or before March 29, 2006.

_____
JUDGE

cc:   Roger C. Johnson, Esquire
      Mary Malloy Dimaio, Esquire