IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A. FREDDY LLERENA-ASPLAZU             *

    Plaintiff                                          *

v.                                                              *     Case: 06-0343-PWR

ANSCHUTZ DC SOCCER, LLC, ET AL      *

    Defendants                                      *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER

Defendants, Anschutz DC Soccer LLC d/b/a DC United and DC United, LLC, by undersigned counsel, answer Plaintiff's First Amended Complaint as follows:

1. Admitted in part and denied in part. Defendants admit that the matter in controversy is between citizens of different states and a subject of a foreign state, but deny the remainder of the allegations in paragraph 1.

2. Admitted.

3. Defendants are without sufficient information to admit or deny paragraph 3, and so deny same.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Admitted in part and denied in part. Defendants admit that Defendant Stoitchkov is or was a citizen of the Republic of Bulgaria, but deny the remainder of the allegations in paragraph 8.

9. Admitted in part and denied in part. Defendants admit that Defendant MLS is a professional soccer league, but denies the remainder of the allegations in paragraph 9.

10. Defendants are without sufficient information to admit or deny the allegations of paragraph 10, and so deny same.

11. Admitted.

12. Admitted in part and denied in part. Defendants admit that Defendant Stoichkov received a six-month suspension while playing for Barcelona, but denies the remainder of the allegations in paragraph 12.

13. Admitted.

14. Defendants are without sufficient information to admit or deny the allegations of paragraph 14, and so deny same.

15. Denied.

16. Admitted in part and denied in part. Defendants admit that Plaintiff suffered a leg fracture during the game on March 25, 2003, but deny the remainder of the allegations of paragraph 16.

17. Admitted in part and denied in part. Defendants admit that Defendant Stoichkov was issued a red card and was ejected from the game, but deny the remainder of the allegations of paragraph 17.

18. Admitted in part and denied in part. Defendants admit that Plaintiff was carried off the field and taken away by ambulance, but is without sufficient information to admit or deny the remainder of the allegations of paragraph 18, and so deny same.

19. Admitted in part and denied in part. Defendants admit that Plaintiff suffered a physical injury, but are without sufficient information to admit or deny the remainder of the

allegations of paragraph 19, and so deny same.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

### Affirmative Defenses

1. Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted against these Defendants

2. Plaintiff's claims are barred by the applicable statute of limitations.

3. Plaintiff's claims are barred by his contributory negligence.

4. Plaintiff assumed the risk.

5. Plaintiff's injuries and damages were caused by persons over whom these Defendants had no control nor right of control.

6. Plaintiff's claims are barred by release, waiver, estoppel and accord and satisfaction.

WHEREFORE, having fully answered the First Amended Complaint, Defendants pray

that it be dismissed and that they be awarded costs and fees.

                                     LAW OFFICE OF MAHER & ASSOCIATES

*/s/ Mary Malloy Dimaio*
Mary Malloy Dimaio #464100
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
410.769.8100   Fax: 410.769.8344
Attorney for Defendants Anschutz DC Soccer,
LLC and DC United, LLC

### DEMAND FOR JURY TRIAL

Defendants demand a trial by jury on all counts.

*/s/ Mary Malloy Dimaio*
Mary Malloy Dimaio

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2006, a copy of the foregoing Answer was efiled with the Court and served on Roger C. Johnson, Esquire, 2001 Pennsylvania Avenue, NW, Suite 450, Washington, DC, 20006, Attorney for Plaintiff.

*/s/ Mary Malloy Dimaio*
Mary Malloy Dimaio