IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| ANSCHUTZ D.C. SOCCER, L.L.C., | * | |
| MAJOR LEAGUE SOCCER, *et al.* | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ANSWER TO AMENDED COMPLAINT

Defendant, Major League Soccer, L.L.C. ("Major League Soccer"), by its undersigned attorney, answers the Complaint and states as follows:

1. The allegations contained in Paragraph 1 asserts a legal conclusion and therefore, no response is required.

2. The allegations contained in Paragraph 2 assert a legal conclusion and therefore, no response is required.

3. Major League Soccer is without sufficient information and belief to admit or deny the allegations contained in paragraph 3 of the Amended Complaint.

4. Major League Soccer is without sufficient information and belief to admit or deny the allegations contained in paragraph 4 of the Amended Complaint.

5. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 5 of the Amended Complaint.

6. Major League Soccer denies the allegations contained in paragraph 6 of the Amended Complaint.

7. It is admitted that the Plaintiff collectively refers to Anschutz D.C. Soccer, L.LC., dba Major League Soccer; Anschutz Entertainment Group, Inc.; and Major League Soccer, L.L.C. as "Major League Soccer" throughout the Amended Complaint.

8. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 8 of the Amended Complaint.

9. Major League Soccer denies the allegations contained in paragraph 9 of the Amended Complaint, except it admits the first sentence of paragraph 9.

10. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 10 of the Amended Complaint.

11. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 11 of the Amended Complaint.

12. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 12 of the Amended Complaint.

13. Major League Soccer admits the allegations contained in paragraph 13 of the Amended Complaint.

14. Major League Soccer admits the allegations contained in paragraph 14 of the Amended Complaint.

15. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 15 of the Amended Complaint.

16. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 16 of the Amended Complaint.

17. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 17 of the Amended Complaint.

18. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 18 of the Amended Complaint.

19. Major League Soccer is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 19 of the Amended Complaint.

20. Major League Soccer incorporates by reference the answers set forth in connection with Paragraphs 1 through 19 above and denies the remaining allegations in paragraph 20.

21. Major League Soccer denies the allegations contained in paragraph 21 of the Amended Complaint.

22. Major League Soccer denies the allegations contained in paragraph 22 of the Amended Complaint.

23. Major League Soccer denies the allegations contained in paragraph 23 of the Amended Complaint.

24. Major League Soccer incorporates by reference the answers set forth in connection with Paragraphs 1 through 23 above and denies the remaining allegations in paragraph 24.

25. Major League Soccer denies the allegations contained in paragraph 25 of the Amended Complaint.

26. Major League Soccer denies the allegations contained in paragraph 26 of the Amended Complaint.

27. Major League Soccer denies the allegations contained in paragraph 27 of the Amended Complaint.

28. Major League Soccer incorporates by reference the answers set forth in connection with Paragraphs 1 through 27 above and denies the remaining allegations in paragraph 28.

29. Major League Soccer denies the allegations contained in paragraph 29 of the

Amended Complaint.

30. The allegations contained in Paragraph 2 do not assert any claims against Major League Soccer and therefore, no response is required.

**FIRST AFFIRMATIVE DEFENSE**

The Amended Complaint fails to state a claim upon which relief can be granted, or upon which relief can be granted against Major League Soccer.

**SECOND AFFIRMATIVE DEFENSE**

The claims set forth against Major League Soccer in the Amended Complaint are barred by the doctrine of contributory negligence.

**THIRD AFFIRMATIVE DEFENSE**

The claims set forth against Major League Soccer in the Amended Complaint are barred by the doctrine of assumption of risk.

**FOURTH AFFIRMATIVE DEFENSE**

The claims set forth against Major League Soccer in the Amended Complaint are barred by the statute of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

The claims set forth against Major League Soccer in the Amended Complaint are barred by the doctrines of waiver, release, and estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

Major League Soccer specifically denies that it could be liable to the Plaintiff in any manner or any theory set forth in the Complaint; if, however, Major League Soccer could be found liable to the Plaintiff on any theory or theories of liability set forth in the Amended Complaint, then such acts of Major League Soccer were passive.

**SEVENTH AFFIRMATIVE DEFENSE**

Major League Soccer specifically denies that the claims set forth in the Amended Complaint fall within the scope of employment of Defendant Stoitchkov.

**EIGHTH AFFIRMATIVE DEFENSE**

Major League Soccer reserves the right to amend this Answer to add additional defenses if they become apparent from further discovery.

**WHEREFORE,** Defendant, Major League Soccer, requests the entry of an Order:

A. Dismissing this case;

B. Awarding to it its costs and expenses, including attorneys' fees; and

C. Granting to it such other and further relief as may be justified.

/s/ Daniel R. Lanier
Daniel R. Lanier
Federal Bar No. 04504
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Attorneys for Defendant,
Major League Soccer, L.L.C.