# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **A. FREDDY LLERENA-ASPIAZU**<br>14001 Gallop Terrace<br>Germantown, MD  20874, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | Civil Action No.<br>1:06CV00343 (RWR) |
| | : | |
| **ANSCHUTZ D.C. SOCCER, L.L.C., dba**<br>**D.C. UNITED,** | : | |
| | : | |
| SERVE:    CT Corporation System<br>1015 15th Street, N.W.<br>Suite 1000<br>Washington, DC  20005, | : | |
| | : | |
| **ANSCHUTZ ENTERTAINMENT**<br>**GROUP, INC.**<br>1100 South Flower Street<br>Los Angeles, CA  90015 | : | |
| | : | |
| SERVE:    Ted Fikre<br>1100 South Flower Street<br>Suite 3200<br>Los Angeles, CA  90015, | : | |
| | : | |
| **D.C. UNITED, L.L.C.,**<br>RFK Stadium<br>2400 East Capitol Street, S.E.<br>Washington, DC  20003, | : | |
| | : | |
| SERVE:    National Registered Agents, Inc.<br>1090 Vermont Avenue, N.W., #910<br>Washington, DC  20005, | : | |
| | : | |
| **HRISTO STOITCHKOV,**<br>Address currently unknown<br>Republic of Bulgaria, | : | |
| | : | |
| **and** | : | |

**MAJOR LEAGUE SOCCER, L.L.C.**        :
110 E. 42nd Street        :
10th Floor        :
New York, NY 10013,        :
       :
SERVE:     Prentice-Hall Corp. System, Inc.    :
             1090 Vermont Avenue, N.W.     :
             Washington, DC 20005,        :
       :
       **Defendants.**           :

# NOTICE OF APPEARANCE

Please note the appearance of Andrew W. Cohen, Koonz, McKenney, Johnson,

DePaolis & Lightfoot, L.L.P., at the address below, as counsel for Plaintiff A. Freddy

Llerena-Aspiazu.

       Respectfully submitted,


       KOONZ, McKENNEY, JOHNSON,
       DePAOLIS & LIGHTFOOT, L.L.P.


By:_____
     Andrew W. Cohen (D.C. Bar #441149)
     2001 Pennsylvania Avenue, N.W.
     Suite 450
     Washington, DC 20006
     Tel: (202) 659-5500
     Attorneys for Plaintiff

Date: April 14, 2006