NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

KOONZ, McKENNEY, JOHNSON, DePAOLIS & LIGHTFOOT, LLP
Roger C. Johnson, Esq.
Andrew W. Cohen, Esq.
2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
Attorneys for: **Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPIAZU 14001 GALLOP TERRACE GERMANTOWN, MD 20874,<br><br>Plaintiff,<br>v.<br><br>ANSCHUTZ D.C. SOCCER, L.L.C., dba D.C. UNITED, et al.,<br><br>Defendants, | CASE NUMBER<br><br>**1:06CV00343 (RWR)**<br><br><br>**PROOF OF SERVICE-<br>SUMMONS AND COMPLAINT** |

1. At the time of service I was at least 18 years of age and not a party to this action and I served the copies of the:
   a. [X] summons in a civil case    [ ] complaint    [ ] alias summons    [X] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] Other:  **Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form**

2. **Person served**
   a. [X] Defendant (name): **Anschutz Entertainment Group, Inc.**

   b. [X] Other (*specify name and title or relationship to the party/business named*): **John E. Keenda III, authorized person to accept service of process**

   c. [X] Address where papers were served: **1100 South Flower Street, Suite 3200, Los Angeles, California 90015**

3. Manner of service in compliance with:    (The appropriate box *must* be checked):
   a. [X] Federal Rules of Civil Procedure
      [ ] California Code of Civil Procedure

4. I served the person named in item 2
   a. [X] By **Personal** service. By personally delivering copies. If the person is a minor, by leaving copies with a parent guardian conservator or similar fiduciary and to the minor if at least 12 years of age.

      1. [X] papers were served on (date): **05/04/06** at (time): **2:40 p.m.**

   b. [ ] By Substituted service. By leaving copies:

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served, in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2 [ ] (business) or a person apparently in-charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] papers were served on (date):_____ at (time):_____

      4. [ ] by mailing (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place where the copies were left in item 2(C).

      5. [ ] papers were mailed on (date):_____

      6. [ ] due diligence: I made at least three (3) attempts to personally serve the defendant

c.     [ ] **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two(2) copies of the form of waiver of Service of Summons and Complaint and a return envelope postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and complaint)**

d.     [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P.4(b))(C.C.P. 416.10) By delivering during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e.     [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving, during usual office hours, a copy of the summons and complaint in the office of the person to be served with the person who apparently was in-charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the person at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State Requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f.     [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g.     [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt to the person served.)**

h.     [ ] Other (specify code section and type of service): _____

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

    a.     [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

       Name of person served: _____
                                                              (PRINT NAME)

       Title of person served: _____
                                                               (PRINT NAME)

       Date and time of service:_____ at _____ AM/PM _____

    b.     [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served.)**

    c.     [ ] By sending a copy of the summons and complaint by registered or certified ail to the officer, agency or corporation. **(Attach signed return receipt or other evidence of actual receipt by the person served.)**

6. At the time of service, I was at least 18 years of age and not a party to this action.

7. Person Serving (name, address and Telephone number):

| | |
|---|---|
| **George Silva** | Fee for service: $ |
| **Ace Messenger and Attorney Service, Inc.** | Registered California process server |
| 811 Wilshire Boulevard, Suite 900 | Employee or independent contractor. |
| Los Angeles, California 90017 | Registration No.: **3886** |
| (213) 623-3979 | County: **LOS ANGELES** |

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 5, 2006**

                                                                  *signature*