IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| ANSCHUTZ D.C. SOCCER, L.L.C., D.C. UNITED, *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance of Brian W. Casto of Miles & Stockbridge P.C. as additional counsel for Defendants D.C. United, L.L.C. and Major League Soccer, L.L.C. in the above-captioned matter. Please also add Mr. Casto (bcasto@milesstockbridge.com) to the electronic filing notification list.

Respectfully submitted,

/s/

Daniel R. Lanier
Federal Bar No. 04504
Brian W. Casto
Federal Bar No. 28010
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Attorneys for Defendants,
D.C. United, L.L.C. and
Major League Soccer, L.L.C.