IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPIAZU | * |
| Plaintiff | * |
| v. | *   Case: 06-0343-PWR |
| ANSCHUTZ DC SOCCER, LLC, ET AL | * |
| Defendants | * |

* * * * * * * * * * * * * * * * *

## ANSWER

Defendant, Anschutz Entertainment Group, Inc., by undersigned counsel, answers Plaintiff's First Amended Complaint as follows:

1. Admitted in part and denied in part. Defendant admits that the matter in controversy is between citizens of different states and a subject of a foreign state, but deny the remainder of the allegations in paragraph 1.

2. Admitted.

3. Defendant is without sufficient information to admit or deny paragraph 3, and so denies same.

4. Defendant admits that Anschutz D.C. Soccer, LLC d/b/a D.C. United is an operator of the D.C. United franchise in Major League Soccer, and is incorporated in Delaware, but denies the remainder of this paragraph.

5. Admitted.

6. Denied.

7. Denied.

8. Admitted in part and denied in part. Defendant admits that Defendant Stoitchkov is or

was a citizen of the Republic of Bulgaria, but denies the remainder of the allegations in paragraph 8.

9. Admitted in part and denied in part. Defendant denies that MLS wholly owns D.C. United, but admits the remainder of the allegations in paragraph 9.

10. Defendants are without sufficient information to admit or deny the allegations of paragraph 10, and so deny same.

11. Admitted.

12. Admitted in part and denied in part. Defendant admits that Defendant Stoichkov received a six-month suspension while playing for Barcelona, but denies the remainder of the allegations in paragraph 12.

13. Admitted.

14. Defendant is without sufficient information to admit or deny the allegations of paragraph 14, and so denies same.

15. Denied.

16. Admitted in part and denied in part. Defendant admits that Plaintiff suffered a leg fracture during the game on March 25, 2003, but denies the remainder of the allegations of paragraph 16.

17. Admitted in part and denied in part. Defendant admits that Defendant Stoichkov was issued a red card and was ejected from the game, but denies the remainder of the allegations of paragraph 17.

18. Admitted in part and denied in part. Defendant admits that Plaintiff was carried off the field and taken away by ambulance, but it is without sufficient information to admit or deny

the remainder of the allegations of paragraph 18, and so denies same.

19. Admitted in part and denied in part. Defendant admits that Plaintiff suffered a physical injury, but are without sufficient information to admit or deny the remainder of the allegations of paragraph 19, and so denies same.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

### Affirmative Defenses

1. Plaintiff's First Amended Complaint fails to state a claim upon which relief may be granted against this Defendant.

2. Plaintiff's claims are barred by the applicable statute of limitations.

3. Plaintiff's claims are barred by his contributory negligence.

4. Plaintiff assumed the risk.

5. Plaintiff's injuries and damages were caused by persons over whom this Defendant

had no control nor right of control.

    6. Plaintiff's claims are barred by release, waiver, estoppel and accord and satisfaction.

WHEREFORE, having fully answered the First Amended Complaint, Defendant prays that it be dismissed and that they be awarded costs and fees.

                                      LAW OFFICE OF MAHER & ASSOCIATES

                                      Mary Malloy Dimaio #464100
                                      502 Washington Avenue
                                      Suite 410 – Nottingham Centre
                                      Towson, MD  21204
                                      410.769.8100       Fax:  410.769.8344
                                      Attorney for Defendant
                                          Anschutz Entertainment Group, Inc.

### DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all counts.

                                                Mary Malloy Dimaio

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>13th</u> day of June, 2006, a copy of the foregoing Answer was efiled with the Court and served on Roger C. Johnson, Esquire, 2001 Pennsylvania Avenue, NW, Suite 450, Washington, DC, 20006, Attorney for Plaintiff, and Daniel R. Lanier, Esquire, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, MD  21202, Attorney for Defendant, Major League Soccer, LLC.

                                                Mary Malloy Dimaio