IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A. FREDDY LLERENA-ASPIAZU,   *

      Plaintiff,   *

v.   *   Civil Action No. 1:06CV00343 (RWR)

ANSCHUTZ D.C. SOCCER, L.L.C.,   *
D.C. UNITED, *et al.*
   *
      Defendants.
   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF ERRATA TO NOTICE OF APPEARANCE

Please note that Brian W. Casto of Miles & Stockbridge P.C. incorrectly entered an appearance on behalf of Defendant D.C. United, L.L.C. Mr. Casto represents only Major League Soccer, L.L.C. in the above-captioned matter.

Respectfully submitted,

/s/

Daniel R. Lanier
Federal Bar No. 04504
Brian W. Casto
Federal Bar No. 28010
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Attorneys for Defendant,
Major League Soccer, L.L.C.