IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:06CV00343 (RWR) |
| | : | |
| ANSCHUTZ D.C. SOCCER, L.L.C., dba | : | |
| D.C. UNITED, et al., | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE PENDING SERVICE ON FOREIGN DEFENDANT

This is a personal-injury case brought by Plaintiff, A. Freddy Llerena-Aspiazu, for serious injuries suffered in April 2003 during an exhibition soccer game between the American University Eagles – for whom Mr. Llerena, then an A.U. freshman, was a player – and D.C. United – the local Major League Soccer franchise – for whom defendant Hristo Stoitchkov was then a player-coach, and who caused Mr. Llerena's injuries.

Plaintiff has brought suit against four corporate defendants – (1) Major League Soccer, (2) Anschutz D.C. Soccer, (3) Anschutz Entertainment Group, and (4) D.C. United – and one individual defendant, namely Mr. Stoitchkov.

All four corporate defendants have been served with, and have answered, Plaintiffs' First Amended Complaint. Mr. Stoitchkov, a Bulgarian national believed to be residing in Bulgaria, has not yet been served. Plaintiff has undertaken a substantial effort to serve Mr. Stoitchkov in Bulgaria through the Hague Convention, and Plaintiff expects that Mr. Stoitchkov will be served. As attested to in the attached Affidavit of Celeste

Ingalls, Plaintiff's foreign-process server, the average time for service of process in Bulgaria is three months, but can take longer.  *See* Ingalls Aff. ¶ 10.  Inasmuch as Plaintiff began the process of attempting to serve Mr. Stoitchkov in April 2006, Plaintiff hopes that he will be served sometime in the next thirty to ninety days.

Accordingly, Plaintiff respectfully moves the Court to postpone the initial scheduling conference currently set for July 25, 2006 at 9:15 a.m. until such time as Mr. Stoitchkov is served and has responded to the complaint, and all the parties will have sufficient time to meet their conferral obligations under Federal Rule of Civil Procedure 26(f) and Local Rule Civil 16.3(a).

Alternatively – if the Court is disinclined to postpone the initial scheduling conference indefinitely – counsel for Plaintiff has a conflict on the date on which the conference currently is scheduled – July 25, 2006.  Counsel for Plaintiff has conferred with counsel for the four corporate defendants, and all counsel are available on September 27 or 28, 2006.

All four corporate defendants have consented to the relief requested in this motion.

> Respectfully submitted,
>
> KOONZ, McKENNEY, JOHNSON,
>   DePAOLIS & LIGHTFOOT, L.L.P.
>
> By: /s/_____
>   Roger C. Johnson (D.C. Bar #940577)
>   Andrew W. Cohen (D.C. Bar #441149)
>   2001 Pennsylvania Avenue, N.W.
>   Suite 450
>   Washington, DC  20006
>   Tel:  (202) 659-5500
>   Attorneys for Plaintiff

Date:  July 3, 2006