# AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**CAPTION:** A. FREDDY LLERENA-ASPIAZU, Plaintiff
v.
ANSCHUTZ D.C. SOCCER, LLC, et al., Defendants

**CASE NO.:** 1:06CV00343 (RWR)

**OREGON**            )
                      ) ss.
**County of Multnomah** )

   I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I specialize in the service of civil process in foreign countries; and

2. The United States and Bulgaria are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention); and

3. In accordance with Rule 4 (f)(1), of the Federal Rules of Civil Procedure, service outside the United States shall be subject to the provisions of the Hague Service Convention; and

4. The private process service industry does not exist in Bulgaria; and

5. Bulgaria declared, upon its accession to the treaty, that it formally objects to any attempt to serve judicial documents by a private party and has designated the Hague Service Convention as the method under which foreign documents may be served within its territory; and

6. Bulgaria has declared that all documents to be served must be translated into Bulgarian, in their entirety; and

7. On April 18, 2006, I forwarded to the Ministry of Justice and European legal Integration (Central Authority), the Summons, First Amended Complaint and Certificate of Service, with Bulgarian translations thereof, to be served upon **Hristo Stoitchkov,** in accordance with the Hague Service Convention; and

8. The Hague Service Convention does not impose an obligatory time frame; and

9. No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

10. It is my current experience that the turnaround time for effected service in Bulgaria in accordance with the Hague Service Convention is approximately 3 months, but has occasionally exceeded six months.

_____

SUBSCRIBED AND SWORN to before me this 19th day of April, 2006.



_____
Notary Public for Oregon

OFFICIAL SEAL
ABBY NEFF
NOTARY PUBLIC-OREGON
COMMISSION NO. 394768
MY COMMISSION EXPIRES AUG. 21, 2009