IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A. FREDDY LLERENA-ASPIAZU                *

     Plaintiff                                        *

v.                                                            *          Case: 06-0343 PWR

ANSCHUTZ DC SOCCER, LLC, ET AL          *

     Defendant                                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of Daniel R. Lanier, Esquire and Brian W. Casto,

Esquire, in the place of Mary Malloy Dimaio, Esquire as counsel for defendants, Anschutz D.C.

Soccer, LLC d/b/a D. C. United, D. C. United, LLC, and Anschutz Entertainment Group, Inc. in

the captioned matter.

MILES & STOCKBRIDGE, P.C.

Daniel R. Lanier, #04504
Brian W. Casto, #28010
10 Light Street
Baltimore, MD  21202
401.727.6464
Attorneys for Defendants, Major League Soccer,
   LLC, Anschutz D.C. Soccer, LLC d/b/a D. C.
   United, D.C. United, LLC and Anschutz
   Entertainment Group, Inc.

LAW OFFICE OF MAHER & ASSOCIATES

Mary Malloy Dimaio, #MD06794
502 Washington Avenue
Suite 410 - Nottingham Centre
Towson, MD  21204
410-769-8100


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _26ᵀᴴ_ day of _July_____, 2006, a copy of the foregoing Substitution of Counsel was served electronically to:

Roger C. Johnson, Esquire
Andrew W. Cohen, Esquire
Koonz, McKenney, Johnson, DePaolis &
  Lightfoot, LLP
2001 Pennsylvania Avenue, NW
Suite 450
Washington, DC  20006
Attorneys for Plaintiff

Dennis M. Hart, Esquire
Butera & Andrews
1301 Pennsylvania Avenue, NW
Suite 500
Washington, DC  20004
Attorney for Defendant DC United LLC

Mary Malloy Dimaio, Esquire
502 Washington Avenue
Suite 410 - Nottingham Centre
Towson, MD  21204

Brian W. Casto