IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, L.L.C., et al., | : | |
| | : | |
| **Defendants.** | : | |

## REPORT OF PARTIES' PLANNING MEETING

**Planning Meeting**.  Pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3, a meeting was held by telephone on September 28, 2006 and attended by counsel for all parties – Plaintiff A. Freddy Llerena-Aspiazu and Defendants Major League Soccer, L.L.C.; Anschutz D.C. Soccer; L.L.C.; Anschutz Entertainment Group, Inc.; D.C. United, L.L.C.; and Hristo Stoitchkov.  The parties discussed the matters set forth in Fed. R. Civ. P. 26(f) and LCvR 16.3(c), as follows:

 **1.** **Dispositive Motions**.  Defendants anticipate filing a summary-judgment motion after the close of discovery.

 **2**. **Amendments Deadlines**.  The parties do not anticipate that any additional parties will be joined.  The parties agree that all amendments to pleadings will occur by **November 30, 2006**.

 **3.** **Magistrate Judge**.  Plaintiff opposes assigning the case to a magistrate judge; Defendants would not object to such an assignment.

 **4.** **Settlement**.  See No. 5 below.

 **5.** **ADR**.  Plaintiff is willing to engage in early ADR.  Defendants are open to mediation after the close of discovery, but prior to the pretrial conference.

6.      **Dispositive Motions**.  Defendants anticipate filing a summary-judgment motion after the close of discovery.  The parties propose the following dates:

      A.      Dispositive Motions and/or Cross Motions must be filed by **May 15, 2007**.

      B.      Oppositions must be filed by **June 18, 2007**.

      C.      Replies to Oppositions must be filed by **July 2, 2007**.

      D.      Proposed Date for decision(s) on the motion(s):  **July 30, 2007**.

7.      **Pre-Discovery Disclosures**.  The parties have stipulated to dispense with the initial disclosures required by Rule 26(a)(1).

8.      **Discovery Plan**.  The parties jointly propose to the Court the following discovery plan:

      A.      Discovery is needed on the following subjects: (1) facts related to the incident at issue; and (2) facts related to the Plaintiff's injuries.

      B.      The parties agree that all discovery will be commenced in time to be completed by **May 1, 2007**.

      C.      Maximum of thirty-five (35) interrogatories by Plaintiff to each Defendant and thirty-five (35) by each Defendant to Plaintiff.  [Responses due thirty (30) days after service].

      D.      Maximum of twenty-five (25) requests for admission by Plaintiff to each Defendant and twenty-five (25) by each Defendant to Plaintiff.  [Responses due thirty (30) days after service].

      E.      Maximum of ten (10) depositions by Plaintiff and ten (10) by Defendants.

       F.       Each deposition limited to a maximum of one (1) day of seven (7) hours.

       G.       Supplementations under Rule 26(e) due thirty (30) days prior to pretrial conference.

       H.       No protective order is appropriate.

**9.**    **Disclosure of Experts**.  The parties have stipulated to dispense with the provision of expert reports under Fed. R. Civ. P. 26(a)(2)(B).  The parties agree that Plaintiff will identify his expert(s) by **February 15, 2007** and Defendants will identify their expert(s) by **April 1, 2007,** and the parties will provide expert discovery through interrogatories and depositions.  The parties further agree that expert depositions will be completed by the close of discovery on **May 1, 2007**.

**10.**    **Class Action**.  N/A.

**11.**    **Need for Bifurcation**.  The parties agree that no bifurcation is needed.

**12.**    **Pretrial Conference**.  The parties request a pretrial conference in **July 2007**.

**13.**    **Trial Date**.  The parties propose that the trial date be set at the pretrial conference, on a date in **September or October 2007**.  At that time, the parties will be able to advise the Court of the amount of time needed for trial.

**14.**    **Other matters for scheduling order**.  The parties do not believe any other matters are appropriate for inclusion in a scheduling order.

Respectfully submitted,


KOONZ, McKENNEY, JOHNSON,
 DePAOLIS & LIGHTFOOT, L.L.P.


By: /s/
   Roger C. Johnson (D.C. Bar #940577)
   Andrew W. Cohen (D.C. Bar #441149)
   2001 Pennsylvania Avenue, N.W.
   Suite 450
   Washington, DC  20006
   Tel:  (202) 659-5500

   Attorneys for Plaintiff

and

MILES & STOCKBRIDGE P.C.


By: /s/
   Daniel R. Lanier (Federal Bar No. 04504)
   Brian W. Casto (Federal Bar No. 28010)
   10 Light Street
   Baltimore, MD  21202

   Attorneys for Defendants

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPIAZU,  :<br>  :<br>      **Plaintiff,**  :<br>  :<br>v.  :<br>  :<br>MAJOR LEAGUE SOCCER, L.L.C., et al.,  :<br>  :<br>      **Defendants.**  : | Civil Action No.<br>1:06CV00343 (RWR) |

## SCHEDULING ORDER

Upon consideration of the Report of Parties' Planning Meeting, the scheduling conference held on October 20, 2006, and the record in this case, it is hereby ORDERED that the parties will proceed with discovery and other pretrial matters according to the following schedule:

    1.    **Amendments to Pleadings**.  All amendments to pleadings will occur by **November 30, 2006**.

    2.    **Discovery.**

        A.    The parties have stipulated to dispense with the initial disclosures required by Rule 26(a)(1).

        B.    All discovery will be commenced in time to be completed by **May 1, 2007**.

        C.    Maximum of thirty-five (35) interrogatories by Plaintiff to each Defendant and thirty-five (35) by each Defendant to Plaintiff.  [Responses due thirty (30) days after service].

        D.    Maximum of twenty-five (25) requests for admission by Plaintiff to each Defendant and twenty-five (25) by each Defendant to Plaintiff.  [Responses due

thirty (30) days after service].

  E. Maximum of ten (10) depositions by Plaintiff and ten (10) by Defendants.

  F. Each deposition limited to a maximum of one (1) day of seven (7) hours.

  G. Supplementations under Rule 26(e) due thirty (30) days prior to pretrial conference.

 **3.** **Disclosure of Experts**.  The parties have stipulated to dispense with the provision of expert reports under Fed. R. Civ. P. 26(a)(2)(B).  Plaintiff will identify his expert(s) by **February 15, 2007** and Defendants will identify their expert(s) by **April 1, 2007,** and the parties will provide expert discovery through interrogatories and depositions.  Expert depositions will be completed by the close of discovery on **May 1, 2007**.

 **4.** **Dispositive Motions.**

  A. Dispositive Motions and/or Cross Motions must be filed by **May 15, 2007**.

  B. Oppositions must be filed by **June 18, 2007**.

  C. Replies to Oppositions must be filed by **July 2, 2007**.

 **5.** **Pretrial Conference**.  A pretrial conference will be held on _____, **2007**.

             _____
             Richard W. Roberts
             United States District Court Judge

Date: _____