## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A. FREDDY LLERENA-ASPIAZU**     * <br>     * <br> *Plaintiff*     * <br> v.     *     **No. 1:06CV0343 (PWR)** <br>     * <br> **D.C. UNITED L.L.C.**     * <br>     * <br> *Defendant*     * <br>     * | |

## REQUEST TO WITHDRAW APPEARANCE FOR
## DEFENDANT D.C. UNITED L.L.C.

Dennis M. Hart, Butera & Andrews, 1301 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20004 requests permission to withdraw as counsel for defendant D.C. United L.L.C. Undersigned entered his appearance on behalf of D.C.United LLC in March of 2006 in order to prevent entry of a default while permanent representation could be arranged. The law firm of Miles & Stockbridge have filed an answer on behalf of D.C.United LLC and continue to represent that defendant in all other respects. There is no further need for undersigned counsel to maintain an entry of appearance in this matter and request that he be permitted to withdraw.

Respectfully submitted,

BUTERA AND ANDREWS

Dennis M. Hart, # 935643
1301 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20004
(202) 347.6875

**Certificate of Service**

        The undersigned certifies that a copy of the foregoing Request to Withdraw Appearance was served this 30th day of October, 2006 by e-mail transmission upon the following:

> Roger C. Johnson
> Andrew W. Cohen
> Koonz, McKenney, Johnson, DePaolis & Lightfoot
> 2001 Pennsylvania Avenue N.W.
> Suite 450
> Washington, D.C. 20006
> Attorneys for Plaintiff
>
> Daniel R. Lanier
> Brian W. Casto
> 10 Light Street
> Baltimore, Maryland 21202
> Attorneys for Defendants

> Dennis M. Hart