IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **A. FREDDY LLERENA-ASPIAZU,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 06-343 (RWR) |
| **MAJOR LEAGUE SOCCER, et al.,** | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT NOTICE OF ALTERATION OF DISCOVERY DEADLINE**

Pursuant to Paragraph 5 of the Scheduling Order entered in this case on October 20, 2006, Plaintiff A. Freddy-Lerena Aspiazu and Defendants Major League Soccer, L.L.C.; Anschutz D.C. Soccer; L.L.C.; Anschutz Entertainment Group, Inc.; D.C. United, L.L.C.; and Hristo Stoitchkov, by and through undersigned counsel, all hereby consent to altering the following discovery deadline: Plaintiff's expert witness designations, which are currently due on February 15, 2007, shall be due two weeks later, on March 1, 2007. All other deadlines remain the same.

Respectfully submitted,

/s/_____
Roger C. Johnson (940577)
Andrew W. Cohen (441149)
KOONZ, McKENNEY, JOHNSON,
  DePAOLIS & LIGHTFOOT, L.L.P.
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC 20006
202-659-5500

Attorneys for Plaintiff

/s/
Daniel R. Lanier (04504)
Brian W. Casto (28010)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202
410-727-6464

Attorneys for Defendants