IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPIAZU, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-343 (RWR) |
| : | |
| : | |
| MAJOR LEAGUE SOCCER, et al., : | |
| : | |
| Defendants. : | |

## CONSENT MOTION TO EXTEND DISCOVERY CUTOFF BY TWO WEEKS TO ALLOW FOR ADDITIONAL DEPOSITIONS

This is a personal-injury case brought by Plaintiff, A. Freddy Llerena-Aspiazu, for serious injuries suffered in April 2003 during an exhibition soccer game between the American University Eagles – for whom Mr. Llerena, then an A.U. freshman, was a player – and D.C. United – the local franchise of defendant Major League Soccer franchise – for whom co-defendant Hristo Stoitchkov was then a player-coach, and who caused Mr. Llerena's injuries.

Under the Scheduling Order entered on October 20, 2006, discovery is set to close on May 1, 2007. To date, the parties have cooperated in all aspects of discovery without the need for any assistance from or intervention by the Court. The parties have exchanged written discovery and expert-witness disclosures, and have taken several depositions, including those of Mr. Llerena, the Deputy Commissioner of Major League Soccer, Mr. Stoitchkov, and Mr. Llerena's two expert witnesses. Defendants' experts and other fact witnesses are scheduled to be taken before the current close of discovery on May 1, 2007.

Plaintiff now seeks, with the consent of all Defendants, to extend the deadline for discovery by two weeks, until May 16, 2007, to allow for additional fact-witness depositions. The principal reason for the request is that Plaintiff was unable to take the deposition of co-defendant Stoitchkov – who resides in Bulgaria – until April 3, 2007, less than one month before the scheduled close of discovery. Although Plaintiff sought Mr. Stoitchkov's deposition as early as possible in the case, he was not available until February 14, 2007, and the deposition scheduled for that date was cancelled due to a snowstorm that prevented Mr. Stoitchkov from traveling to Washington, D.C. Mr. Stoitchkov was not available thereafter until April 3, 2007. The delay in Mr. Stoitchkov's deposition in turn delayed Plaintiff's ability to consider – based on Mr. Stoitchkov's testimony – the need to depose other fact witnesses, and hindered Plaintiff's ability to schedule those depositions in the short period of time that remains before the close of discovery under the current Scheduling Order.

Plaintiff does not request that the Court permit any other additional written discovery. Additionally, the parties still intend to appear before the Court for the status conference scheduled for noon on May 4, 2007. The only other deadlines that would be affected by this request are the deadlines for dispositive motions, now set for May 15, 2007, and the corresponding dates for oppositions and replies thereto. The parties request that the deadline for dispositive motions also be extended by two weeks, until May 31, 2007, with the corresponding deadlines for oppositions and replies set as per Local Civil Rule 7(b) and (d).

All Defendants have consented to the relief requested in this motion. A proposed order is attached.

       Respectfully submitted,

       KOONZ, McKENNEY, JOHNSON,
        DePAOLIS & LIGHTFOOT, L.L.P.

       By:  /s/
        Roger C. Johnson (D.C. Bar #940577)
        Andrew W. Cohen (D.C. Bar #441149)
        2001 Pennsylvania Avenue, N.W.
        Suite 450
        Washington, DC  20006
        Tel:  (202) 659-5500
        Attorneys for Plaintiff

Date:  April 11, 2007