IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-343 (RWR) |
| | : | |
| | : | |
| MAJOR LEAGUE SOCCER, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Consent Motion to Extend Discovery Cutoff by Two Weeks to Allow for Additional Depositions and the record in this case, it is hereby ORDERED that the motion is **GRANTED**.

It is further ORDERED that Scheduling Order entered on October 20, 2006 is amended to reflect that the parties shall have until and including May 16, 2007 in which to take depositions in this case, and that dispositive motions shall be filed no later than May 31, 2007, with oppositions and replies due as per Local Civil Rule 7(b) and (d).

_____
Richard W. Roberts
United States District Court Judge

Date: _____