IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, A. Freddy Llerena-Aspiazu, by his undersigned attorneys, and Defendants, Major League Soccer, L.L.C., Hristo Stoitchkov, Anschutz D.C. Soccer, L.L.C., Anschutz Entertainment Group, Inc., and D.C. United, L.L.C., by their undersigned attorneys, agree and stipulate that the above matter shall be dismissed with prejudice as to Defendant, D.C. United, L.L.C. only.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Roger C. Johnson (940577) | Daniel R. Lanier (04504) |
| Andrew W. Cohen (441149) | Brian W. Casto (28010) |
| Koonz, McKenney, Johnson, | Miles & Stockbridge P.C. |
|   DePaolis & Lightfoot, L.L.P. | 10 Light Street |
| 2001 Pennsylvania Ave., N.W. | Baltimore, Maryland 21202 |
| Suite 450 | 410-727-6464 |
| Washington, DC 20006 | |
| 202-659-5500 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |