IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiff, Freddy Llerena, and Defendants, Major League Soccer, L.L.C., Hristo Stoitchkov, Anschutz D.C. Soccer, L.L.C., and Anschutz Entertainment Group, L.L.C., by their undersigned counsel, file this Joint Status Report and state as follows.

1. The parties have been unable to arrange for mediation of this matter sooner than the session currently scheduled for September 21, 2007.

2. In accordance with the Court's May 29, 2007 Minute Entry, Defendants will file their motion for summary judgment today.

_____/s/_____
Roger C. Johnson
D.C. Bar No. 94057
Andrew W. Cohen
D.C. Bar No. 441149
Koonz, McKenney, Johnson, DePaolis
 & Lightfoot, LLP
2001 Pennsylvania Ave., Suite 450
Washington, DC 20006
202-659-5500

Attorneys for Plaintiff

_____/s/_____
Daniel R. Lanier
Federal Bar No. 04504
Brian W. Casto
Federal Bar No. 28010
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
410-727-6464

Attorneys for Defendants