IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR SUMMARY JUDGMENT

Defendants, Major League Soccer, L.L.C., Hristo Stoitchkov, Anschutz D.C. Soccer, L.L.C., and Anschutz Entertainment Group, L.L.C., by their undersigned counsel, file this Motion for Summary Judgment and incorporate the accompanying Statement of Material Facts and Memorandum.

WHEREFORE, Defendants request the Court enter summary judgment in their favor on all Counts asserted in Plaintiff's First Amended Complaint.

Respectfully submitted,

/ s /
Daniel R. Lanier
Federal Bar No.: 04504
Brian W. Casto
Federal Bar No.: 28010
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202
410-727-6464

Attorneys for Defendants