# EXHIBIT A

Freddy Angel Llerena-Aspiazu 3/20/07

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2   A. FREDDY LLERENA-ASPIAZU,:
              Plaintiff,      :
 3                            :
         vs.                  : CIVIL ACTION NUMBER:
 4                            : 1:06CV343 (RWR)
     MAJOR LEAGUE SOCCER,     :
 5   et al.,                  :
              Defendants.     :
 6

 7

 8            ---------------------

 9            The Discovery Deposition of FREDDY

10   ANGEL LLERENA-ASPIAZU was taken on Tuesday, March

11   20, 2007 at 11:10 a.m. at the Law Offices of

12   Koonz, McKenney, Johnson, DePaolis & Lightfoot,

13   L.L.P., 2001 Pennsylvania Avenue, N.W., Suite

14   450, Washington, D.C. before Deborah C. D.

15   Shumaker, Notary Public.

16            ---------------------

17            Evans Reporting Service

18            The Munsey Building

19            7 North Calvert Street, Suite 705

20            Baltimore, Maryland  21202

21            (401) 727-7100
```

Freddy Angel Llerena-Aspiazu 3/20/07

Page 2

```
 1   APPEARANCES:

 2

 3           ROGER C. JOHNSON, ESQUIRE

 4           ANDREW COHEN, ESQUIRE

 5           Koonz, McKenney, Johnson,

 6           DePaolis & Lightfoot, L.L.P.

 7           2001 Pennsylvania Avenue, N.W.

 8           Suite 450

 9           Washington, D.C.  20006

10           (202) 659-5500

11               On behalf of the Plaintiff

12

13

14           BRIAN W. CASTO, ESQUIRE

15           Miles & Stockbridge, P.C.

16           10 Light Street

17           Baltimore, Maryland  21202

18           (410) 385-3404

19               On behalf of the Defendants

20

21
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  children you were working with?
2      A.  I coached kids basically from ages
3  ranging from like four to even 16.
4      Q.  What is your easier to coach, the four
5  year olds or the 16 year olds?
6      A.  I couldn't tell you.  Both have got
7  their pros and cons.
8      Q.  You said you would like to get your
9  M.B.A. some day.  Are there any career plans you
10 have to do with that?
11     A.  Maybe an entrepreneurship or something
12 with finance or economics.  If it's not in a job,
13 like an entrepreneurship.
14     Q.  Prior to this incident, did you ever
15 have any accidents, other accidents, traumatic
16 incidents that involved bodily injury?
17     A.  No.  Not traumatic.
18     Q.  Did you ever sustain any injuries on
19 the soccer field?
20     A.  Yes.
21     Q.  Limit it to high school and beyond, if

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Freddy Angel Llerena-Aspiazu 3/20/07

Page 16

1  you could. In high school, did you have any
2  injuries?
3      A.   In high school you say?
4      Q.   Yes, sir.
5      A.   Yes. I took an elbow to right below my
6  eyelid that required stitches and surgery.
7      Q.   Did it affect your eyesight at all?
8      A.   No.
9      Q.   Did the injury to your eye heal itself
10 and now you're back to a hundred percent as far
11 as your eye is concerned?
12     A.   As far as my eye is concerned, yeah.
13     Q.   Is there anything else lingering on
14 with that elbow to your eye?
15     A.   No. Not really.
16     Q.   Do you recall the approximate date that
17 that occurred?
18     A.   Let's see. Maybe 2001, around either
19 the winter of 2001 or 2002. It was my junior
20 year.
21     Q.   Your junior year of high school?

1  Q.  During that first season from the time
2  you stepped on campus through let's say Christmas
3  that year, did you see any results as far as you
4  got physically bigger, more muscular?
5  A.  Yes.  I wouldn't necessarily say I got
6  bigger.  I got stronger.  Maybe I did get
7  bigger.
8  Q.  You don't remember gaining 20 pounds?
9  A.  No.  I don't remember looking at myself
10 in the mirror one day and just being huge, but
11 definitely a lot stronger, a lot faster during
12 that time of the first part of my freshman year.
13 Q.  Would you describe soccer as a contact
14 sport?
15 A.  Of course.
16 Q.  When during the course of a soccer game
17 is there contact between two players?
18 A.  I mean, a lot of times.  It should be
19 when both people are going for the ball.
20 Q.  Is some contact between two soccer
21 players going for the ball, is that appropriate?

1    A.   Yes.  There's appropriate contacts and
2    there's inappropriate contacts.
3    Q.   Is it allowed by the rules?
4    A.   The appropriate contact, yes.
5    Q.   Prior to this incident, did it ever
6    cross your mind that you might be possibly
7    injured due to contact with another player?
8    A.   "This incident", are you talking
9    specifically -- can you repeat your question?
10   Q.   Sure.  No problem.
11        Prior to this incident, I'm backing up
12   to your high school days, your first season at
13   American University, did it ever cross your mind
14   that you might be injured due to contact with
15   another player?
16   A.   Yes.
17   Q.   Were there any specific types of
18   contacts such as a tackle or a collision when two
19   guys are trying to head the ball that you are
20   specifically concerned about?
21   A.   No.

Court Reporting in  
Baltimore/Washington

EVANS REPORTING SERVICE  
410-727-7100

Over 20 years of  
award-winning service

Freddy Angel Llerena-Aspiazu 3/20/07

Page 63

1      Q.   Mr. Llerena, I have handed you what has
2  been marked as Exhibit Number 1.
3           Did you have a chance to read through
4  it?  Take your time if you're still reading it.
5           Did you have a chance to read it?
6      A.   Yes.
7      Q.   Have you ever seen that article before?
8      A.   Probably.  I don't remember.
9      Q.   I had a question about a quote in the
10 third paragraph on the first page which is
11 attributed to your father with also the same name
12 Freddy, correct?
13     A.   Yes.
14     Q.   The quote is "there is always a risk in
15 soccer", and my question to you is do you agree
16 with that statement?
17     A.   Yes.  I mean, there's always a risk in
18 everything.
19     Q.   And if I would change that statement
20 and say there is always a risk of injury in
21 soccer, would you agree with that statement?

1    A.    Yes.

2    Q.    When I was in high school I was a
3 football player, American football, and I'll be
4 honest with you. We didn't have a high regard
5 for the toughness of our soccer players in our
6 high school team.

7          Is that a fair stereotype, that soccer
8 is a finesse game and soccer players aren't that
9 tough?

10   A.    No. I would say any professional
11 athlete, any professional athletic sport is tough
12 in nature or any athletic -- sorry. I should say
13 any athletic sport I would say is tough.

14   Q.    The coaches at the high school, college
15 levels that you have been involved in, do they
16 ever encourage players to be more physical in the
17 field?

18   A.    Can you repeat that, please.

19   Q.    Sure.

20         Do coaches at the high school level or
21 college level that you both have been involved

1  know, with your feet, of course.
2      Q.   Does there need to be physical contact
3  between two players for there to be a tackle?
4      A.   Not all the times.  A lot of the times
5  actually the ball is between the two players, and
6  it is still a tackle.
7      Q.   They both touch the ball?
8      A.   Yes.
9      Q.   Have you yourself ever received a
10 yellow or a red card arising from a tackle?
11     A.   Not that I remember.
12     Q.   Prior to this incident going back to
13 your high school days or that first season with
14 American, did you see anyone get a yellow or red
15 card arising from a tackle?
16     A.   Probably.
17     Q.   Is that a common occurrence?
18     A.   Yes.
19     Q.   Prior to this incident going back to
20 high school, your first year at AU, did you ever
21 see anyone get hurt during a tackle?

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
1    understanding that he had more red cards than
2    most other players?
3        A.    No.  I didn't have that understanding.
4        Q.    Prior to this match, did you have any
5    apprehension about stepping onto the field with
6    him?
7        A.    No.  Before the match, I was honored to
8    step on the field.  It is almost a surreal
9    moment.  I couldn't believe I was on the same
10   field with Etcheverry also and Stoitchkov.
11       Q.    Is it fair to say that you were excited
12   to play against these guys?
13       A.    Yes.  Of course.
14       Q.    Was this your first time playing
15   against professionals?
16       A.    Yes.
17       Q.    During this match --
18       A.    I would say formally.
19       Q.    I'm sorry.  Go ahead.
20       A.    Yes, formally, but on a team like
21   against a professional team, yes.
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  Q.  When did you first learn that your
2  American University team would be playing D.C.
3  United in March 2003?
4  A.  I believe sometime late in the fall of
5  2002 maybe, if not early 2003.
6  Q.  You said you watched professional
7  soccer on television, correct?
8  A.  Yes.
9  Q.  Comparing the pros you would watch on
10 television, Real Madrid or the Barcelona teams,
11 did you have an impression of whether the pro
12 game was a faster game than what you were used to
13 playing in the Patriot league?
14 A.  Yes.  Of course.
15 Q.  Was the pace of the game faster?  By
16 pace, did things happen more quickly in the pro
17 game?
18 A.  You mean in general?
19 Q.  Pros versus your experience at American
20 University and playing other similar colleges.
21 A.  Oh, yes.  I think so.  Definitely

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1   through the professional level I would say it's a
 2   step, a notch above, I guess, college level.
 3       Q.  Did you find, was it your impression,
 4   understanding that the pro game was any more or
 5   less physical as far as contact between the
 6   players?
 7       A.  What do you mean?  Can you repeat that.
 8       Q.  Comparing the different professional
 9   games you would watch on TV growing up, comparing
10   those to your games against other colleges while
11   at American, was it your understanding that the
12   pro game was any more or less physical?
13       A.  Not more or less, no.
14       Q.  When did your team, your American
15   University team start preparing for the match
16   against D.C. United?
17       A.  I would like to believe that although
18   it was D.C. United, we had a game a week before
19   that, so before that we prepared.  We like to
20   think of one game at a time, so I guess we just
21   prepared for the season and the games in
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 77

1  general.  The first game was, I believe, the
2  University of Wisconsin, and then the week after
3  was D.C. United, so you prepared for every game
4  as part of the season, but when you focused on a
5  game, it was probably just the week before;
6  although it was in the back of our minds or
7  however long we knew about it.
8      Q.   Prior to playing Wisconsin, had you
9  played any other teams that spring?
10     A.   No.
11     Q.   So the D.C. United match was your
12 second match of the spring?
13     A.   Yes.
14     Q.   What was the mindset of your team going
15 into this match?
16          MR. JOHNSON:  Objection to what you
17 mean by the word mindset of the team.  That is a
18 very difficult term for anybody to address.
19          MR. CASTO:  Let me rephrase it.
20     Q.   Is it your understanding from talking
21 to your teammates, their demeanor on the practice

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 78

1  field that this was going to be something fun or
2  did you guys want to win the game?
3      A.  In any sport you want to win.  Of
4  course we wanted to win the game.
5      Q.  Were the practices in the week leading
6  up to the D.C. United match, were they loose and
7  casual?  Was everybody businesslike?  How would
8  you describe the attitude of the team?
9      A.  I would say businesslike.  I would say
10 we prepared -- I don't want to say that for the
11 game of Wisconsin we prepared less.  That would
12 be disrespectful to the University of Wisconsin,
13 but, of course, we were excited to have the
14 opportunity to play a professional team.  Not
15 everyone gets that chance.
16     Q.  For American University as a soccer
17 player, did your performance in the spring
18 scrimmages such as the one against Wisconsin, the
19 one against D.C. United have an effect of who
20 started the following season, that following
21 fall?

```
 1   someone plays your ball, you are behind, closer
 2   to your tacking goal than the last defender of
 3   the defending team.
 4        Q.   Not counting the goalie?
 5        A.   Not counting the goalie, yes.
 6        Q.   You participated in this play, didn't
 7   you?
 8        A.   Yes.
 9        Q.   The series that led up to the goal?
10        A.   Yes.
11        Q.   Did you think the goal was offsides?
12        A.   No.  I didn't think so.
13        Q.   Do you know if you or the player
14   Mr. Stoitchkov was contending was offsides at the
15   time?
16        A.   No.
17        Q.   It was one of your teammates?
18        A.   It was one of my teammates, yes.
19        Q.   Do you recall who it was?
20        A.   Either Andrew Herman or Peter
21   Philipakos.  I don't recall which one.
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1      Q.   If you could see the cleats, they are
 2   exposed?
 3      A.   Did I see it?
 4      Q.   No.  In soccer if a player is in a
 5   situation where you can see his cleats --
 6      A.   It doesn't necessarily mean if you
 7   could see it.  If he comes -- if he hits you with
 8   his cleats, I guess the cleats are exposed.
 9      Q.   Is it your understanding that is
10   against the rules?
11      A.   I believe so.  I don't know.  A soccer
12   term is studs up, another term it's called.
13      Q.   Are tackles where one player has had
14   his studs up or his cleats exposed, is that
15   something you have seen before in games you
16   played in high school or that first season in
17   American?
18      A.   Yeah.
19      Q.   Do you recall how many times per game
20   you might see that happen?
21      A.   No.
```

1      Q.   Is it something you would see a couple
2  times a season, a dozen times a season?
3      A.   I don't know the exact number.
4      Q.   When watching pro games on television
5  or in person, have you ever seen someone, a
6  player come in and perform a tackle with his or
7  her cleats up?
8      A.   I don't recall.
9      Q.   Is a tackle in which one player comes
10 in with his or her cleats up, is that always a
11 red card offense?
12     A.   I don't know.  I think it should be,
13 but I don't know.
14     Q.   Do you yourself, limiting it to high
15 school and that first year at AU, ever recall
16 making a tackle with your cleats up?
17     A.   I don't recall that, no.
18     Q.   Do you believe that Mr. Stoitchkov
19 targeted you specifically as someone he wanted to
20 tackle on the field?
21     A.   All I know is that he was very angry

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 92

```
 1    and frustrated at the call, and he unfortunately
 2    took it out on me, and if he wanted to get the
 3    ball, he could have just gotten the ball.
 4         Q.   Did you have any conversations with
 5    Mr. Stoitchkov prior to the incident?
 6         A.   No.
 7         Q.   Do you think that Mr. Stoitchkov
 8    purposely kicked the ball into that left corner
 9    of the field, again using my descriptions of left
10    and right as I said earlier, knowing that it
11    would be kicked back out to you so that he could
12    then make a tackle?
13         A.   No. I don't know. No. He just kicked
14    it, I guess.
15         Q.   After the day of the incident, have you
16    had any conversations with Mr. Stoitchkov?
17         A.   After the date of the incident,
18    someone, the Germantown soccer coach in a
19    scrimmage, I forget who, and then the trainer, he
20    brought me into the field to talk to him while
21    they were warming up, and he didn't even
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Freddy Angel Llerena-Aspiazu 3/20/07

Page 134

```
 1   much time as you need to read whatever you need
 2   to read to speak about this.
 3          MR. JOHNSON:  It's this paragraph
 4   starting "Llerena, who started the sequence"?  Is
 5   that what you're asking about?
 6          MR. CASTO:  That's correct.
 7          MR. JOHNSON:  Read that one.
 8     A.   Okay.
 9     Q.   The first quotation for you and in this
10   paragraph would be in the third full paragraph,
11   second page of Exhibit 4.  It's quote:  "As
12   soccer players, we take the risk by playing, but
13   Stoitchkov's play was uncalled for", and
14   Stoitchkov is there in parentheses.
15          I think we talked earlier about soccer
16   players taking a risk of injury.  Is that what
17   you're trying to say here?
18     A.   I don't know if I am saying exactly how
19   you're interpreting it.
20     Q.   Why don't you tell me how you
21   interpret -- first of all, do you recall making
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service