# EXHIBIT B

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    A. FREDDY LLERENA-ASPIAZU,   )

5           Plaintiff,           )

6              v.                 ) Civil Action No:

7    MAJOR LEAGUE SOCCER, et al.,) 1:06 CV 343 (RWR)

8           Defendants.          )

9             - - - - - - - - - - -

10

11      VIDEOTAPED DEPOSITION OF HRISTO STOITCHKOV

12

13              Tuesday, April 3, 2007

14

15                              **COPY**

16

17

18

19

20

21   Reported by:  Lori G. Mackenzie, RPR

22   Job No:  179576

Page 2

1          The videotaped deposition of HRISTO

2    STOITCHKOV was convened on Tuesday, April 3,

3    2007, commencing at 1:13 p.m., at the offices of

4    Koonz, McKenney, Johnson, DePaolis & Lightfoot,

5    2001 Pennsylvania Avenue, N.W., Suite 450,

6    Washington, D.C., before Lori Goodin Mackenzie,

7    Registered Professional Reporter, Realtime

8    Reporter, and Notary Public for the District of

9    Columbia.

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 3

```
 1                    APPEARANCES

 2

 3    For Plaintiff:

 4        ROGER C. JOHNSON, Esquire

 5        ANDREW W. COHEN, Esquire

 6        Koonz, McKenney, Johnson, DePaolis & Lightfoot

 7        2001 Pennsylvania Avenue, N.W., Suite 450

 8        Washington, D.C.  20006

 9        202-822-1870

10

11    For Defendants:

12        BRIAN W. CASTO, Esquire

13        Miles & Stockbridge, P.C.

14        10 Light Street

15        Baltimore, Maryland  21202-1487

16        410-727-6464

17        BCasto@milesstockbridge.com

18

19

20    Also present:  T.J. O'Toole, Videographer

21                   Julian Gonzalez, Interpreter

22
```

Page 8

1          A.      Yes.

2                  MR. JOHNSON:  Mr. Casto, does that

3      sound like an accurate statement of what we

4      agreed to?

5                  MR. CASTO:  Absolutely.

6      BY MR. JOHNSON:

7          Q.      With that in mind, Mr. Stoitchkov,

8      as you know my name is Roger Johnson.  I

9      represent Freddy LLerena, and I'll be the one

10     asking questions today.

11                 Have you had your deposition taken

12     before in any matter?

13                 Have you ever had another deposition

14     taken before this deposition?

15         A.      No.

16         Q.      Okay.  Will you please tell me when

17     and where you were born, sir.

18         A.      I'm born in Bulgaria, February 8th,

19     '66.

20         Q.      1966?

21         A.      Yes.

22         Q.      All right.  Besides Spanish and

Page 15

1          Are you able to read that English on

2     there, on Exhibit 1?

3          A.     That's correct.

4          Q.     Are you able to read it?

5          A.     Yeah, that's correct.

6          Q.     Okay.  Does that appear to be a

7     correct history of the teams that you've played

8     for in your career?

9          A.     Yeah.

10         Q.     And does it appear to be correct by

11    years on the left-hand column as well?

12         A.     Yes.

13         Q.     Okay.  Then I take it when you

14    started playing you played for a team called

15    Maritza Plovdiv in Bulgaria?

16         A.     Yes.

17         Q.     All right.  And tell me what kind of

18    a team that was.

19         A.     I'm started to play, seven or eight

20    years old, very young.

21              So my family is a soccer players, my

22    grandpa, my father, brothers and my father.  My

**Hristo Stoitchkov**

Page 18

```
1          Q.     What happened to cause you to be
2     suspended?
3          A.     It's not the case.  This game is
4     very, very political.  In Bulgaria it's divided
5     in two states, one is military, and one is
6     police.  My team is CSKA is military team.  The
7     other team Levski Sofia is a police team.
8               The government no like more of these
9     teams because a lot inside the government big
10    problems these two teams.
11              In 19 of May '85, play the final
12    CSKA, the final.  The game, it's a normal game,
13    in the semifinal, two biggest teams, too much
14    fouls, too much, inside the field is provocate,
15    and after the game finish, so, finish the game to
16    won for CSKA.
17         Q.     Your team won or the other team won?
18         A.     Yes.  My team won, one to one.
19         Q.     Okay.
20         A.     The team, the team, another team, a
21    lot of fouls, but very dangerous fouls.  One guy
22    of the CSKA leave the stadium, go in the
```

**Hristo Stoitchkov**

Page 19

1    hospital.

2                  In one moment the game is push up

3    everybody, but the same moment, so, maybe 12,

4    maybe 20 players, inside the field, everybody

5    push one, push another.

6         Q.    After the game?

7         A.    No, no, in the same game.

8         Q.    During the game?

9         A.    Yes, during the game.  I think maybe

10   10 to 15 minutes before they start the game.

11                 Finish the game, I'm still playing,

12   another guys still play, finish the game.  I

13   received the received the cup with my medal, go

14   home.

15                 One day late in newspapers and TV,

16   one man government talk no more CSKA, no more

17   Levski, is finished, changed the name and six,

18   seven guys, no play more soccer.

19        Q.    You were one of those?

20        A.    I am.  I'm very surprised because

21   I'm no receive yellow card, nothing.

22        Q.    Were you involved in the pushing and

**Hristo Stoitchkov**

Page 20

1    shoving and hitting between the players?

2            A.    Well, I'm push up one, push me,

3    another push.  But, it's normal, no blood, no

4    broken, nothing.  Finish the game, okay.

5                  So, next day I'm go to the stadium,

6    everybody in a meeting room and talking, you're

7    going in military, because I'm very young, so at

8    this moment I'm 19 years old.

9            Q.    Okay.

10           A.    And go in the military, so stay one

11   year in the military.  No pay.

12           Q.    Next question.  Next question.

13   You -- how many players were on your team at the

14   game?

15           A.    In my team?

16           Q.    Yes.

17           A.    My team, three boys -- three

18   players.

19           Q.    No.  I don't mean suspended, how

20   many total players were on the team when you

21   started the game for your team?

22           A.    11.

**Hristo Stoitchkov**

1       Q.    11?

2       A.    Yes.

3       Q.    Plus substitutes?

4       A.    Yes.

5       Q.    How many substitutes?

6       A.    I think two.

7       Q.    13 --

8       A.    Not for sure, but maybe.

9       Q.    13, 14 players?

10      A.    Yes.

11      Q.    Same for the other team?

12      A.    Exactly, exactly.

13      Q.    So, a total of 26 or 28 players?

14      A.    Yeah.

15      Q.    And how many were suspended for

16  life?

17       A.    Me, as the CSKA, another team,

18  Mihailov, Nikolov, Spasov, another team is three,

19  three guys.

20      Q.    Just you on your team and three from

21  the other team?

22       A.    Exactly, exactly.  But, I'm very

**Hristo Stoitchkov**

Page 22

1    young, so I'm received my casting, I'm very

2    young.

3         Q.    Let me ask you this, did they

4    explain to you why you were suspended?

5         A.    Never I'm receive response to

6    federation, the government, never.

7         Q.    You were the only one from your team

8    suspended?

9         A.    Yes, yes.

10        Q.    And do you believe it arose out of

11   the fighting on the field?

12        A.    No.

13              MR. CASTO:   Objection.   You can

14   answer.

15              THE WITNESS:   Huh?

16              MR. CASTO:   I just had an objection

17   for the record.   You can go ahead and answer the

18   question.

19              THE WITNESS:   No.

20   BY MR. JOHNSON:

21        Q.    All right.   So, you don't know why

22   you were suspended?

**Hristo Stoitchkov**

Page 23

```
 1          A.      I'm, but today is 2007.  I'm no say.

 2          Q.      You still don't know why you were

 3   suspended?

 4          A.      Unbelievable.

 5          Q.      Okay.

 6          A.      I'm still, in my head why, I'm

 7   suspended.  Why, no receive yellow card, no

 8   receive red card, no receive talking to the

 9   referee and me, never, never.

10                  Maybe, after that, too much things

11   in my head, because I'm very young.  My national

12   team players is seven, eight players, national

13   gold team cup '86, another team, six, seven

14   players world cup '96.

15          Q.      Let me ask you this, how long was it

16   that you were suspended?

17          A.      Ten months.

18          Q.      Did you -- were you not able to play

19   soccer at all during that?

20          A.      No.  I go in the military.

21          Q.      You go in the military?

22          A.      Yes.
```

**Hristo Stoitchkov**

Page 24

1          Q.     So, you were drafted into the

2     military or did you voluntarily join?

3          A.     No.   I'm in the military, it's

4     obligation in Bulgaria.   It's two years

5     obligation in the military.

6               So this is moment the president of

7     CSKA, and the president of the federation, call

8     me, Hristo, is necessary, go inside the military,

9     after one time you coming back play soccer.

10               And this is the point why I'm one

11     time suspended, no more play soccer, and 10

12     months after that I'm coming back.

13          Q.     But, you were suspended from

14     playing; is that correct?

15          A.     Yeah, yeah.

16          Q.     And at the time they said it was a

17     suspension for life; is that correct?

18          A.     Exactly.

19          Q.     And then after ten months?

20          A.     Exactly, I'm coming back play.

21          Q.     You're allowed to come back and

22     play.

**Hristo Stoitchkov**

1    were at Barcelona?

2          A.    I'm suspended a lot of times.

3          Q.    Okay.  How many times approximately

4    were you suspended in Barcelona?

5          A.    Suspend is the different things.

6    Suspend, my suspend in Barcelona is, or in United

7    States, or different country, two yellow cards,

8    and the other is red card.

9                My suspension in Barcelona is only

10   for protest.  So, I think it is 10, or 11, I

11   don't know exactly the --

12         Q.    You had a 10 or 11-game suspension?

13         A.    Yes.  For my long time.

14               MR. CASTO:  I think, what we need to

15   make clear is he said it was 11 different

16   occasions, not an 11-game suspension.

17               MR. JOHNSON:  Well -- okay.

18   BY MR. JOHNSON:

19         Q.    Let me ask about that, then.  Was

20   there a time when you were suspended for 10 games

21   in a row in Barcelona?

22         A.    This is 1991, and I play Open Cup.

1    Barcelona and Madrid.  And when I won the game I

2    received a yellow card, yellow card.

3          Q.    What did you do to receive the

4    yellow card?

5          A.    No.  First is my coach received a

6    red card directly.  In this moment I'm protect my

7    coach.  I'm staying between the referee and my

8    coach.

9                I'm talking to the referee, the

10   referee, come on, this is the game, everybody

11   play, plays soccer, so, it's not necessary push

12   different things in the game for the public.

13               In this moment, the referee pick up

14   a red card for me.  I'm very nervous because for

15   nothing, I am receive red card for nothing, no

16   foul, no protest, no punch-up, nothing, only this

17   conversation.

18               The guy cleaned the hand, a red card

19   for me, a red card for my coach, the other team

20   received a yellow card, okay.

21               So, conversation, conversation, the

22   coach, my players in the team, I'm push-up in the

**Hristo Stoitchkov**

Page 30

1    referee.

2           Q.      You made contact with the referee?

3           A.      Exactly.

4           Q.      Okay.

5           A.      And after that, I go home, two days

6    late federation call me, Hristo, you're suspended

7    for six months.

8           Q.      Six months?

9           A.      Six months.   Call.

10          Q.      Did you step hard on the referee's

11   foot?

12          A.      No.

13          Q.      Did they say you did that?

14                  Did someone say you did that?

15          A.      I understand it is very hard, no.

16   Only is, is touch.

17          Q.      Your foot touched the referee's

18   foot?

19          A.      Exactly.   Exactly.

20          Q.      Did someone else say you stepped on

21   the referee's foot hard?

22          A.      No.

Page 31

1      Q.    No one said that?

2      A.    No.

3      Q.    Six-months suspension?

4      A.    Six months.

5      Q.    Which month of 1991 did it start?

6      A.    In September 5, I think it start.

7      Q.    Okay.

8      A.    But for me it was very important,

9   one month late, a referee, go in the federation

10  and speak to the president of the federation,

11  president of the league.

12          Listen, I am very surprised Hristo

13  Stoitchkov no play for six months.  Maybe I am

14  provocate, Hristo Stoitchkov, in this moment

15  Stoitchkov, the reaction of Hristo is very hard.

16          I'm so sorry, this is my -- I'm

17  provocate, I'm not correct in the field, so, I'm

18  sorry for Hristo Stoitchkov, I'm sorry for

19  Barcelona.

20          It's possible no six months, only 10

21  games.  The federation hesitate, after six

22  months, push me only 10 games.  So, this is --

**Hristo Stoitchkov**

Page 32

```
 1          Q.      So you missed 10 games for the

 2   suspension?

 3          A.      Yeah.  But, this is a suspension

 4   because a lot of TV, a lot of journalists push up

 5   pressure for the federation, pressure for

 6   Barcelona.

 7          Q.      You said journalists push up?

 8          A.      Oh, too much, too much.

 9          Q.      Did you have any other suspensions

10   other than red card suspensions --

11          A.      No.

12          Q.      -- while playing for Barcelona from

13   1989 to 1995?

14          A.      No.

15          Q.      Let me finish my question.

16          A.      Yes.

17          Q.      Okay.  How many red cards did you

18   have playing for Barcelona?

19          A.      I'm receive a lot of yellow cards,

20   yellow cards protest.  I correct it is, I'm win

21   every game, but never, never in my playing for

22   Barcelona that I receive yellow card or red card
```

**Hristo Stoitchkov**

Page 33

1    for injuring another player.

2              This is for me clean on my hand,

3    clean on my head, clean on my shoes.

4         Q.    So, you never received a red card

5    for injuring a player in Barcelona?

6         A.    Never.

7         Q.    And you never received a red card

8    for injuring a player at CSKA Sofia.

9         A.    Never.

10        Q.    But, you did receive yellow cards

11   for protesting to the referees?

12        A.    Yes.

13        Q.    And if you got two yellow cards,

14   that turned into a red card?

15        A.    Yes.

16        Q.    All right.  You would protest to the

17   referees when their calls made you angry?

18              MR. CASTO:  Objection.  You can

19   answer.

20              THE WITNESS:  Nothing.

21              MR. CASTO:  Can we explain, just

22   remained him of the objection, have him translate

**Hristo Stoitchkov**

Page 34

1    it.

2                    MR. JOHNSON:  Sure.

3                    MR. CASTO:  Hristo, I object for the

4    record, but then I'll say you can go ahead and

5    answer and you can give your answer to

6    Mr. Johnson.

7                    So, you can basically ignore my

8    objection when I say you can answer.

9                    THE WITNESS:  Okay.

10   BY MR. JOHNSON:

11       Q.    My question was did you protest when

12   you get angry, counsel objected and his objection

13   is noted.

14                   What is your answer to that

15   question?

16       A.    Is it possible for translation?

17       Q.    Sure.

18                   THE INTERPRETER:  I'm sorry, what is

19   the question?

20                   MR. JOHNSON:  Can you read it back?

21                   (Record read.)

22                   (Question translated in Spanish for

**Hristo Stoitchkov**

Page 35

```
 1    witness.)

 2                   THE WITNESS:  Yes.

 3    BY MR. JOHNSON:

 4         Q.    You would be angry about the

 5    referee's call?

 6         A.    No.

 7         Q.    What would make you angry?

 8         A.    This is a protest, only what

 9    happened, what did you do, why this is no foul.

10    But, no yellow, I'm never charged a referee.

11         Q.    But, if you argued with the referees

12    you would get a yellow card sometimes?

13         A.    Yeah.  Sometimes I'm provocate one

14    yellow card.  No play one game because it's very

15    important stay this out for the next game.

16                   So, sometimes this is a part of the

17    soccer.  So, I am three yellow cards, play one

18    very bad game in your home, much better for me is

19    suspend one game, no play game at home, and play

20    another game that's very important.

21                   So, sometimes I provocate one yellow

22    card for not playing one game.
```

**Hristo Stoitchkov**

Page 36

1        Q.    Is that the rule, if you get a

2   yellow card, you're out for one game?

3        A.    Yes.

4        Q.    All right.  If you get a red card,

5   how many games are you out for?

6        A.    Never.

7        Q.    You never got a red card?

8        A.    No.  Never provocate red card.

9        Q.    But, you received 11 red cards at

10  Barcelona, right?

11       A.    Yes.

12       Q.    What do you recall receiving those

13  red cards for, as best as you can recall?

14       A.    Sometimes is, more games is protest.

15  My red cards.

16       Q.    So, you get a red card for

17  protesting?

18       A.    Yes.

19       Q.    As opposed to a yellow card?

20       A.    Two yellow cards, yes.  Never I'm

21  receive a red card, directly a red card, never.

22       Q.    Each of the 11 red cards you got,

**Hristo Stoitchkov**

Page 37

1    your testimony is was the result of getting two

2    yellow cards?

3        A.    Yes.

4        Q.    Always about protesting?

5        A.    Yes.  I'm never, I'm never, I play

6    eight years in Barcelona, I'm never injured one

7    guy, never.

8        Q.    You played from 1995 to 1996 for AC

9    Parma in Italy?

10       A.    Yes.

11       Q.    You were traded there?

12       A.    Yes.

13       Q.    Okay.  Did you have any red cards

14   there?

15       A.    No.

16       Q.    Did you have any yellow cards there?

17       A.    Two.

18       Q.    And what were the yellow cards for?

19       A.    I don't remember.  Two yellow cards

20   play one year, three games.

21       Q.    Typically for protesting referees'

22   calls?

**Hristo Stoitchkov**

```
 1    coach Dennis Hamlet speak very well in Spanish.

 2                And conversation it's possible I

 3    come for one year in Chicago Fire.  So the idea

 4    is very nice, because before I never speak

 5    English, so for me, for my daughters and my wife,

 6    it's important, one more languages.

 7                I accept the condition and come to

 8    the United States.

 9         Q.    You signed a contract with the, with

10    MLS?

11         A.    Yes.

12         Q.    And MLS assigned you to the Chicago

13    Fire to play?

14         A.    Yes.

15         Q.    And that was agreed in advance that

16    you would go to Chicago; is that correct?

17         A.    Yes.  A lot, a lot of peoples is

18    Bulgarian peoples in Chicago area.  So I'm

19    remember having the first game in Chicago Fire,

20    25,000, 30,000 peoples in the game.

21         Q.    But, my question, though, is that

22    you had the ability to negotiate which team you
```

Page 48

1          Q.      When did you arrive in Chicago, what

2     month did you arrive in Chicago?

3          A.      I'm come January 12th, January 2000.

4     And I go play season, after that I go to airport,

5     first coming like to New York, signature my

6     contract in MLS and after that I go straight in

7     the (unintelligible).

8          Q.      And you played how many seasons with

9     Chicago?

10         A.      Three.

11         Q.      How many red cards?

12         A.      Never.

13         Q.      Never a red card.   How many yellow

14    cards?

15         A.      I don't know.

16         Q.      Do you have an approximation?

17         A.      Three, four.

18         Q.      Total for the three years?

19         A.      Yeah.

20         Q.      Okay.   Any players injured due to

21    contact with you while playing for MLS in

22    Chicago?

**Hristo Stoitchkov**

Page 51

1    D.C. United?

2          A.     At the first moment?

3          Q.     Yes.  When you first started, what

4    were going to be doing as a coach, not as a

5    player, but as a coach for D.C. United?

6          A.     It's possible translation?

7          Q.     Yes.

8                 (Question translated in Spanish for

9    the witness.)

10                THE WITNESS:  In the first start the

11   assistant coach is I'm receive the two times, one

12   is assistant coach, and the other is the player.

13   So, I'm preparing for two things.

14                First is work for the whole team in

15   same John Trask, Ray Hudson, prepare the warm-up,

16   and different movements, the players in the

17   field, but in the same moment I'm training,

18   because I'm necessary play.

19                So, I preparing 50/50.  So,

20   sometimes, the training is hour and a half, two

21   hours.  So, the first time, the first 15, 20

22   minutes I'm work for the assistant coach, and

**Hristo Stoitchkov**

Page 52

1    after that preparate for the game, so I'm stay

2    player.

3    BY MR. JOHNSON:

4         Q.    So, taking the first 15 or

5    20 minutes as the assistant coach, tell me more

6    specifically what you would do.

7         A.    Warm-up, this is very, very

8    important, warm-up, no injury, no hamstring.

9    This is, they understand my possibility of the

10   assistant coach, no, because I'm player.

11              So, it's necessary I prepare not one

12   player, but the whole team, for injury.  And

13   after that, after this 15 minutes, work,

14   everybody stretch, jogging, everything, I'm

15   stopping, divide two groups.

16        Q.    Divide into two groups?

17        A.    Exactly.  So, the players play the

18   midfield of forward come me, because I understand

19   more the (unintelligible) goals, or the free

20   kicks, or the corner, or everything, in the

21   forward, in defender I don't understand nothing.

22              So, the position the midfield of

Page 53

1    defending is Ray Hudson and John Trask.

2         Q.    So, your position that you're

3    working with is what position?

4         A.    In the forward.

5         Q.    Forward?

6         A.    Yes.

7         Q.    Okay.

8         A.    So, this is my work for the

9    movement, the players, receive the ball, finish

10   the ball, turn back.  So --

11        Q.    Do you still have coaching

12   responsibilities when you're playing the games

13   when you're an assistant coach?

14        A.    So, in the field, in the field, I'm

15   staying in the field.  It's more play first,

16   because I'm very, very good respect of my coach,

17   I'm assistant coach, but the first coach is Roy

18   Hudson.

19             Only decision is the Ray Hudson and

20   John Trask.  So I'm assistant coach inside the

21   field.  Sometimes coach call me, Hristo come, I'm

22   going on the bench, speak me some things.

**Hristo Stoitchkov**

Page 54

1              In this moment I'm translation the

2    players in the field, and same as the captain.

3    So, at this moment is captain, I think it's, I'm

4    not remember the name, the captain of the

5    D.C. United.  Ernie, Ernie, I don't remember the

6    name.

7              Q.    Okay.

8              A.    The captain of the team.

9              Q.    All right.  In your prime, did you

10   consider yourself one of the best soccer players

11   in the world?

12             A.    Yes.

13             Q.    All right.  Tell me what made you

14   such a good soccer player in terms of your

15   skills?

16             A.    Is it possible translation, please?

17             Q.    Sure.

18             A.    In the first time, very happy to

19   play with the best players in the world.  I play

20   on the national team in Bulgaria, on the best

21   team in the history of Bulgaria, I played on this

22   team.

**Hristo Stoitchkov**

Page 65

```
 1        Q.     Never in your whole career?

 2        A.     No.  I'm never injured by one guy.

 3   I'm never injured, I never receive the message,

 4   because I'm never injured.

 5        Q.     Okay.

 6        A.     I never push out my tackle.  Never.

 7        Q.     So, Freddy is the first player that

 8   you ever injured?

 9        A.     The first player, the first time,

10   so, today is, how many years is 2004, no?

11             MR. CASTO:  Yes.  2004.

12             THE WITNESS:  Today is 2007.  So,

13   three years.  Three years, I'm no understand, no

14   understand today what happened to this guy.

15   BY MR. JOHNSON:

16        Q.     You know he was seriously injured?

17        A.     Unbelievable.  Today, I no

18   understand what happened at this moment.

19        Q.     You know he had his fractured bones

20   and bones coming out through the skin?

21        A.     Yeah.  I watch after that.

22        Q.     You saw the bones coming out through
```

**Hristo Stoitchkov**

Page 88

1    BY MR. JOHNSON:

2         Q.    All right.

3         A.    Yes.   The first week or second week

4    of February.

5         Q.    And did you move to D.C. to live

6    here while you played for D.C. United?

7         A.    Yes.   I'm live from Chicago, come

8    here in Washington.

9         Q.    All right.   And did you move here in

10   February of 2004?

11        A.    Yes.

12        Q.    All right.   And where did

13   D.C. United practice?

14        A.    In the same JFK Stadium.

15        Q.    RFK?

16        A.    RFK, yes.

17        Q.    Okay.   And how often per week did

18   you practice beginning in February?

19        A.    In the first, February is preseason.

20   So, I'm no staying in Washington, I'm staying in

21   Ft. Lauderdale preseason.

22        Q.    They allowed you to stay in

**Hristo Stoitchkov**

Page 92

```
 1          A.     I think it's the Canadian team, the

 2   Canadian team under 16, under 17, I no remember

 3   exactly.

 4          Q.     Would that be considered a friendly

 5   game?

 6          A.     Yes.  Friendly game in

 7   Ft. Lauderdale.

 8          Q.     Okay.  And do you recall how many

 9   friendly games you played while you were still in

10   Florida in Ft. Lauderdale in 2004?

11          A.     I'm playing only two.

12          Q.     Two?

13          A.     Yes.  First is the Canadian team,

14   and the second from Chicago Fire.  So, this game

15   I'm receiving one contact, the goalkeeper,

16   commotion and stay 20 days out, not play.

17          Q.     Did you not play?

18          A.     No play.  No training.  I'm saying,

19   no staying in the hospital, but staying in my

20   room, not go out because my hand is commotion,

21   commotion.

22                 INTERPRETER:  Commotion.
```

**Hristo Stoitchkov**

1          THE WITNESS:  Yes.  Commotion.

2    BY MR. JOHNSON:

3          Q.    Did you sustain an injury?

4          A.    Yes.

5          Q.    Tell me how the injury occurred.

6          A.    I'm no remember, because I'm lost in

7    my mind at this moment.

8               MR. CASTO:  He may have said

9    concussion.

10              INTERPRETER:  Concussion.

11              THE WITNESS:  Concussion, yes.  So,

12   I don't remember nothing, because it's very

13   quickly.

14   BY MR. JOHNSON:

15         Q.    Did you collide with the goalkeeper

16   for Chicago Fire?

17         A.    Yes.

18         Q.    How close to the goal was it?

19         A.    Three yards.

20         Q.    Okay.  Were you attempting to shoot?

21         A.    No.  I'm trying to touch the ball.

22         Q.    It was a play on the ball?

**Hristo Stoitchkov**

Page 94

```
 1         A.     It was the grass.  I'm touch the

 2   ball, but the Zack Tarten more quickly than me

 3   and pushed the ball and touched my head, so, I no

 4   remember nothing.

 5         Q.     Did your head hit his head?

 6         A.     I don't remember.

 7         Q.     Okay.

 8         A.     I don't know if it was the feet, the

 9   shoes, the hand, I don't know.

10         Q.     Were you unconscious on the field?

11         A.     Yes.

12         Q.     How long were you unconscious for?

13         A.     I'm staying more than two week --

14   more on the field.

15         Q.     No.  Unconscious means loss of

16   consciousness on the field, like blacked out.

17         A.     Yes.  I no remember nothing,

18   nothing.

19                MR. JOHNSON:  Please ask him, if you

20   would, how long he was unconscious on the field

21   as opposed to after he woke up and was taken for

22   medical care.
```

Page 95

1                    (Question translated in Spanish for

2      the witness.)

3                    THE WITNESS:  I'm not remember.

4      BY MR. JOHNSON:

5           Q.    Were you taken to the hospital?

6           A.    Yes.

7           Q.    Were you awake when you were in the

8      ambulance going to the hospital?

9           A.    No.  I'm go the bus.

10          Q.    Go to the bus, you were on the team

11     bus?

12          A.    Yes.

13          Q.    Did you go straight to the hospital

14     or the next day?

15          A.    Same moment, finish the game.  I'm

16     down, only push the eyes, I'm watching up, it's

17     black.

18                    So, come to doctors touch me,

19     Hristo, what happened, very pain in my head,

20     terrible.

21                    I go to hospital after the game.

22     Watch me everything and it, the doctor of the

**Hristo Stoitchkov**

Page 103

1          Q.      Okay.  And did you ask whether you

2    had to play in this game, or did you understand

3    that you had to play in it?

4          A.      I have to play every game.

5          Q.      Okay.  So you didn't have any

6    choice?

7          A.      Never in my life, and touch the

8    coach, miss a game or no play.  This is my

9    profession, so, I'm like every single day.  Every

10   single day go to training, every single game.

11         Q.      What kind of shape were you in by

12   the AU game?

13                 Were you back to full conditioning

14   or were you still working your way to being in

15   game shape?

16         A.      Full condition, because it's only

17   one week before the start of championship.  So,

18   I'm already 100 percent for the game.

19         Q.      Okay.  So, the MLS season was to

20   start one week later?

21         A.      Yes.

22         Q.      This was the last week of training?

**Hristo Stoitchkov**

Page 112

1        A.    Left mid-field.

2        Q.    Prior to the incident where

3  Mr. Llerena was hurt, tell me what you remember

4  about how the game developed.

5             Did, for example, D.C. United score

6  a goal?

7        A.    Yes.  D.C. United is much better

8  team, so played 15, 20 minutes very, very well,

9  scored one goal, 1-0.  And --

10       Q.    Let me interrupt you for a minute.

11  You say D.C. United is a much better team?

12       A.    Of course.

13       Q.    And the reasons for that are?

14       A.    Because it's a team in the MLS.

15       Q.    Professional team versus a college

16  team.

17       A.    Exactly.

18       Q.    So, you had control of the game.

19       A.    Control of the game, played good,

20  not nervous, played good.  So, Ray Houston was

21  very happy.  More on the game, American

22  University scored a goal, scored a goal offsides.

1         Q.     Why do you say they scored the goal

2    offsides?

3         A.     Because I'm stay the last man, the

4    defender, and watch players in the American

5    University behind me.  So, offsides, maybe five

6    yards, maybe 10 yards, I don't know exactly,

7    very, very quickly.

8              And American University scored the

9    goal and touched the assistant, the assistant

10   referee, offsides, come on.

11             He said Hristo, no, come on, it's

12   1-1, no big deal.  Yes, is big deal, because

13   it's, I'm playing for to win the game.

14        Q.     You were playing the win the game?

15        A.     Exactly.  Exactly.

16        Q.     And did you get angry at the

17   assistant referee?

18        A.     Again?

19        Q.     Did you get angry at the assistant

20   referee?

21        A.     No.  I'm talking to the referee.

22        Q.     Talking to him just like you're

Page 114

1    talking to me?

2          A.    Exactly, so, maybe me to you, no

3    more.  And this moment come Ray Houston, our

4    coach.  Hristo, come on, forget the referee, you

5    play.  I'm still playing, start in same mentality

6    the game.

7          Q.    You started over in the same

8    mentality that you started the game with?

9          A.    Of course.

10         Q.    So, you were not angry after this

11   call?

12         A.    I am upset, upset because it's

13   scored the goal for offsides, no.  So, I am

14   upset, why is consideration legal this goal.

15              It was offsides, yes, it's offsides.

16   But, for me it's no big deal, no big deal is

17   goal, no goal.  I'm still play, still the mental

18   thing the same the first minutes.

19              So, in the same touch the ball, in

20   the same movement, everything is the same.

21         Q.    So, you were upset for just a little

22   bit, and then you got over it, is that what

**Hristo Stoitchkov**

Page 115

1    you're saying?

2         A.    Yes.  The goal, no more.  No upset

3    the player on the other team, the American score,

4    absolutely not.

5         Q.    Upset with the referee?

6         A.    Yes.

7         Q.    For how long?

8         A.    Maybe one minutes, maybe two

9    minutes, I don't know.  So, very quickly, because

10   in the same minutes, the ball come to me, I play

11   the ball.

12              I'm start play, I'm forget.  So,

13   1-1, that's it.  So, my mentality is to score the

14   second goal.

15        Q.    Okay.  Let me ask you this, did

16   anyone else protest that the goal was offsides,

17   besides you?

18        A.    After.

19        Q.    After the American University scored

20   the goal --

21        A.    Yes.

22        Q.    -- before the ball was put back in

**Hristo Stoitchkov**

Page 119

1                     This is, my face's changed, no.

2     Why?   Why is goal, is offsides?   But, one

3     minutes, two minutes, I'm forget, I'm playing.

4              Q.    Did you curse at the referee?

5              A.    I speak.

6              Q.    Did you curse at the referee?

7                    (Question translated in Spanish for

8     the witness.)

9                     THE WITNESS:   No.   No.

10    BY MR. JOHNSON:

11             Q.    Did you say any curse words to the

12    referee after you got upset?

13             A.    Maybe.   Maybe the talk referee back,

14    I'm no good as this, that's it.   Maybe seconds.

15    Watch face in his face and turn, go ahead.

16                    But, no more, because I'm still, I'm

17    never more protest to this referee after the

18    goal.   This is only the moment.

19             Q.    Is it possible that you cursed at

20    the referee four or five times?

21             A.    No.   No chance.

22             Q.    The ball was put back in play?

**Hristo Stoitchkov**

Page 148

1    to the end, please.

2              (Video playing.)

3    BY MR. JOHNSON:

4              Q.    This is you getting up here on the

5    left; is that correct?

6              A.    Yes.   Here.   I'm staying here in

7    this moment.   A referee pushed me a red card for

8    me.

9              Q.    Yes.   Do you know why he gave you a

10   red card?

11             A.    I don't know.

12             Q.    Where is the referee standing?

13             A.    Here.   Behind.

14             Q.    So, how many feet -- how many yards

15   away is the referee?

16             A.    Maybe five yards, maybe 10 yards.

17             Q.    And that's the head referee?

18             A.    Yes.

19             Q.    Not the one you had been arguing

20   with?

21             A.    No, no, no.   This referee staying

22   here.

**Hristo Stoitchkov**

Page 149

```
 1        Q.      And that one immediately pulls out a

 2   red card?

 3        A.      Yes.  Immediately.

 4        Q.      And you knew it was a red card.

 5        A.      Only as the watch, I'm watch the

 6   referee, referee push the red card to me.

 7        Q.      Did you say anything to the referee?

 8        A.      Why red card?  That's it.

 9        Q.      Did you know it was a red card?

10        A.      Yes.

11        Q.      Did you know why it was a red card?

12        A.      I'm talking, why, no speaking,

13   nothing.  Only red card.  I'm leaving.

14        Q.      Did you think it was unfair that it

15   was a red card?

16        A.      No.  For me no, is correct.

17        Q.      Pardon.

18        A.      For me, no is correct for red card.

19        Q.      It was a correct red card.

20        A.      No is correct.

21        Q.      Not correct.

22        A.      Not.
```

**Hristo Stoitchkov**

Page 151

1         A.    No.   I'm no understand it's broke or

2    no broke, I'm no understand.   I'm leaving.

3              The players, the American University

4    come to my bench and they speak, Hristo, you

5    broke the feet.   I'm surprised.   What?

6              Yes, you broke the feet.

7         Q.    You saying broke the feet, but you

8    mean broke the leg, right?

9         A.    The leg, sorry, yes.

10        Q.    Okay.

11        A.    The leg.   I'm turned back to my

12   bench, the position the Freddy is maybe 20 yards.

13   I'm coming back.   I'm watch the guy, I'm

14   surprised, surprised.

15             I'm what happened, I'm not touch

16   this guy.   Because my mentality, I'm touch the

17   ball, I'm play the ball.

18             I'm watch the guy, speak the guy in

19   Spanish, yes, I remember the Freddy told me,

20   Hristo, this is part of soccer.

21             But, I'm crying at this moment

22   because I'm very, very upset, what happened, no?

**Hristo Stoitchkov**

Page 175

1    number we did?

2                    MR. CASTO:    It was five.    Can I just

3    look at it and hand it back to him?

4                    MR. JOHNSON:    Yes.    Hand it back to

5    him or hand it back to me and I'll ask him

6    question and hand it back to him, and that will

7    save time.

8    BY MR. JOHNSON:

9            Q.    Mr. Stoitchkov, do you recall a

10   incident where you received a red card for

11   tackling the Kansas City Wizard mid-fielder, Mo

12   Johnston from behind?

13           A.    No.    I received red card, red card I

14   received in Kansas City only as for push out.

15           Q.    Please read the second paragraph

16   there and if you need it to be translated, feel

17   free to do that.

18           A.    No.    No is correct.

19           Q.    That's not correct?

20           A.    No.

21           Q.    You disagree that you tackled him

22   from behind?

**Hristo Stoitchkov**

```
 1          A.     No.   I'm push out.

 2          Q.     You pushed him?

 3          A.     Yes.

 4          Q.     From behind?

 5          A.     Yes.

 6          Q.     Did you fall?

 7          A.     Yes.   Fall.

 8          Q.     Did you stand over him?

 9          A.     Yes.   I'm standing here.   The guy

10   stay here, yes, I'm stay, he stay here.   I'm face

11   in face.

12          Q.     Were you angry at him?

13          A.     No.   No.   Absolutely.

14          Q.     You were not mad when you pushed

15   him?

16          A.     I'm mad, but no speak.   Only watch.

17          Q.     Why did you push him down?

18                 Were you mad at him when you pushed

19   him down?

20          A.     Because his fall, before in the

21   fall.   It was me, I'm here, and John warn me, we

22   stay together in the grass.
```