# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSCHUTZ D.C. SOCCER, L.L.C.'S ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant, Anschutz D.C. Soccer, L.L.C. ("Defendant"), by and through its undersigned counsel, answers the Interrogatories propounded to it by Plaintiff, A. Freddy Llerena-Aspiazu, and states as follows:

a. The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes the knowledge of the party's agents, representatives, and attorneys, unless privileged.

b. The word usage and sentence structure is that of the attorney who, in fact, prepared these Answers and thus does not purport to be the exact language of the executing party.

c. The Respondent reserves the right to file Supplemental Answers if and when such additional information comes into their possession.

d. The Interrogatories have been interpreted and answered in accordance with the Federal Rules of Procedure, plain English usage, and to the extent not specifically challenged by objection, the definitions and instructions included with the Interrogatories.

Further, this Defendant objects to the phrase "controls or has the right to control the operations" as undefined, ambiguous, and vague. Subject to, and without waiving these objections, Defendant states that Anschutz D.C. Soccer, L.L.C. is a Delaware limited liability company. Anschutz D.C. Soccer, L.L.C. has a contractual relationship with Major League Soccer, L.L.C.

**INTERROGATORY NO. 4**: Please describe the employment relationship between Anschutz D.C. Soccer and Hristo Stoitchkov while he was a player/assistant coach for the MLS team D.C. United, including in your answer the identity of Stoitchkov's employer(s).

**ANSWER NO. 4**: This Defendant employed Defendant Stoitchkov pursuant to contract as an assistant coach. Defendant Stoitchkov was employed in his capacity as a player by Defendant Major League Soccer, L.L.C.

**INTERROGATORY NO. 5**: Please identify all persons who initially discussed with Hristo Stoitchkov or his agents or representatives the possibility of him becoming a player and assistant coach for the MLS team D.C. United.

**ANSWER NO. 5**: Ray Hudson (former DC United head coach), John Trask (former DC United Assistant Coach) and Dave Kasper (Technical Director) were principally involved in hiring Defendant Stoitchkov to become an assistant coach. Defendant Stoitchkov was employed in his capacity as a player by Defendant Major League Soccer, L.L.C.

**INTERROGATORY NO. 6**: Please identify the following:

a. the date on which Hristo Stoitchkov first signed a contract to play for the MLS team D.C. United; the parties to that contract; Hristo Stoitchkov's compensation under that contract; and the duration of the contract;
b. the date(s) on which Hristo Stoitchkov signed any subsequent contract(s) to play for the MLS team D.C. United; the parties thereto; his compensation under the contract(s); and the duration of the contract(s);
c. the date that Hristo Stoitchkov became an assistant coach of the MLS team D.C. United,. and his duties in that capacity; and
d. the date that Hristo Stoitchkov's employment with the MLS team D.C. United terminated and the reasons for that termination.

**ANSWER NO. 6**: Objection. This Defendant objects to this Interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.