# **EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, L.L.C. et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF JOHN E. KEENAN, III

State of California      )
County of Los Angeles    )      to wit:

I, John E. Keenan, III, being duly sworn, depose and say:

1. I am over eighteen years of age, am competent to testify and have personal knowledge of the facts contained herein.

2. I am the Vice President and Senior Counsel of Anschutz Entertainment Group, Inc. ("AEG").

3. On March 16, 2001, AEG formed Anschutz D.C. Soccer, L.L.C. ("D.C. Soccer") under the laws of Delaware. AEG has been the sole member of D.C. Soccer since its formation.

4. AEG has never been a party to the Operating Agreement between D.C. Soccer and Major League Soccer, L.L.C. regarding the operation of the D.C. United soccer team.

5. AEG has never employed Hristo Stoitchkov.

**I SOLEMNLY SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.**

Dated: 7/5/07

John E. Keenan, III