# EXHIBIT F

Todd West 5/16/07

Page 1

1            IN THE UNITED STATES DISTRICT COURT FOR THE

2                        DISTRICT OF COLUMBIA

3   A. FREDDY LLERENA-ASPIAZU,    *

4            Plaintiff,           *

5   vs.                           *   Case Number:

6   MAJOR LEAGUE SOCCER,          *   1:06CV343(RWR)

7   et al.,                       *

8            Defendants           *

9   *       *       *       *       *       *

10              THE DEPOSITION OF TODD WEST

11           The Deposition of Todd West, taken in

12  the above-captioned case on Wednesday, May 16,

13  2007, commencing at 11:00 a.m., at the law offices

14  of Koonz, McKenney, Johnson, DePaolis & Lightfoot,

15  2001 Pennsylvania Avenue, Northwest, Suite 450,

16  Washington, D.C. 20006, and reported by Monique

17  Kastner, Court Reporter and Notary Public.

18

19                EVANS REPORTING SERVICE
              The Munsey Building, Suite 705
20              Seven North Calvert Street
               Baltimore, Maryland 21202
21                    410-727-7100
                      800-256-8410

Todd West 5/16/07

Page 2

```
 1   APPEARANCES:

 2

 3   ROGER JOHNSON, ESQUIRE

 4   ANDREW COHEN, ESQUIRE

 5           Koonz, McKenney, Johnson, DePaolis &

 6           Lightfoot, LLP

 7           2001 Pennsylvania Avenue, Northwest,

 8           Suite 450,

 9           Washington, D.C. 20006

10           202-659-5500

11           rjohnson@koonz.com

12           On Behalf of the Plaintiff

13

14   BRIAN CASTO, ESQUIRE

15           Miles & Stockbridge, P.C.

16           10 Light Street

17           Baltimore, Maryland 21202

18           410-385-3404

19           bcasto@milesstockbridge.com

20           On Behalf of the Defendant

21
```

Todd West 5/16/07

Page 9

```
1    United States?
2         A    No.
3         Q    Have you ever coached professional
4    players?
5         A    Yes.
6         Q    Tell me the first time you were in a
7    position coaching professional players.
8         A    The first time, I guess, technically,
9    would be 2001 with D.C. United.
10        Q    And what was your position with D.C.
11   United?
12        A    As an assistant coach to Thomas Rongen.
13        Q    Was that a part-time or full-time
14   position?
15        A    It was considered part time.
16        Q    You were also coaching American
17   University at the same time, correct?
18        A    Correct.
19        Q    Do you know Coach Rongen very well
20   personally?  Do you know him?
21        A    I know him pretty well, yes.
```

1       Q   Do you know him professionally?

2       A   Professionally, yes.

3       Q   Do you know the circumstances of him

4   leaving D.C. United?

5       A   To be very honest, no.

6       Q   When you were an assistant coach under

7   Coach Rongen, what were your duties during the

8   game? What did assistant coaches for D.C. United

9   do during a game?

10      A   In general terms, warming guys that

11  weren't starting up. I would warm the starters up,

12  but during the game, I would warm the nonstarters

13  up so that they're prepared to go into a game.

14          Sometimes I'd go up high to watch and

15  come back down to tell them some things we see so

16  that we can address it with the team at half-time.

17  That's game-day stuff.

18      Q   Right. As a college coach, have you

19  ever coached a player that went on to play

20  professionally?

21      A   Yes.

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1        Q    Had your American University team ever
 2   scrimmaged a pro team before?
 3        A    Yes.
 4        Q    About how many times?
 5        A    Eight or ten.
 6        Q    What pro teams had you guys scrimmaged?
 7        A    D.C. United, Richmond Kickers, Hampton
 8   Road Mariners.  That may be it.
 9        Q    Prior to this match, how many times had
10   you scrimmaged D.C. United?
11        A    Probably six or seven.
12        Q    Did you, as the coach, ever have any
13   apprehension about playing your players against pro
14   teams?
15        A    Never.  Apprehensive about getting beat
16   badly, but, no.
17        Q    Did anyone at the AU administration,
18   your bosses, the athletic director, people like
19   that, ever come to you and express concern over the
20   team playing pro teams?
21        A    No.
```

Todd West 5/16/07

Page 26

1    Q    And there was an agreement to replay it
2    later on, I think; is that correct?
3    A    We said we would try.  D.C. was in
4    season, and we only have a certain amount of dates
5    in the spring.  So the idea was we would try.  And
6    unfortunately, it obviously never happened.
7    Q    Was it a scheduling issue why it never
8    happened, or did you make the decision not to
9    replay the match?
10   A    It wasn't a decision.  It was just kind
11   of a scheduling issue where we couldn't do it.
12   Q    And the match we're talking about, it
13   was a scrimmage.  Is that a fair term to use?
14   A    Yes.
15   Q    Also, in soccer terminology, they would
16   call it a "friendly."  Is that another fair term to
17   use?
18   A    Yes.
19   Q    Can scrimmages or friendlies like this
20   be competitive matches?
21   A    Absolutely.

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1      Q   College soccer is a fall sport,
2   correct?
3      A   Correct.
4      Q   So the spring is the off season for
5   college soccer?
6      A   I don't call it off season. It's
7   called a nontraditional season. We're allowed five
8   dates to play, but we train during the spring.
9      Q   Do you play any league games during the
10  spring that count toward --
11     A   We don't play conference games.
12  Nothing counts towards our records.
13     Q   During the spring, in both your
14  practices or scrimmages, are you making decisions
15  about who is going to be on the starting roster in
16  the fall during the spring?
17     A   It certainly goes into it. You can't
18  make a decision until you see everyone in preseason
19  in August, but it's very important to me.
20     Q   Do you convey to the players that their
21  performance in the spring is very important, and it

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Todd West 5/16/07

Page 28

1   goes into who starts in the fall?

2       A   Absolutely.

3       Q   Would you describe soccer as a contact
4   sport?

5       A   Yes.

6       Q   When is there contact between two
7   players on a soccer field?

8       A   Lots of times; almost every play in a
9   competitive game.

10      Q   When is contact appropriate and allowed
11  by the rules versus inappropriate and against the
12  rules?

13      A   Shoulder-to-shoulder challenges when
14  two players are trying to get to a ball, everyone
15  understands it's part of the game. Everyone
16  understands that sometimes you get kicked in the
17  game. There are a lot of situations where two
18  players could have a collision.

19      Q   Other than this incident, have you ever
20  seen one of your American University players be
21  injured such that they had to leave the field due

Court Reporting in  
Baltimore/Washington

EVANS REPORTING SERVICE  
410-727-7100

Over 20 years of  
award-winning service

Todd West 5/16/07

Page 35

1   Q   What does the term "challenge" mean in
2 soccer terminology?
3   A   Take the ball away, compete, put them
4 under pressure.
5   Q   What about the term "professional
6 foul"?
7   A   It's a tactical foul to stop a play
8 because your team is in a numerical disadvantage.
9 A professional foul is usually done, I'd say, above
10 the waist so that someone doesn't get hurt, but you
11 stop the play without an intent to injure.
12   Q   Do your American University players
13 sign any waivers or releases prior to joining your
14 team?
15   A   They have to sign medical clearances.
16 I don't know that they have waivers involved in
17 that.  That would be a training-room issue.
18   Q   This specific match, can you give us a
19 brief overview or feeling of what happened in the
20 match up to the incident?
21   A   Well, it was only ten minutes or

```
 1   something in that range.  I don't have the exact
 2   time, but D.C. United had scored and was beating us
 3   1-0.
 4               In the game, we were playing pretty
 5   well, and actually had more of the ball than D.C.
 6   United had.  We had a couple of chances to score.
 7               We had a breakaway, and Mike Petke
 8   fouled one of our guys pretty bad.  And then a
 9   minute or two later, we ended up scoring to make it
10   1-1.
11               And I certainly don't think we would
12   have beaten D.C. United, but we were playing well
13   at the time.
14               From the ensuing kickoff after our goal
15   to equalize, that's when the incident occurred.  I
16   would say, if I had to put it in general terms, the
17   D.C. United players were frustrated that a college
18   team was playing well, and they were going to try
19   to figure out how to be competitive.
20        Q    Would you describe the match up to that
21   point as a competitive one?
```

Todd West 5/16/07

Page 37

```
 1        A    Yes.
 2        Q    Did it look to you like both sides were
 3   playing to win?
 4        A    Yes.  Both teams were playing to win.
 5        Q    After your team scored that tying goal,
 6   did you hear or see Mr. Stoitchkov dispute the goal
 7   with the assistant referee?
 8        A    I did.
 9        Q    Did you both see him and hear him?
10        A    I saw him.  I heard him.  I thought
11   everyone heard him, but I guess some people on the
12   other side might not have heard him.  He was closer
13   to me, so I certainly heard him.
14        Q    About how far were you from
15   Mr. Stoitchkov at the time?
16        A    I would say 30 yards.
17        Q    About how far were you from the
18   assistant referee?
19        A    Probably a little further.  Stoitchkov
20   was probably a little between me and the assistant.
21   I couldn't say that's a factual recollection.
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1        Q    Do you believe that Mr. Stoitchkov
 2   targeted Mr. Llerena specifically as someone he
 3   wanted to take out of the game?
 4        A    No.
 5        Q    Do you believe that Mr. Stoitchkov
 6   intended to break Mr. Llerena's leg?
 7        A    I don't think he meant to do what he
 8   did.
 9        Q    Do you have any knowledge of any verbal
10   exchange between Mr. Stoitchkov and Mr. Llerena
11   prior to this incident?
12        A    No.
13        Q    Do you have any knowledge of a physical
14   exchange between the players prior to this
15   incident?
16        A    No.
17        Q    Do you have any criticisms of D.C.
18   United for putting Mr. Stoitchkov -- playing him in
19   this match?
20        A    No.  We were happy he was playing.  We
21   wanted their best players on the field.
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service