# EXHIBIT G

Peter Edward Ramsey 4/10/07

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2   A. FREDDY LLERENA-ASPIAZU,:
             Plaintiff,       :
 3                            :
        vs.                   : CIVIL ACTION NUMBER:
 4                            : 1:06CV343 (RWR)
     MAJOR LEAGUE SOCCER,     :
 5   et al.,                  :
             Defendants.      :
 6

 7

 8              ---------------------

 9        The Discovery Deposition of PETER

10   EDWARD RAMSEY was taken on Tuesday, April 10,

11   2007 at 11:00 a.m. at the Law Offices of Koonz,

12   McKenney, Johnson, DePaolis & Lightfoot, L.L.P.,

13   2001 Pennsylvania Avenue, N.W., Suite 450,

14   Washington, D.C. before Deborah C. D. Shumaker,

15   Notary Public.

16              ---------------------

17        Evans Reporting Service

18        The Munsey Building

19        7 North Calvert Street, Suite 705

20        Baltimore, Maryland  21202

21        (401) 727-7100
```

Peter Edward Ramsey 4/10/07

Page 2

```
 1    APPEARANCES:

 2

 3              ROGER C. JOHNSON, ESQUIRE

 4              ANDREW COHEN, ESQUIRE

 5              Koonz, McKenney, Johnson,

 6              DePaolis & Lightfoot, L.L.P.

 7              2001 Pennsylvania Avenue, N.W.

 8              Suite 450

 9              Washington, D.C.  20006

10              (202) 659-5500

11                   On behalf of the Plaintiff

12

13

14              BRIAN W. CASTO, ESQUIRE

15              Miles & Stockbridge, P.C.

16              10 Light Street

17              Baltimore, Maryland  21202

18              (410) 385-3404

19                   On behalf of the Defendants

20

21
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1   existence now?
 2        A.   No.  Not that league, no.
 3        Q.   What are the ages of the players that
 4   played in the league?
 5        A.   Everything from eight years old up
 6   until college, up to and including college.
 7        Q.   I assume that you played soccer at some
 8   point in your life?
 9        A.   Yes.
10        Q.   Do you still play today?
11        A.   I do not play today, no.
12        Q.   Could you give me a brief synopsis of
13   your history playing soccer.
14        A.   Yes.  I started in youth levels, played
15   as a ninth grader for my high school team,
16   started, I believe it was four years in high
17   school and then was recruited to play at Keene
18   State College which is a small Division 3 school
19   in New Hampshire, played there for three years,
20   and I broke my jaw.  That is one of the reasons I
21   missed a year, and then I played men's leagues
```

Peter Edward Ramsey 4/10/07

Page 15

```
 1   until 19, probably 1995, played in all sorts of
 2   different men's leagues.
 3        Q.   How did you break your jaw?
 4        A.   In a preseason game against Amherst
 5   College.  Our goal tender -- we were doing corner
 6   kick drills, and our goal tender came out and
 7   swung at the ball, and I was there, and he hit me
 8   in the jaw.
 9        Q.   With his foot or his hand?
10        A.   His hand, believe it or not.
11        Q.   Did you ever play professionally?
12        A.   No.
13        Q.   Did you ever play on any clubs that
14   played internationally?
15        A.   Yes.  We played in Canada quite a bit.
16   I forget the name of the team.  It was a long
17   time ago.  It was a men's team.
18        Q.   Other than teams from Canada, did you
19   play any teams from Europe?
20        A.   No.
21        Q.   Latin America?
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1     Q.   Are there any professional players you
 2  currently or have particularly admired?
 3     A.   Oh, many, many, many players.
 4     Q.   Can you give us the top three maybe?
 5     A.   Pele, of course, is probably the
 6  greatest player in the history of the game.
 7  Franz Beckenbaur was a great defender.  I am a
 8  defender, so he was a great defender.  Probably
 9  my number three would be -- I have so many famous
10  players.  I like Tad Ramos.  He is a very fine
11  player.  He is a current American player.  He is
12  a very fine player.
13     Q.   Would you describe soccer as a contact
14  sport?
15     A.   It can be a contact sport at times.
16  The majority of time it is not contact, but you
17  could describe it as a contact sport.
18     Q.   When is the contact between two
19  players?
20     A.   Normally when there is a challenge for
21  the ball.  There are also other opportunities.
```

```
 1   regardless of the division in college, do college
 2   players, is there always a risk of injury when
 3   they are out there playing?
 4        A.   I think there's a risk of injury in
 5   every competitive match, but in friendly matches,
 6   in training, very seldom is there an injury.
 7        Q.   Unless your goalie smacks you in the
 8   head, right?
 9        A.   I would say it was a sophomore trying
10   to earn a place on the team, and normally the day
11   before a game it's very competitive, very
12   competitive in every college I have been involved
13   in.
14        Q.   Why is that?
15        A.   Because players are trying to gain time
16   on the field during the game.
17        Q.   So even when you are not in a game, it
18   may count against your record or count against
19   you going to the tournament at the end of the
20   year, there would still competitiveness in the
21   preseason leading up to a season?
```

1    A.   Yes.

2    Q.   Do coaches the levels that you have
3  coached ever encouraged players to be more
4  physical on the field?

5    A.   Oh, yes.  Sure.

6    Q.   Can you describe for me what it means
7  to be -- when a coach is telling a player to be
8  more physical, what is he asking that player to
9  do?

10   A.   Play harder, perhaps win the ball more.

11   Q.   Anything else?

12   A.   No.

13   Q.   When you say win the ball more, can you
14  elaborate on that?

15   A.   There are situations in games where a
16  player may get tired, he may stop running, he may
17  stop working hard, he might space out, and as a
18  coach, you are encouraging him to focus again.  A
19  major problem in soccer is not going to the
20  ball.  It's watching the ball, and to win control
21  of the ball, you have to go get it.

```
 1      Q.    Is possession of the ball in soccer an
 2  important part of the game?
 3      A.    Very important.
 4      Q.    Obviously you can't score if you don't
 5  have possession of the ball, right?
 6      A.    That's correct.  Very important.
 7      Q.    In soccer what is a tackle?
 8      A.    A tackle is defined as when a player
 9  makes a play on the ball and attempts to win the
10  ball, and it is normally done with your foot, can
11  be done with your thigh or your leg or could be
12  done with your, normally done with your feet.
13      Q.    When a soccer player is making a
14  tackle, is he always trying to take the ball away
15  from somebody or are there instances where the
16  ball is in the open and he is just trying to get
17  it before somebody else gets it?
18      A.    Sure.  Both ways.
19      Q.    Have you personally when you played
20  soccer ever received a yellow or red card arising
21  from a tackle?
```

1　contact or, excuse me, Stoitchkov made -- let me

2　back up. Let's begin with the fourth sentence.

3　Strike that.

4　　　　The fourth sentence starts: "Freddy

5　Llerena had no opportunity to avoid this contact

6　which Stoitchkov made with excessive and

7　unnecessary force".

8　　　　Can you tell me what does excessive

9　force mean in soccer terminology?

10　　A.　His movements were so strong and

11　violent as to cause injury.

12　　Q.　Is an injury necessary to conclude that

13　someone played with excessive force?

14　　A.　No.

15　　Q.　Is excessive force synonymous with

16　coming in with too much speed?

17　　A.　It certainly can be.

18　　Q.　Do physical differences between two

19　players, height, weight, does that play into a

20　finding of excessive force?

21　　A.　It could, yes.

1    Q.   You go on to describe Mr. Stoitchkov's
2    actions as reckless.
3         Are there any particular aspects of
4    Mr. Stoitchkov's tackle that made it reckless?
5    A.   I think the fact that he lined him up,
6    he accelerated into the tackle rather than
7    properly challenging the ball.
8    Q.   Are there any other aspects about the
9    tackle that make it reckless?
10   A.   I think in the overall context of it,
11   yes.  You have one of the finest players in the
12   world lining up an 18-year-old player who had no
13   idea he was coming.  It is very typical of 18
14   year olds to be totally focused on the ball and
15   not the surroundings around them, and it's not
16   unusual at all for 18-year-old players to be
17   totally focused on what they are doing.
18   Q.   Finally you conclude that Stoitchkov's
19   play was not acceptable under the rules.
20        Was any particular rule broken?
21   A.   I think if you refer back to the

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1    A.   I would agree with that.

2    Q.   Is there any significance to that
3    decision, in your opinion?

4    A.   I think you could read a lot into it.
5    It's hard to tell what Mr. Stoitchkov was
6    thinking at the time. It's very hard to tell.

7    Q.   Is it your opinion that Mr. Stoitchkov
8    targeted Mr. Llerena specifically as someone he
9    wanted to take out of the game?

10   A.   It is my impression he was upset,
11   wanted to make a statement.

12   Q.   Do you have any factual basis that he
13   particularly chose Mr. Llerena as a player he
14   wanted to make that statement against?

15   A.   The only basis would be that he was
16   unlucky enough to be in front of Mr. Stoitchkov.

17   Q.   So as far as you know from what you
18   reviewed, if it was another player, let's say it
19   was Joe Soccer Player and not Mr. Llerena, Joe
20   Soccer Player would have had the same result?

21   A.   Given the totality of the circumstances

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Peter Edward Ramsey 4/10/07

Page 83

1  it appears like he was upset, and it appeared to
2  be a very reckless foul.
3      Q.  You said earlier, I will paraphrase
4  your testimony, that he intended to make a
5  statement with his tackle; is that correct?
6      A.  Well, he appeared like he was upset
7  that the college team had scored a goal, and he
8  simply lost his temper, and he was going it make
9  a statement.  That is what it appears like.
10     Q.  Can you make a statement without
11 injuring someone?
12     A.  Sure.  You can score a great goal.
13 Yes.
14     Q.  Is it your opinion that Mr. Stoitchkov
15 intended to injure Mr. Llerena as opposed to
16 intended to make a statement?
17     A.  I can't tell.
18     Q.  During a soccer match, what are the
19 duties of an assistant coach?
20     A.  Well, it depends on the head coach.
21 Some head coaches want the assistant to be silent

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1   and try to analyze the game. I have been an
2   assistant coach for a lot of coaches. Everybody
3   is different in what they expect.
4       Q.  Were you aware Mr. Stoitchkov was also
5   an assistant coach for D.C. United in addition to
6   being a starting player?
7       A.  I think I read that somewhere, I
8   believe.
9       Q.  Do you have an opinion as to whether
10  Mr. Stoitchkov was making a tackle as depicted in
11  Exhibit 5, whether he was acting as a player or
12  as a coach?
13      A.  It's hard to tell. It appears he was
14  acting as a player.
15      Q.  Do you have any criticisms of D.C.
16  United for playing Mr. Stoitchkov in this match?
17      A.  Not a criticism, but you have to
18  question the judgment of professional players
19  scrimmaging against a college team.
20      Q.  Do you have any criticisms specifically
21  related to Mr. Stoitchkov, though, playing in the

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 85

1  match, not that the match occurred in the first
2  place?
3      A.  No.  No.  Once the organization makes
4  the decision to play, he was a member of the
5  team.
6      Q.  Do you have any criticisms of Ray
7  Hudson, who was the D.C. head coach at the time,
8  or any D.C. coach in their training or
9  supervision of Mr. Stoitchkov?
10     A.  I don't think I do, no.
11     Q.  Do you have any criticisms of Major
12 League Soccer's decision to hire Mr. Stoitchkov
13 to be a player on MLS?
14     A.  I think my criticism would be they knew
15 what they were getting.  They wanted a high
16 marque player, and they were getting someone who
17 advertised himself as a high intensity player.  I
18 don't think it is any different with David
19 Beckham.  They have paid a lot of money to bring
20 David Beckham in to sell tickets, and David
21 Beckham is a movie star type.

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1    Q.   Do you have any criticisms of Major
2    League Soccer's training or supervision of
3    Mr. Stoitchkov as an employee?
4    A.   I have no knowledge of any.
5    Q.   You have referenced Mr. Stoitchkov's, I
6    forget the phrase you used, the way he markets
7    himself.
8         Was there anything about Stoitchkov's
9    history that should have put MLS on notice that
10   something like this might happen that he might
11   endanger the safety of another player?
12   A.   I believe he was well known by most
13   soccer aficionados that he had a temper, that he
14   had been involved in many incidents, and I
15   believe he advertised himself as a player who
16   could make a difference in a match because of his
17   fiery play.
18   Q.   Do you have any knowledge of any
19   instances similar to this where Mr. Stoitchkov
20   injured a co-participant during a soccer match?
21   A.   I'm not sure.

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  was not appropriate in going and getting the
2  ball?
3       A.   As a coach, I always advise my players
4  to go get the ball in the right circumstances,
5  but going to get the ball is different than
6  lining a player up and hurting him.  That's very
7  different.
8       Q.   Do you intend to offer an opinion on
9  Mr. Llerena's chances to play professional soccer
10 had this incident not occurred?
11      A.   Not at the current time.
12      Q.   Do you have any other opinions that we
13 have not discussed today?
14      A.   I don't think I do at this time.
15           MR. CASTO:  Off the record.
16           (Discussion off the record.)
17           MR. CASTO:  I don't have anything
18 further.
19           MR. JOHNSON:  We will read and sign.
20           (Whereupon, the deposition was
21 concluded -- 1:05 p.m.)

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service