# EXHIBIT H

```
                                                              1
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - - - - x
                                   :
 4   A. FREDDY LLERENA-ASPIAZU,    :
                                   :
 5              Plaintiff          :    ORIGINAL
                                   :
 6              V.                 :  CA No. 1:06CV00343
                                   :
 7   MAJOR LEAGUE SOCCER, LLC,     :  (RWR)
                                   :
 8   et al.,                       :
                                   :
 9              Defendants         :
                                   :
10   - - - - - - - - - - - - - - - x
11
12
13          Deposition of ANDREW V. CHAPIN
14                   Washington, D.C.
15              Wednesday, April 18, 2007
16                      11:45 a.m.
17
18
19   Job No.: 1-101624
20   Pages 1 - 67
21   Reported by:   Jane L. Vaughan
22
```


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

2

1     Deposition of ANDREW V. CHAPIN, held at
2  the law offices of:
3
4         Koonz, McKenney, Johnson, DePaolis &
5         Lightfoot
6         Suite 450
7         2001 Pennsylvania, Northwest
8         Washington, D.C.   20006
9         202-659-5500
10
11        Pursuant to notice, before Jane L.
12  Vaughan, Registered Professional Reporter and Notary
13  Public of the District of Columbia.
14
15
16
17
18
19
20
21
22

3

1              A P P E A R A N C E S

2

3     ON BEHALF OF THE PLAINTIFF:

4         ROGER JOHNSON, ESQUIRE

5         ANDREW W. COHEN, ESQUIRE

6         Koonz, McKenney, Johnson, DePaolis &

7         Lightfoot

8         Suite 450

9         2001 Pennsylvania Avenue, Northwest

10        Washington, D.C.   20006

11        202-659-5500

12

13    ON BEHALF OF THE DEFENDANTS:

14        BRIAN W. CASTO, ESQUIRE

15        Miles & Stockbridge, P.C.

16        Thirteenth Floor

17        10 Light Street

18        Baltimore, Maryland   21202

19        410-727-6464

20

21

22

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

17

```
 1   D.C. scored the goal?
 2        A.   It was certainly competitive in the fact
 3   that the American University team was capable of
 4   competing and not getting steam rolled.  I think they
 5   just got -- I think they under estimated how serious
 6   that D.C. United was taking the game.
 7             It certainly wasn't -- you know, I have been
 8   involved in games before where a team beat somebody 12
 9   zero.  This wasn't that type of game.
10        Q.   Did it look to you like both sides were
11   playing to win?
12        A.   Absolutely.
13        Q.   With players on both teams going full speed?
14        A.   Yes.
15        Q.   At the time the incident occurred where were
16   you on the field, where you were physically
17   positioned?
18        A.   I was physically -- let me see how to
19   describe it.
20             I was in -- coming from an area -- let me
21   explain.  The referee runs what is called diagonal --
22   and it's exactly what it sounds like -- from one
```

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

21

1  stood out to me is the pace at which he was coming.
2          I think instinctively I think I
3  accelerated. I couldn't tell. I have never seen a
4  video of me chasing the play. I instinctively think
5  that I would have accelerated towards it to get a
6  better view of what was going to happen.
7          And then as Stoitchkov challenged for the
8  ball it happened very rapidly. Made significant with
9  Llerena's leg. There was just a horrible sound of --
10 I don't know how to describe it. I have never heard
11 really a gunshot fired. I don't know if it's a
12 gunshot but just a very horrible cracking sound.
13         And I see kind of Stoitchkov coming through
14 the player as a result of the tackle. Llerena is
15 down. Stoitchkov is on the ground and I think without
16 even thinking I pulled out a red card and sent him
17 off.
18    Q.   When you showed him the red card had you
19 seen Mr. Llerena's leg at the time?
20    A.   I couldn't tell you either way.
21    Q.   You said you heard a crack or what you
22 described as a gunshot sound.

26

1   the bench side near the mid field line somewhat

2   elevated above the field of play.

3       Q.   Okay.  Have you seen any other videos, any

4   other angles?

5       A.   I have seen one video clip from the other

6   side of the field behind the other assistant referee.

7   So it would be from I believe the half of the field

8   across from the American bench.

9       Q.   And when did you see that second video?

10      A.   When I met with Mr. Johnson and Mr. Cohen

11  about a week -- about a week ago.

12      Q.   And about a week ago during that meeting did

13  you also view that first video that you have had seen

14  again?

15      A.   Yes.

16      Q.   In the interim time period between the Major

17  League Soccer incident, a week or so later, and before

18  the meeting with Mr. Johnson and Mr. Cohen a week or

19  so ago had you watched the video in the interim?

20      A.   No.

21      Q.   Did you store them on your home computer?

22      A.   No.

27

1    Q.   After watching the videos either that
2 initial time or the time a week ago do you have any
3 different impression of the actual incident itself
4 rather than -- that's different than what is written
5 in your incident report?
6    A.   Yes.  Clearly from my view I did not have
7 what I feel is the best angle for the challenge.
8    Q.   At the time of the incident?
9    A.   I knew that like I said instinctively it was
10 a sanctional offense and I wasn't sure quite about the
11 details.  I kind of laughed.  We live in the age of
12 TiVo and it would be nice to be able to rewind five
13 seconds and see what happened or to get another look.
14        And so when the incident first happened I
15 thought that Stoitchkov had gone in with one foot.
16 But then how the feet came out through the player I
17 thought well, maybe it was two feet.  And then as we
18 were drafting the report Ken Kaplan said no, he
19 thought from his angle, which I guess I will leave it
20 to him describe, that he thought it was two feet.  But
21 clearly you can see in the video the point of impact
22 from Stoitchkov to Llerena was a single extended leg,

28

1  which differs from my incident report which describes
2  it as a two leg tackle.
3      Q.   Okay.  Any other things in your report that
4  you noticed were inconsistent after you watched the
5  videos?
6      A.   There is one statement in here that talks
7  about the build up of play, from the time that the one
8  defender from American cleared the ball in the corner
9  to when Freddy received it.  Again, it kind of goes
10 back to the TiVo.  I had no idea because my focus was
11 on the defender and the next thing I know he has the
12 ball.
13          So after the game talking with Ken and with
14 the other assistant referee just trying to piece
15 together a kind of -- the timing of the incident we
16 weren't really sure what happened.  And I am not sure
17 who told me this but one of them told me that Llerena
18 had received the ball from a square pass.  So that's
19 why it is in the air.  And after seeing the video
20 that's not correct.  He received it directly from the
21 player in the corner.
22      Q.   What would be a square pass?  What would

31

1     A.    Yes.

2     Q.    After you had a chance to watch the videos
3  do you still think that is an accurate description of
4  the play?

5     A.    Yes.

6     Q.    Following on in that sentence which --
7  talking about the ball, which by this time was sitting
8  at AU number 24's feet?

9     A.    Uh-huh.

10    Q.    Do you know that to be an accurate statement
11 after watching the video?

12    A.    I am not sure -- yeah, you know, I think
13 that probably is inaccurate. I think after seeing the
14 video as I recall the ball is not on the ground. So I
15 would not describe it as sitting at AU's 24 feet.

16    Q.    Is there anything else in your confidential
17 incident report that you found to be inaccurate or
18 maybe not totally correct after watching the videos?

19    A.    (Perusing.)
20          No.

21    Q.    I am going back in time to the AU goal just
22 prior to the incident.

32

1  You said it was 30 to 20 seconds or 20 to 30
2  seconds between that goal and the restart of play?
3      A.   No.  20, 30 seconds between the restart of
4  play at the kickoff and the incident.
5      Q.   Do you recall how much time there was
6  between the American University goal and the restart
7  of play?
8      A.   Between the time that the ball crossed into
9  the goal and the kickoff I would estimate no more than
10 30 seconds.
11     Q.   Today are you aware that Mr. Stoitchkov
12 argued with the assistant referee that the American
13 University goal was offsides?
14     A.   Yes.
15     Q.   Was that based on your conversations with
16 Mr. Kaplan?
17     A.   No.  I witnessed that by myself -- for
18 myself.
19     Q.   What did you personally witness after
20 American University scored the goal?
21     A.   The goal was awarded.  So my normal
22 procedure is to back out of that half the field of

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

33

1   play, try to keep an eye on the players in general.
2           And then immediately I notice that
3   Stoitchkov had gone -- I think he had chased the play
4   leading up to the goal. Didn't catch up to it and
5   then proceeded back up the field towards the bench
6   side to confront Ken Kaplan.
7       Q.   About how far did Mr. Stoitchkov get to Mr.
8   Kaplan? How much space was between them?
9       A.   No more than a couple of steps. I mean it
10  was -- he wasn't nose to nose but it certainly wasn't
11  from any sort of distance.
12      Q.   Did you hear what Mr. Stoitchkov was saying?
13      A.   I -- I could not hear specific words. I
14  could see that he was gesticulating and based on his
15  body movements that he clearly was upset.
16      Q.   Mr. Kaplan did not give Mr. Stoitchkov a
17  yellow card for dissenting; is that correct?
18      A.   That's correct. But Mr. Kaplan is not
19  empowered to give yellow card. The only official on
20  the field with the authority to sanction players is
21  the referee.
22      Q.   That would have been you?