# EXHIBIT I

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3    --------------------------------X
 4    A. FREDDY LLERENA-ASPIAZU,      )
 5                    Plaintiff,      ) Civil Action No.:
 6        vs.                         ) 06-343 (RWR)
 7    MAJOR LEAGUE SOCCER, et al.,    )
 8                    Defendants.     )
 9    --------------------------------X
10
11                         COPY
12
13
14         DEPOSITION OF IVAN EFTHIMIOS GAZIDIS
15                    Washington, D.C.
16              Tuesday, February 13, 2007
17
18
19
20
21    Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR
22    Job No.       179064
```

Page 2

```
 1
 2              February 13, 2007
 3                 12:58 p.m.
 4
 5
 6        Deposition of IVAN EFTHIMIOS GAZIDIS held at
 7   the offices of:
 8
 9
10   Koonz, McKenney, Johnson, DePaolis & Lightfoot
11              James Monroe Building
12          2001 Pennsylvania Avenue, Northwest
13                   Suite 450
14                Washington, D.C.
15
16
17
18
19
20        Pursuant to notice, before Cindy L. Sebo,
21   RMR, CRR, RPR, CSR, a Notary Public in and for the
22   District of Columbia.
```

Ivan Efthimos Gazidis

Page 3

```
1    APPEARANCES:

2    Koonz, McKenney, Johnson, DePaolis & Lightfoot

3       For the Plaintiff

4          James Monroe Building

5          2001 Pennsylvania Avenue, Northwest

6          Suite 450

7          Washington, D.C.  20006

8          (202) 822-1870

9       BY: ROGER C. JOHNSON, ESQUIRE

10          ANDREW W. COHEN, ESQUIRE

11

12

13   Miles & Stockbridge P.C.

14      For the Defendants

15         10 Light Street

16         Baltimore, Maryland  21202-1487

17         (410) 727-6464

18      BY: BRIAN W. CASTO, ESQUIRE

19

20

21

22
```

Page 162

1  D.C. United to be the assistant coach, which I
2  believe was for $35,000, is a separate contract
3  for -- and he's paid separately for that?
4       A.    Yes.  Yes.
5       Q.    So his total compensation for the
6  season would be more like 95,000, plus whatever
7  bonuses, if any, he received?
8       A.    No, I don't specifically recall our
9  amount.  I don't know.  I probably did know, but I
10 don't recall the D.C. amount.  But I think it was
11 in that range.
12      Q.    But the point is that he's compensated
13 from two different sources because he's also an
14 assistant coach?
15      A.    Yes.
16      Q.    All right.  And then, in addition to
17 the $2,000 and the voluntary -- I'm sorry.  I'm
18 just going to read it so I don't butcher it.
19           "In addition to the mandatory and
20 voluntary suspension he has already served,
21 Stoitchkov will be suspended for the first two
22 games of the MLS regular season, at the

Page 163

1    Kansas City Wizards on April 12 and at home to the
2    Chicago Fire on April 19."
3            I take it that that means that, in
4    fact, you concluded it was more than the usual red
5    card offense that Stoitchkov was responsible for
6    here?
7        A.   Yes.
8        Q.   And the fine also reflects that?
9        A.   Yes.
10       Q.   Do you know how many mandatory and
11   voluntary suspensions he had already served at
12   that point when this came out?
13       A.   I can't now recall.  I do remember he
14   had missed one or two games.
15       Q.   League games or a preseason game?
16       A.   Preseason games.
17       Q.   The $60,000 salary -- I'm
18   understanding that you're not sure that's the
19   exact amount -- how does that compare to other MLS
20   players, just sort of the average player?
21       A.   Our average MLS salary is -- in 2003
22   was probably about 80 -- between 80- and $90,000 I

Page 167

```
 1    was a general issue with him.
 2         Q.    What action did MLS take to address
 3    that problem while he was with Chicago?
 4         A.    This wasn't a problem limited to
 5    Stoitchkov.  It's a problem that the League was
 6    experiencing between about the year 2000 and 2003.
 7    And we were seeing increased incidents of dissent
 8    to officials and, as a result, I believe in the
 9    2003 off-season before this incident, just before
10    this incident happened, we instituted a dissent
11    initiative which would first have our officials
12    dealing with dissent on the field by issuing cards
13    more aggressively and, secondly, introduced a
14    schedule of fines for dissent.
15         Q.    Do you recall whether there was, in
16    fact, any communication from the MLS office to
17    Stoitchkov or to the Chicago team about
18    Stoitchkov's dissent with referees in 2000, 2001,
19    2002?
20         A.    It's possible, but I don't recall
21    that.
22         Q.    If that type of communication took
```