**EXHIBIT J**

**INSERT CD PROVIDED UNDER SEPARATE COVER**