# EXHIBIT K

1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - x

                                   :

4    A. FREDDY LLERENA-ASPIAZU,    :

                                   :

5            Plaintiff            :        COPY

                                   :

6            V.                   :  CA No. 1:06CV00343

                                   :

7    MAJOR LEAGUE SOCCER, LLC,     :  (RWR)

                                   :

8    et al.,                      :

                                   :

9            Defendants           :

                                   :

10   - - - - - - - - - - - - - - - x

11

12

13          Deposition of JOSEPH MACHNIK

14              Washington, D.C.

15            Tuesday, May 8, 2007

16                12:58 p.m.

17

18

19   Job No.: 1-103139

20   Pages 1 - 127

21   Reported by:  Jane L. Vaughan

22


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

2

1          Deposition of JOSEPH MACHNIK, held at

2    the law offices of:

3

4          Koonz, McKenney, Johnson, DePaolis &

5          Lightfoot

6          Suite 450

7          2001 Pennsylvania Avenue, Northwest

8          Washington, D.C.  20006

9          202-659-5500

10

11          Pursuant to notice, before Jane L.

12   Vaughan, Registered Professional Reporter and Notary

13   Public of the District of Columbia.

14

15

16

17

18

19

20

21

22

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

3

1                A P P E A R A N C E S

2

3          ON BEHALF OF THE PLAINTIFF:

4              ANDREW W. COHEN, ESQUIRE

5              ROGER JOHNSON, ESQUIRE

6              Koonz, McKenney, Johnson, DePaolis &

7              Lightfoot

8              Suite 450

9              2001 Pennsylvania Avenue, Northwest

10             Washington, D.C.  20006

11             202-659-5500

12

13         ON BEHALF OF THE DEFENDANTS:

14             BRIAN W. CASTO, ESQUIRE

15             Miles & Stockbridge, P.C.

16             Thirteenth Floor

17             10 Light Street

18             Baltimore, Maryland  21202

19             410-727-6464

20

21

22

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

84

1        Q.    Which one is O'Brien?

2        A.    The white.

3              And now O'Brien is in possession of the ball

4     dribbling towards what we call the goal line.  That's

5     the one that's along the end of the field there.

6              And he is about ready to cross it seems and

7     Dema Kovelenko has got an out stretched leg there

8     attempting to block that cross.

9              There is contact between Dema's leg and

10    Ronnie O'Brien's leg.  It's unclear from the video,

11    you know, the nature of the contact.

12             The referee is not in the picture but the

13    referee called no foul on this play.  The assistant

14    referee who is the one along the sideline who is

15    closest also whistled for no foul.

16             O'Brien received a broken leg.  And the

17    disciplinary committee ruled that Dema Kovelenko,

18    despite the fact that no foul was called by the

19    referee that Dema Kovelenko needed to exercise more

20    care in the way that he plays -- the way he played

21    this ball.  And in order to send a strong message to

22    the rest of the league that the league takes seriously

85

1    plays which can injure or subject the opponents to

2    injury we ruled that -- against Kovelenko.  And I am

3    not sure if we suspended him one or two games and

4    fined him.

5        Q.    With respect to this incident involving Mr.

6    Kovelenko and the previous one Mr. Balboa and

7    Calischman, do you know what the nature of the break

8    to the leg was in either case?

9        A.    Well, Calischman I don't know whether it's,

10   you know, tibia, fibula or both.  But Calischman did

11   not -- he was out a long time.  Played a little bit

12   more in Major League Soccer and then finished his

13   career in Charleston in the second division.

14           And you know I believe he is of the opinion

15   that he could have continued in Major League Soccer

16   had he not had his leg broke.

17           In this instance Ronnie O'Brien also was out

18   for a period of time but is today still a player in

19   Major League Soccer, plays for Toronto.

20       Q.    Let's go to the next one which is I will

21   spell it I-H-E-M-E-L --

22       A.    Ihemelu.