# EXHIBIT L

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
 2   A. FREDDY LLERENA-ASPIAZU,:
              Plaintiff,       :
 3                             :
         vs.                   : CIVIL ACTION NUMBER:
 4                             : 1:06CV343 (RWR)
     MAJOR LEAGUE SOCCER,      :
 5   et al.,                   :
              Defendants.      :
 6

 7

 8            ---------------------

 9            The Discovery Deposition of ARNOLD

10   NICKIE MANELLA was taken on Wednesday, April 11,

11   2007 at 1:00 p.m. at the Law Offices of Koonz,

12   McKenney, Johnson, DePaolis & Lightfoot, L.L.P.,

13   2001 Pennsylvania Avenue, N.W., Suite 450,

14   Washington, D.C. before Deborah C. D. Shumaker,

15   Notary Public.

16            ---------------------

17            Evans Reporting Service

18            The Munsey Building

19            7 North Calvert Street, Suite 705

20            Baltimore, Maryland  21202

21            (401) 727-7100
```

Arnold Nickie Manella 4/11/07

Page 2

```
 1   APPEARANCES:

 2

 3           ROGER C. JOHNSON, ESQUIRE

 4           ANDREW COHEN, ESQUIRE

 5           Koonz, McKenney, Johnson,

 6           DePaolis & Lightfoot, L.L.P.

 7           2001 Pennsylvania Avenue, N.W.

 8           Suite 450

 9           Washington, D.C.  20006

10           (202) 659-5500

11                On behalf of the Plaintiff

12

13

14           BRIAN W. CASTO, ESQUIRE

15           Miles & Stockbridge, P.C.

16           10 Light Street

17           Baltimore, Maryland  21202

18           (410) 385-3404

19                On behalf of the Defendants

20

21
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
1    possess?
2        A.   Control, a good touch on the ball,
3    acrobatic.  Speed is good.
4        Q.   Anything else?
5        A.   Those are probably the key ones.
6        Q.   As far as control, is that control of
7    yourself or your body?  What do you mean by
8    control?
9        A.   Control of yourself first, and then the
10   ability to control the ball.
11       Q.   What do you mean by the term acrobatic?
12       A.   Acrobatic, being able to move fluidly
13   and be able to change direction under control.
14       Q.   You said speed helps or speed is good?
15       A.   Speed is good.
16       Q.   How does speed make one a great soccer
17   player or a good soccer player?
18       A.   Well, speed and control allows you to
19   move the ball quickly from one spot to another.
20       Q.   Is possession of the ball an important
21   part of soccer?
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 25

```
1      A.    Extremely important.
2      Q.    Obviously if you don't have possession
3  of the ball, you can't score goals?
4      A.    You can't score goals.
5      Q.    Is being able to get to a loose ball
6  from an opponent an important thing in soccer?
7      A.    Yes.
8      Q.    Is it characteristic of good soccer
9  players that they go toward the ball instead of
10 sitting back, waiting for it to come to them?
11     A.    It depends on the situation.
12     Q.    How so?  What different situations
13 might --
14     A.    If the ball is going to take a bounce,
15 you go toward it.  It might go over the top of
16 your head, so you stand where you're at and
17 receive the ball.  If the ball is going to be in
18 another place, you time yourself so that you can
19 get to the ball under control, receive the ball
20 and then do something else with it.
21     Q.    Are there any professional players you
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1   have particularly admired over the years?
 2        A.   I think about keepers, but Tony Meola
 3   does not exactly come to my top, but as a college
 4   player, I admired the way he played keeper for
 5   Virginia.  Zadine up until his last game, a
 6   player with exceptional control.  Franz
 7   Beckenbaur, probably the best midfielder that
 8   there has ever been.  Those are probably the key
 9   players.
10        Q.   Zadine is the guy playing for the
11   French National Team that head butted the other
12   guy; is that correct?
13        A.   He walked into the other guy.
14        Q.   Would you describe soccer as a contact
15   sport?
16        A.   There is contact permitted in the game
17   of soccer.
18        Q.   When during a soccer match is there
19   contact between two players or more than two
20   players?
21        A.   Well, you can legally charge a player
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  not just let them run through their defense, and
2  there are plenty of ways to legally do that.
3      Q.  I was asking if you knew of any names
4  of specific soccer players --
5      A.  No.
6      Q.  -- with the term enforcer.
7          What is a tackle in soccer?
8      A.  A tackle is going for the ball,
9  collecting it fairly without injury from another
10 player.
11     Q.  Have you ever given a player -- and
12 this is limited to the time you were on the field
13 as a referee.  Have you ever given a player a
14 yellow or red card for a tackle?
15     A.  Yes.
16     Q.  Was that a common occurrence during
17 your time as a referee?
18     A.  Well, common would be like every day,
19 and I'd say no.
20     Q.  How often would something like that
21 happen?  Would it be every game, every couple of

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 42

1    Q.   Mr. Manella, the report we have marked
2    as Exhibit Number 3, does this include the
3    opinions you intend to offer at trial?
4    A.   Yes.
5    Q.   Do you have any additional opinions
6    that are not included in this report?
7    A.   Not that I can think of right now.
8    Q.   Have your opinions changed at all since
9    the time that report was authored?
10   A.   No.
11   Q.   On the first page of the report, the
12   fifth line down, I want to look at the language
13   referring to Mr. Stoitchkov, quote, "acted in
14   reckless disregard for the safety of Freddy
15   Llerena".
16        Did you find that?
17   A.   Yes.
18   Q.   Were there any particular aspects of
19   the play that made it reckless?
20   A.   From looking at the video, it became
21   reckless when he moved rapidly toward the player

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1   in a reckless tackle.
 2        Q.   You are saying "he" as in
 3   Mr. Stoitchkov --
 4        A.   Yes.
 5        Q.   -- moved toward Mr. Llerena?
 6        A.   Yes.
 7        Q.   Rapidly?
 8        A.   Yes.
 9        Q.   Are there any other aspects of the
10   tackle that made it reckless, in your opinion?
11        A.   The fact that Mr. Stoitchkov extended
12   his body launching himself with one foot planted
13   and the other foot raised and extended, cleats
14   exposed.
15        Q.   Anything else?
16        A.   No.
17        Q.   I should have asked this before.  Do
18   you know Mr. Stoitchkov personally?
19        A.   No.
20        Q.   Did you ever referee in a game that he
21   was involved in?
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  specifically.

2     Q.  I direct you back to your report which
3  is Exhibit Number 3, page 2, paragraph seven.
4  Paragraph seven is Stoitchkov, quote, "went in to
5  make a statement to clatter somebody", and I
6  asked you earlier even though these weren't
7  statements that you made, if you agreed with
8  those statements.

9     A.  Right.

10    Q.  You agree with that statement?

11    A.  I agree that clattering somebody is to
12 go in to make a statement.

13    Q.  You agree with Stoitchkov here intended
14 to go in and make a statement and to clatter
15 Mr. Llerena?

16    A.  I think that Mr. Stoitchkov decided not
17 to play the ball, decided to play the player to
18 send a message, and instead of just sending him a
19 message, he injured that player.

20    Q.  And then I asked you about clattering
21 and shaking him up, whether it can be done

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1  without injuring someone, and I believe you said
2  yes.
3      A.   You could do it without injuring
4  someone. It doesn't make it right.
5      Q.   I want to understand how you now
6  conclude that Mr. Stoitchkov had an intent to
7  injure Mr. Llerena.
8      A.   Because he never -- because he
9  apparently decided not to play the ball. He
10 decided to play the player.
11     Q.   Prior to the incident, do you think
12 Mr. Stoitchkov kicked the ball under the corner
13 knowing that if he kicked back to Mr. Llerena,
14 that Mr. Stoitchkov would have an opportunity to
15 make the tackle upon Mr. Llerena and make the
16 statement?
17     A.   That's a stretch. Your statement is a
18 stretch.
19     Q.   So you don't think Mr. Stoitchkov had
20 that much foresight of knowing if I kick the ball
21 in the corner, I will kick it back, I could set

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Page 105

1  this guy up?
2     A.  I don't think so.
3     Q.  Do you have any knowledge from anything
4  you have read, reviewed, the videos of any verbal
5  exchange between Mr. Stoitchkov and Mr. Llerena
6  prior to the incident?
7     A.  No.
8     Q.  Have you reviewed anything or seen
9  anything on the video about Mr. Stoitchkov's
10 actions after the incident?
11    A.  I only know what other people have said
12 they saw.
13    Q.  What do you know from reading those
14 statements?
15    A.  That after the incident and when it
16 became obvious to Stoitchkov that he was going to
17 be given a red card, that he said something and
18 walked off back to his bench area.
19    Q.  Have you read anything about him coming
20 back on the field at any time?
21    A.  I read something that said that when

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1   a player and not as a coach or as an assistant

2   coach?

3       A.   Once he is put on the roster and takes

4   the field, legally he is a player.  He is not a

5   coach.

6       Q.   Do you have any criticisms of D.C.

7   United for playing Mr. Stoitchkov in this match?

8       A.   No.

9       Q.   Do you have any criticisms of Ray

10  Hudson or anyone else, Ray Hudson was the D.C.

11  United head coach or any of the other D.C. United

12  assistant coaches in their training or

13  supervision of Mr. Stoitchkov?

14      A.   No.

15      Q.   Do you have any criticisms of Major

16  League Soccer in hiring Mr. Stoitchkov?

17      A.   No.

18      Q.   Do you have any criticisms of Major

19  League Soccer in training or supervising

20  Mr. Stoitchkov?

21      A.   Before or after the incident?

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

1   Q.   Before.

2   A.   No.

3   Q.   Do you have any criticisms of MLS in

4   their training or supervision or handling of

5   Mr. Stoitchkov after the incident?

6       MR. JOHNSON:   I am going to put an

7   objection on the record because I am not sure

8   that matters for any purpose of this lawsuit.  It

9   is certainly not relevant.  I am not sure it is

10  designed to lead to relevant information.

11      Having stated that objection, if you

12  have any opinion on that, you are welcome to

13  express it.

14  A.   I don't have an opinion.

15  Q.   Are you aware of anything or have you

16  become aware in the process of reviewing these

17  materials of Stoitchkov's playing history that

18  should have put MLS on notice that he might

19  endanger the safety of another player?

20  A.   There are some players in soccer that

21  you know have a history of being a hard player,

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

```
 1   and I think he had a history of being a hard
 2   player.  It doesn't mean a bad player, but a hard
 3   player.
 4        Q.   Do you know of any particular instances
 5   of Mr. Stoitchkov's prior playing history prior
 6   to this incident where he injured another player
 7   during the course of a play?
 8        A.   I only know that he has got a record of
 9   being a very highly energetic and mercurial
10   player.
11        Q.   So the answer is no, you don't know of
12   any specific instances?
13        A.   I don't know of any specific instance
14   where he injured a player.
15        Q.   Do you watch professional soccer today?
16        A.   Did I watch today?
17        Q.   No, no.  The current time.
18        A.   Yes.
19        Q.   What leagues do you commonly watch?
20        A.   The MLS, the USL, EUFA, FA, Telamundo
21   because they are all different styles, and the
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service