IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, Major League Soccer, L.L.C., Hristo Stoitchkov, Anschutz D.C. Soccer, L.L.C., and Anschutz Entertainment Group, L.L.C., by their undersigned counsel, state that there is no genuine issue as to the following material facts:

| Material Fact | Evidence |
|---|---|
| In his capacity as a soccer player, Hristo Stoitchkov ("Mr. Stoitchkov") was employed by Major League Soccer, L.L.C. ("MLS"). | MLS Answer to Interrog. No. 4. |
| In his capacity as a D.C. United assistant coach, Mr. Stoitchkov was employed by Anschutz D.C. Soccer, L.L.C. ("D.C. Soccer"). | D.C. Soccer Answer to Interrog. No. 4. |
| In his three seasons in MLS prior to this incident, Mr. Stoitchkov received only three yellow cards for dissenting with referees and one red card in 2000 for pushing another player. | Stoitchkov Dep. at 48, 175-76.<br><br>MLS Answer to Interrog. No. 9. |
| In approximately thirty years of playing soccer prior to this incident, Mr. Stoitchkov had never injured a fellow player. | Stoitchkov Dep. at 15, 65. |
| On March 16, 2001, Anschutz Entertainment Group, Inc. ("AEG") formed D.C. Soccer under the laws of Delaware. | Keenan Aff. at ¶ 3. |

|  |  |
|---|---|
| AEG has been the sole member of D.C. Soccer since its formation. | Keenan Aff. at ¶ 3. |
| AEG has never employed Mr. Stoitchkov. | Keenan Aff. at ¶ 3. |
| Soccer scrimmages can be competitive as players compete in front of coaches in preparation for the upcoming season. | West Dep. at 26-28.<br><br>Ramsey Dep. at 29-30. |
| On March 25, 2003, Plaintiff's American University men's soccer team played D.C. United in an organized scrimmage. | Pl.'s First Amended Compl. at ¶ 13. |
| Plaintiff knew that Mr. Stoitchkov played for D.C. United. | Llerena Dep. at 73. |
| Prior to the match, Plaintiff was excited to be playing against Mr. Stoitchkov and the other professionals on D.C. United. | Llerena Dep. at 73. |
| The match between American University and D.C. United was very competitive with both sides playing to win. | Chapin Dep. at 17.<br><br>West Dep. at 37.<br><br>Llerena Dep. at 77-78. |
| Mr. Stoitchkov remained several paces away from the assistant referee while disputing the no offsides call on the American University goal. | Chapin Dep. at 33. |
| After the AU goal, the ball was then reset for play and it was quickly played by Mr. Stoitchkov.  Mr. Stoitchkov played a long pass into the left corner at American University's end of the field.  An American University player won a challenge for the ball in the corner and played it back toward midfield where it was played by Mr. Llerena.  Mr. Llerena touched the ball with his right foot and it popped into the air above his head and to his right. At this time, Mr. Stoitchkov began running toward Mr. Llerena. As the ball dropped toward the ground, Mr. Llerena raised his right leg to play the ball.  Mr. | Bench Side Video.<br><br>Opposite Angle Video. |

| | |
|---|---|
| Stoitchkov, who was still running toward Mr. Llerena, raised his left leg in the direction of the ball, which at this time was between him and Mr. Llerena. | |
| As the two players met, both turned away from one another with Mr. Llerena turning to his left and Mr. Stoitchkov turning to his right. While in the process of turning and to stop his forward momentum, Mr. Stoitchkov planted his formerly extended left leg toward the ground. His foot, however, came down on Mr. Llerena's now planted right leg and broke Mr. Llerena's tibia and fibula. Both players fell to the ground. The ball, which was once in between the two players and falling directly toward the ground, rolled toward the American University goal and was collected by a D.C. United player. | Pl.'s First Amended Compl. at ¶ 16.<br><br>Bench Side Video.<br><br>Opposite Angle Video. |
| Referee Andrew Chapin's ("Mr. Chapin") Competition Incident Report grossly mischaracterized the play, asserting that Mr. Stoitchkov tackled Mr. Llerena with both feet in the air and while the ball was sitting on the ground at Mr. Llerena's feet. Mr. Chapin has retracted these assertions. He testified that, in fact, Mr. Stoitchkov used only one foot and the ball was in the air at the time. | Chapin Dep. at 27-28, 31. |
| Soccer is a contact sport and player-on-player contact is permitted under the rules. | Llerena Dep. at 60.<br><br>Ramsey Dep. at 26.<br><br>Manella Dep. at 26. |
| Prior to the incident, Plaintiff consciously recognized that he might be injured playing soccer. | Llerena Dep. at 61. |
| After the incident, Plaintiff stated to the media that, "[t]here is always a risk in soccer." | Llerena Dep. at 63-64. |
| After the incident, Plaintiff stated to the media that, "[a]s soccer players, we take the risk by playing." | Llerena Dep. at 134. |

| | |
|---|---|
| Prior to the incident, Plaintiff knew that it was common for soccer players he played with against to receive yellow or red cards resulting from tackles. | Llerena Dep. at 67. |
| Prior to the incident, Plaintiff appreciated that the professional soccer game is much faster than the college game. | Llerena Dep. at 75-76. |
| Neither of Plaintiff's standard of care experts, Mr. Ramsey nor Mr. Manella, have offered an opinion that MLS or D.C. Soccer were negligent in hiring, retaining, or supervising Mr. Stoitchkov. | Ramsey Dep. at 84-85. Manella Dep. at 108-09. |
| Plaintiff cannot point to any prior incident where Mr. Stoitchkov injured a fellow soccer player. | Ramsey Dep. at 86. Manella Dep. at 110. |
| Neither Plaintiff nor his expert witnesses will testify that Mr. Stoitchkov intended to break Plaintiff's leg. | Llerena Dep. at 91-92. Ramsey Dep. at 83. Manella Dep. at 103. |
| Neither Plaintiff nor his expert witnesses will testify that Mr. Stoitchkov intended to break Plaintiff's leg. | Llerena Dep. at 91-92. Ramsey Dep. at 81. Manella Dep. at 104-05. |

                    / s /

Daniel R. Lanier  
Federal Bar No.: 04504  
Brian W. Casto  
Federal Bar No.: 28010  
MILES & STOCKBRIDGE P.C.  
10 Light Street  
Baltimore, Maryland  21202  
410-727-6464  

Attorneys for Defendants