IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, any opposition thereto, and any hearing thereon, it is this _____ day of _____ 2007 hereby ORDERED:

1. Defendants' Motion is GRANTED; and

2. Judgment on all Counts asserted in Plaintiff's First Amended Complaint is hereby ENTERED in favor of Defendants.

_____
Richard W. Roberts
United States District Judge

cc:   Roger C. Johnson, Esq.
        Brian W. Casto, Esq.