Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
A. FREDDY LLERENA-ASPIAZU,:
         Plaintiff,       :
                          :
    vs.                   : CIVIL ACTION NUMBER:
                          : 1:06CV343 (RWR)
MAJOR LEAGUE SOCCER,      :
et al.,                   :
         Defendants.      :
```

---------------------

The Discovery Deposition of FREDDY ANGEL LLERENA-ASPIAZU was taken on Tuesday, March 20, 2007 at 11:10 a.m. at the Law Offices of Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., 2001 Pennsylvania Avenue, N.W., Suite 450, Washington, D.C. before Deborah C. D. Shumaker, Notary Public.

---------------------

      Evans Reporting Service

      The Munsey Building

      7 North Calvert Street, Suite 705

      Baltimore, Maryland   21202

      (401) 727-7100

1  team, I guess since I was five.
2      Q.   And when you were five, I assume that
3  is when you lived in -- where did you live before
4  coming to Maryland?
5      A.   Ecuador.
6      Q.   Ecuador?
7      A.   Quito, Ecuador.
8      Q.   Your family immigrated to America in
9  what year?
10     A.   1995.
11     Q.   When you started playing when you were
12 five years old, were you on club teams?
13     A.   No.  The way the system is in Ecuador,
14 for every class there's teams, and the schools
15 are pretty big where you can have a league within
16 the same age group, so I was in the team for my
17 class.
18     Q.   For your class you went to school for?
19     A.   What I mean by class, I don't mean like
20 the whole class of 2007.  What I mean is like the
21 actual room was called a class, so whatever room

Page 33

```
 1       Q.   I'm sorry.  You were probably --
 2       A.   Fourteen.
 3       Q.   Fourteen years old.  18 when you
 4  graduated.
 5       A.   Yes.
 6       Q.   I know you graduated from Northwest
 7  High School, correct?
 8       A.   Yes.
 9       Q.   Montgomery County, Maryland?
10       A.   Yes.
11       Q.   My wife went to Magruder.  The Colonels
12  are better.
13            But you were with Northwest your entire
14  time in high school?
15       A.   No.  My freshman year was with Richard
16  Montgomery.
17       Q.   Your first year in high school -- how
18  long are the high school seasons for high school
19  soccer?
20       A.   About three months maybe.
21       Q.   Is it a fall sport?
```

Page 35

1    Northwest High School, correct?
2         A.    Yes.
3         Q.    You did play for that high school team?
4         A.    Yes.
5         Q.    Same position?
6         A.    Yes.
7         Q.    Were you a starter your sophomore year
8    at Northwest?
9         A.    Yes.
10        Q.    Were you a starter throughout your time
11   at Northwest High School?
12        A.    Yes.
13        Q.    Do you recall how many goals you scored
14   in high school?
15        A.    I don't recall the exact number, no.
16        Q.    Do you recall any individual awards you
17   won while you were at Northwest High School?
18        A.    Yes. I was the captain. I think it
19   was the last two years. The last year for sure.
20   A lot of MVP awards within the team, within the
21   school, and then a lot of recognitions from the

1   Gazette, the All County team.  I made the All

2   State, All Region team, and then all met

3   honorable mention.

4           I received a recognition under the D.C.

5   Metro Area Sports magazine for the players to

6   look forward to in the following season, and I

7   think I'm forgetting a few awards.

8       Q.   In 2001 I saw that you were All Region

9   by the National Soccer Coaches Association of

10  America.

11      A.   Yes.

12      Q.   Is that correct?

13      A.   Yes.

14      Q.   That was after your senior year?

15      A.   Junior year.

16      Q.   Junior year at Northwest?

17      A.   And senior year.

18      Q.   Both years?

19      A.   Yes.  I believe so.

20      Q.   How many players were on the All Region

21  team?

Page 39

1    Q.   Do you know who put that together?

2    A.   The same association, I believe.

3    Q.   The same association. Do you know if you were considered for being on that team?

5    A.   I don't remember if I was considered. I don't remember.

7    Q.   During your senior year of college or -- excuse me -- your senior year of high school or afterwards, did you receive any scholarship offers from colleges to come play soccer for them?

12   A.   Yes.

13   Q.   Which colleges or universities offered you a scholarship?

15   A.   I got offers to play at Robert Morris, Robert Morris University, and as for other schools, I really don't know if they are scholarships or not because I never really got past the first letter. From pretty early on, I knew that I wanted to attend American and there was a good possibility of me going there.

Page 40

1    Q.   Do you recall any of those other
2  schools that sent you maybe an initial letter?
3    A.   There were a lot, but I could just kind
4  of remember Fairfield, Connecticut. I don't know
5  if that is the exact name of the university. All
6  of them are Division 1s, but that is one that I
7  can remember the most right now, but I don't
8  remember the exact names of others.
9    Q.   Did any colleges contact you about
10  walking onto their team?
11    A.   No, no. If anything, they were all
12  which I was being recruited to.
13    Q.   Why did you choose American University?
14    A.   I went to -- first I went to a soccer
15  camp there when I was, I guess, 14, and then I
16  really liked the school, and besides that, as I
17  grew up, it was close. It was around the area.
18  It was close to my family, and they had a good, I
19  guess, business program which is what I was
20  wanting to study, so it kind of made my decision
21  easy. Besides, they had a great soccer program,

1  beginning of the month of August.  It's depending
2  on how far, I guess, a team would go, but it
3  could go all the way up to December, or usually
4  November is what most make it to.
5       Q.   There are playoffs there and the
6  championship?
7       A.   Yes.  December is the championship.
8       Q.   What position were you slotted in at
9  University your freshman year?
10      A.   Forward, slash, midfielder, center
11 midfielder.
12      Q.   What jersey number did you wear?
13      A.   My freshman year, 24.
14      Q.   Did you choose that number or was it
15 given to you?
16      A.   I was a freshman.  It was given to us.
17      Q.   Did you start that first year?
18      A.   One game against UVA.
19      Q.   Did you beat UVA?
20      A.   No.
21      Q.   Darn.

Page 44

1    MR. JOHNSON: You are speaking of fall
2    of his freshman year?
3    MR. CASTO: Yes.
4    MR. JOHNSON: Okay.
5    MR. CASTO: I went to Virginia Tech, so
6    I like to see UVA lose in anything.
7    MR. JOHNSON: Our condolences on this
8    past Sunday.
9    Q.   How many games did you play in after
10   your freshman year?
11   A.   I don't recall the exact number of
12   games, but as a freshman, I guess, I was the
13   first one off the bench and played in a lot of
14   games, had a goal, a couple assists. The coaches
15   relied heavily, I guess, upon me whenever I came
16   in.
17   Q.   As part of American University, their
18   season with their start practices in early
19   August, do you have any scrimmages leading up to
20   the fall season?
21   A.   Um --

Page 71

1    Q.   You were watching TV in the United
2    States watching Real Madrid?
3    A.   Not Barcelona.  He didn't play when I
4    was in the States.  I don't remember.  He might
5    have, but from what I remember, when I was in
6    Ecuador, I remember the World Cup that he played
7    in.  When he played, the World Cup was here in
8    the U.S.  He played for the Bulgarian National
9    Team.  He used to play national leagues, the
10   World Cup.  Those are the times when I watched
11   him play on TV.
12   Q.   Prior to this incident, what was your
13   understanding of Hristo Stoitchkov's reputation
14   as a soccer player?
15   A.   To tell you the truth, before the
16   incident, the way he played, you know, was very
17   admirable, so I thought of him as almost kind of
18   like something like a hero figure or something
19   like that you admire him.  You don't see all the
20   negatives about him, but just his skill is
21   great.

1    Q.   Were you aware that he had been given a
2    nickname by someone, the Mad Bulgarian prior to
3    this incident?
4    A.   No. I didn't know that he had had that
5    specific nickname.
6    Q.   Were you aware that he was involved in
7    a brawl sometime in the 1980s as a member of CSKA
8    Sofia prior to the match?
9    A.   No.
10   Q.   I am limiting my questions to prior to
11   this match.
12        Were you ever aware that prior to this
13   incident he stomped on a referee's foot while
14   playing for Barcelona?
15   A.   No.
16   Q.   Were you aware that he holds a record
17   of 11 red cards in a single season while playing
18   for Barcelona?
19   A.   No. I knew he had records. I just
20   never kept tally of how many he got.
21   Q.   Prior to incident, was it your

1  understanding that he had more red cards than
2  most other players?
3      A.   No.  I didn't have that understanding.
4      Q.   Prior to this match, did you have any
5  apprehension about stepping onto the field with
6  him?
7      A.   No.  Before the match, I was honored to
8  step on the field.  It is almost a surreal
9  moment.  I couldn't believe I was on the same
10 field with Etcheverry also and Stoitchkov.
11     Q.   Is it fair to say that you were excited
12 to play against these guys?
13     A.   Yes.  Of course.
14     Q.   Was this your first time playing
15 against professionals?
16     A.   Yes.
17     Q.   During this match --
18     A.   I would say formally.
19     Q.   I'm sorry.  Go ahead.
20     A.   Yes, formally, but on a team like
21 against a professional team, yes.

Page 83

1    Q.   Just prior to the incident, I believe,
2  Mr. Stoitchkov kicks the ball into the left-hand
3  corner of the AU end of the field where the
4  American University goalie was.
5    A.   So to the right of our goalie.
6    Q.   I am going to do it from this
7  perspective.  As looking toward the American
8  University goal where the goalie is standing,
9  Mr. Stoitchkov kicks the ball into the left-hand
10 corner?
11   A.   Yes.
12   Q.   Is that your understanding of what
13 happened?
14   A.   Yes.
15   Q.   From the time he kicks the ball in the
16 corner, can you walk us through what happens up
17 until the time of the incident.
18   A.   From the time he kicks it, he yells at
19 the referee some more, and then my teammate is
20 running with his back toward the field.  I guess
21 someone is pressuring him, and he kicks the ball

Freddy Angel Llerena-Aspiazu 3/20/07

Page 84

1   up the field in the same direction along the
2   sideline kind of, and then the ball is coming to
3   my direction, so I go towards the ball, and I
4   turn my head, you know, and I see Stoitchkov
5   coming, but the next thing I know I am on the
6   ground with a bone sticking out of my leg.
7            MR. CASTO:  I'm going to show you what
8   is going to be marked as Exhibit Number 2.
9            (Whereupon, Llerena Deposition
10  Exhibit No. 2, 4/4/03 MLS News Release, marked.)
11           BY MR. CASTO:
12      Q.   If you could take a second to look that
13  over, please.  I will stipulate for you, and feel
14  free to read the whole thing, but I am just going
15  to ask you questions about page number 2 under
16  the heading Factual Description, but please read
17  the whole thing, if you'd like.
18      A.   Okay.
19      Q.   Mr. Llerena, did you have a chance to
20  look at Exhibit Number 2?
21      A.   Yes.

1  falls, a flap of skin folded here, and then my
2  bone was sticking out, so I put my head back
3  down, and I just thought my career is over.
4  Things were going through my head, my career is
5  over. I even remember asking the trainers if
6  they were going to have to amputate my leg
7  because of the way it looked. Just extremely
8  sad, frustrated. Shattered, I guess, would be a
9  great word to describe it physically, mentally.
10       Q.   How would you describe the pain?
11  First, do you understand that question?
12       A.   The pain?
13       Q.   How would you describe the pain?
14       A.   Indescribable.
15       Q.   I ask because a lot of people get
16  confused with pain. Some people describe pain as
17  throbbing, a burning, numbness. Would you use
18  any of those?
19       A.   I guess you could put all those
20  together making one. Sharp. Besides it being
21  excruciating pain, just my burning, my skin was