Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

A. FREDDY LLERENA-ASPIAZU, *

    Plaintiff, *

vs. * Case Number:

MAJOR LEAGUE SOCCER, * 1:06CV343(RWR)

et al., *

    Defendants *

\*    \*    \*    \*    \*    \*

THE DEPOSITION OF TODD WEST

The Deposition of Todd West, taken in the above-captioned case on Wednesday, May 16, 2007, commencing at 11:00 a.m., at the law offices of Koonz, McKenney, Johnson, DePaolis & Lightfoot, 2001 Pennsylvania Avenue, Northwest, Suite 450, Washington, D.C. 20006, and reported by Monique Kastner, Court Reporter and Notary Public.

EVANS REPORTING SERVICE
The Munsey Building, Suite 705
Seven North Calvert Street
Baltimore, Maryland 21202
410-727-7100
800-256-8410

1   most important thing is being able to catch the
2   ball. If you can't catch it, you can't play
3   basketball.
4          In soccer terms, if you can't trap it
5   with various parts of your body or catch the ball,
6   then you can't play soccer.
7       Q   Are there any professional players you
8   have particularly admired since you started playing
9   soccer?
10      A   I have admired Michelle Platini,
11  Zinedine Zidane, his headbutt notwithstanding,
12  Marco Echeverry, Carlos Valderama.
13      Q   Mr. Llerena, was he recruited to play
14  for American University?
15      A   Yes, he was.
16      Q   Were you involved in recruiting him?
17      A   Yes.
18      Q   At the time he was being recruited,
19  what skills did Mr. Llerena specifically have that
20  made him such a good soccer player?
21      A   His feet were better than almost every

Page 18

1   kid in high school, especially in this area.  He
2   could do things that most kids couldn't do with the
3   ball.
4       Q   Was there anything else about
5   Mr. Llerena that particularly impressed you?
6       A   His ability to hit free kicks.
7       Q   Anything else?
8       A   Just great feet.
9       Q   His freshman year, Mr. Llerena was
10  awarded a $7,000 scholarship; is that correct?
11      A   I could not verify that, to be honest,
12  because we brought him in on a financial aid
13  package.  I would have to go back and check, so I
14  could not verify that.
15      Q   You can't verify the exact amount?
16      A   In terms of an athletic scholarship, I
17  could not verify right now.  I would have to go and
18  look.  I don't know.
19      Q   What do you mean by the term "financial
20  aid package"?
21      A   I cannot use an athletic scholarship

Page 22

1  the field, so Freddy went to a financial aid
2  package at that time.
3       Q   You needed those scholarships for other
4  players?
5       A   It was hard to continue to sacrifice.
6  I don't know if that's the correct word, but use a
7  full scholarship for someone that wasn't going to
8  play.
9       Q   When did you know that Mr. Llerena was
10 not going to play that senior year?
11      A   That's a general thing.  It's just kind
12 of an evolutionary thing in terms of evaluating
13 your program and players.
14          He came back from the injury, and we
15 knew it would take a while for him to try and
16 recover, but he never was the same player.  So at
17 what point did I know he wasn't going to make it
18 back, I couldn't tell you that.
19          By the time he was a junior, we knew
20 that he wasn't going to be the guy that we thought
21 he was going to be before the injury.

Page 23

1  Q  Mr. Llerena was still on the team his
2  senior year, correct?
3  A  For a short time. He left the team
4  during his senior year.
5  Q  Was that his decision, or was it yours?
6  A  It was his decision. He said he just
7  didn't think he could do the things he used to do.
8  Q  Okay. Prior to this match, this
9  scrimmage we're talking about here, did you
10 establish any modifications to the normal soccer
11 rules with the D.C. United coaching staff?
12 A  In general, no. The one thing that was
13 different was they were going to play starters in
14 the first half and put some reserves on in the
15 second. They said it might end up being two
16 different teams, so they were going to get more
17 substitutions than they would in an MLS game.
18 Q  You don't recall any other changes to
19 the normal rules?
20 A  No. I'm pretty sure we were playing
21 two 45-minute halves.

1        Q    What do you recall Mr. Stoitchkov
2   saying to the assistant referee?
3        A    A lot of F bombs. Get the calls right.
4   He was F-ing offsides. There was a lot of -- he
5   was upset.
6        Q    Would you describe his voice as
7   screaming? Was he just being loud, yelling?
8        A    Yelling.
9        Q    How far was Mr. Stoitchkov from the
10  assistant referee during this verbal exchange?
11       A    I couldn't tell you that. I was
12  focusing on my team, but he was walking towards the
13  assistant referee saying lot of things to him. So
14  I don't think he ever got in his face, but he
15  certainly walked at him and yelled a few things.
16  Then D.C. United kicked off, and he ended up kind
17  of having to regroup.
18       Q    After play is restarted, Mr. Stoitchkov
19  gets the ball and plays it into the corner; is that
20  correct?
21       A    That is correct.

1      Q    After he played the ball with a long
2  pass into the corner, did he continue dissenting
3  with the assistant referee?
4      A    That, I couldn't tell you.  Ben Olsen,
5  I think, gave him the ball to try to get him back
6  into the game so he would shut up.  He was so
7  pissed off that he kicked the ball into the corner
8  so that he would have more time to turn around and
9  yell at the assistant referee.
10         We won the ball and then played it.
11 And I guess he realized play had resumed.  And I
12 call it road rage, but he ran at Freddy, who was
13 receiving the ball, and I guess that's why we're
14 here.
15     Q    Did you hear any of the ensuing
16 argument after Mr. Stoitchkov had played the long
17 ball into the corner between Mr. Stoitchkov and the
18 assistant referee?
19     A    I heard it.  I couldn't tell you what
20 was said, because our comments on the sideline was,
21 "Why doesn't he just get on with the game?  There's

1  80 minutes left, and it's a friendly." He was
2  yelling and screaming.
3       Q  At that time, how far away were you
4  from Mr. Stoitchkov and the assistant referee?
5       A  The assistant referee was, I don't
6  know, 30 yards away maybe; Stoitchkov was 25.
7       Q  How far from Mr. Llerena were you
8  located at the time of the two players colliding?
9       A  I'm going to say 15 yards; between 40
10 to 50 feet maybe, pretty close.
11      Q  Were you watching the play on the
12 field, or were you doing something else?
13      A  I was watching the play on the field.
14      Q  Prior to Mr. Stoitchkov reaching
15 Mr. Llerena, had you noticed Mr. Stoitchkov running
16 in that direction, or were you focused on
17 Mr. Llerena and where the ball was?
18      A  You could see him running in a manner
19 that didn't really make sense in any way of trying
20 to pressure the ball from where we were.
21         It's just one of those things that

Page 52

1  the ambulance.
2      Q   Did you speak to Mr. Llerena at this
3  time?
4      A   Senior or Junior?
5      Q   Junior, your player.
6      A   I did speak to him.
7      Q   What did you say to him?
8      A   He asked me if his leg was going to
9  have to be amputated. I told him, "No, you're
10 fine." I knew he wasn't fine, but I was trying to
11 calm him down.
12     Q   Did Mr. Llerena, Freddy Llerena say
13 anything else?
14     A   He just was, I guess, inconsolable that
15 he was going to have to have his leg amputated.
16 And we were telling him he was going to be okay.
17     Q   Did you speak with his father there on
18 the field?
19     A   I don't think so. If I did, it was in
20 a state I don't remember. I don't think I spoke to
21 his dad.

Page 55

1   out our box scores, but we put him in as a reserve
2   in some games when we had a chance thinking it
3   might help him come back from a mental standpoint.
4        Q   Was Mr. Llerena a different player
5   after this incident?
6        A   Yes.
7        Q   How so?
8        A   He couldn't do the things he used to
9   do.  He was clever with the ball, creative with the
10  ball.  He didn't have any of that.  And he couldn't
11  move.
12       Q   Is there any measurable difference with
13  Mr. Llerena such as speed or maybe weight-room
14  statistics that you may keep?
15       A   No.  It's just a coach watching what
16  his players can and cannot do.  And he didn't have
17  what he used to have.
18       Q   Did he improve after first coming back
19  in August 2004?  That's my first question.  Did he
20  improve since coming back in August 2004?
21       A   With time, he improved.  He showed