Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


A. FREDDY LLERENA-ASPIAZU,   )

       Plaintiff,            )

          v.                 ) Civil Action No:

MAJOR LEAGUE SOCCER, et al.,) 1:06 CV 343 (RWR)

       Defendants.           )

      - - - - - - - - - -


VIDEOTAPED DEPOSITION OF HRISTO STOITCHKOV


Tuesday, April 3, 2007


Reported by:  Lori G. Mackenzie, RPR

Job No:  179576

Hristo Stoitchkov

Page 8

1          A.    Yes.

2                MR. JOHNSON:  Mr. Casto, does that

3    sound like an accurate statement of what we

4    agreed to?

5                MR. CASTO:  Absolutely.

6    BY MR. JOHNSON:

7          Q.    With that in mind, Mr. Stoitchkov,

8    as you know my name is Roger Johnson.   I

9    represent Freddy LLerena, and I'll be the one

10   asking questions today.

11               Have you had your deposition taken

12   before in any matter?

13               Have you ever had another deposition

14   taken before this deposition?

15         A.    No.

16         Q.    Okay.  Will you please tell me when

17   and where you were born, sir.

18         A.    I'm born in Bulgaria, February 8th,

19   '66.

20         Q.    1966?

21         A.    Yes.

22         Q.    All right.  Besides Spanish and

Hristo Stoitchkov

Page 36

1        Q.    Is that the rule, if you get a

2   yellow card, you're out for one game?

3        A.    Yes.

4        Q.    All right.  If you get a red card,

5   how many games are you out for?

6        A.    Never.

7        Q.    You never got a red card?

8        A.    No.  Never provocate red card.

9        Q.    But, you received 11 red cards at

10  Barcelona, right?

11       A.    Yes.

12       Q.    What do you recall receiving those

13  red cards for, as best as you can recall?

14       A.    Sometimes is, more games is protest.

15  My red cards.

16       Q.    So, you get a red card for

17  protesting?

18       A.    Yes.

19       Q.    As opposed to a yellow card?

20       A.    Two yellow cards, yes.  Never I'm

21  receive a red card, directly a red card, never.

22       Q.    Each of the 11 red cards you got,

Hristo Stoitchkov

Page 53

1    defending is Ray Hudson and John Trask.

2         Q.    So, your position that you're

3    working with is what position?

4         A.    In the forward.

5         Q.    Forward?

6         A.    Yes.

7         Q.    Okay.

8         A.    So, this is my work for the

9    movement, the players, receive the ball, finish

10   the ball, turn back.  So --

11        Q.    Do you still have coaching

12   responsibilities when you're playing the games

13   when you're an assistant coach?

14        A.    So, in the field, in the field, I'm

15   staying in the field.  It's more play first,

16   because I'm very, very good respect of my coach,

17   I'm assistant coach, but the first coach is Roy

18   Hudson.

19             Only decision is the Ray Hudson and

20   John Trask.  So I'm assistant coach inside the

21   field.  Sometimes coach call me, Hristo come, I'm

22   going on the bench, speak me some things.

Hristo Stoitchkov

Page 54

1              In this moment I'm translation the

2    players in the field, and same as the captain.

3    So, at this moment is captain, I think it's, I'm

4    not remember the name, the captain of the

5    D.C. United.  Ernie, Ernie, I don't remember the

6    name.

7         Q.    Okay.

8         A.    The captain of the team.

9         Q.    All right.  In your prime, did you

10   consider yourself one of the best soccer players

11   in the world?

12        A.    Yes.

13        Q.    All right.  Tell me what made you

14   such a good soccer player in terms of your

15   skills?

16        A.    Is it possible translation, please?

17        Q.    Sure.

18        A.     In the first time, very happy to

19   play with the best players in the world.  I play

20   on the national team in Bulgaria, on the best

21   team in the history of Bulgaria, I played on this

22   team.

Hristo Stoitchkov

Page 55

```
 1              And after that playing in Barcelona,
 2    the best players in the world.  The name,
 3    Valdroop, Kuman, Vaccaro, Biggide, Stein, the
 4    national team, Balakov, Letschkov, playing.
 5              So, for one of the best players, not
 6    only one man, it's together.
 7         Q.    I understand.  So, my question is,
 8    what about your skills made you one of the best
 9    players?
10         A.    First is the best of everything.
11    So --
12         Q.    Give me some examples.
13         A.    More examples.  I'm defend the boys.
14    I'm defending from the federation.  I'm defending
15    from the coach.  I'm defending from the referees.
16    My job is win every single game.
17              So, my responsibility is bigger than
18    everything.  So, this, in this moment, I'm
19    considered the best player in the world, because
20    I am score more goals, more victory for one year.
21    So, a lot of things.
22         Q.    You were left-footed?
```

Hristo Stoitchkov

Page 56

1          A.     Yes.

2          Q.     Were you considered a fast player?

3          A.     Very fast.

4          Q.     Very fast?

5          A.     Very fast.

6          Q.     All right.  Were you considered

7    excellent at controlling the ball?

8          A.     Yes.

9          Q.     Tell me what's involved in being

10   excellent at controlling the ball?

11         A.     The control of the ball is a big

12   concentration.  So, not only shoot the ball,

13   score the goal.  So, it's necessary looking

14   before you receive the ball, what happened to

15   your companion, in front of you, maybe play one

16   touch, maybe stop, and second touch.

17                So, for me it's very important, be

18   concentrate for the game, be concentrate for

19   everything.

20         Q.     Did you have an ability to see the

21   field well?

22         A.     Of course.

Hristo Stoitchkov

Page 115

1    you're saying?

2         A.    Yes.  The goal, no more.  No upset

3    the player on the other team, the American score,

4    absolutely not.

5         Q.    Upset with the referee?

6         A.    Yes.

7         Q.    For how long?

8         A.    Maybe one minutes, maybe two

9    minutes, I don't know.  So, very quickly, because

10   in the same minutes, the ball come to me, I play

11   the ball.

12              I'm start play, I'm forget.  So,

13   1-1, that's it.  So, my mentality is to score the

14   second goal.

15        Q.    Okay.  Let me ask you this, did

16   anyone else protest that the goal was offsides,

17   besides you?

18        A.    After.

19        Q.    After the American University scored

20   the goal --

21        A.    Yes.

22        Q.    -- before the ball was put back in

Hristo Stoitchkov

Page 116

1   play, did anyone else besides you protest that

2   the goal was offsides?

3          A.    No.

4          Q.    You're the only one?

5          A.    Yes.

6          Q.    None of your teammates protested?

7          A.    No.  No.  No.

8          Q.    None of the people --

9          A.    Maybe, maybe defend, reserve

10  peoples.  Yes, because it's very close to the

11  referee.

12         Q.    Well, did you hear them or are you

13  just guessing?

14         A.    No, no, talking, talking.  That's

15  it.

16         Q.    Well, you're saying that you heard

17  the D.C. United reserve players say that the goal

18  was offsides, or did you not hear that?

19         A.    Not not.  No.

20         Q.    So, you're the only one that had a

21  discussion with the assistant referee?

22         A.    Yes.  Because I'm staying very

Hristo Stoitchkov

Page 119

1                    This is, my face's changed, no.

2     Why?  Why is goal, is offsides?  But, one

3     minutes, two minutes, I'm forget, I'm playing.

4          Q.    Did you curse at the referee?

5          A.    I speak.

6          Q.    Did you curse at the referee?

7                 (Question translated in Spanish for

8     the witness.)

9                    THE WITNESS:  No.  No.

10    BY MR. JOHNSON:

11         Q.    Did you say any curse words to the

12    referee after you got upset?

13         A.    Maybe.  Maybe the talk referee back,

14    I'm no good as this, that's it.  Maybe seconds.

15    Watch face in his face and turn, go ahead.

16                    But, no more, because I'm still, I'm

17    never more protest to this referee after the

18    goal.  This is only the moment.

19         Q.    Is it possible that you cursed at

20    the referee four or five times?

21         A.    No.  No chance.

22         Q.    The ball was put back in play?

Hristo Stoitchkov

Page 120

```
 1       A.    Yes.

 2       Q.    Did the ball come to you quite

 3  quickly?

 4       A.    Yes.

 5       Q.    How many seconds or minutes did it

 6  take of play before the ball came to you?

 7       A.    I don't know exactly.  Exactly,

 8  because is play on another side, come back me,

 9  ball, so, different movement in the field.

10       Q.    Did you kick the ball once it came

11  back to you?

12       A.    Yes.  I'm kick long ball.

13       Q.    Long ball.

14       A.    Yes.

15       Q.    What side of the field?

16       A.    On the left.

17       Q.    Left side.

18       A.    Yes.  Very long ball.  I think it

19  was 30 yards.

20       Q.    Why did you do that?

21       A.    Because I'm watch, in front of the

22  D.C. United movement of the peoples.  So, I think
```

1    it's one young guy move on the left side, I'm

2    push long ball.  He after that will push up in

3    the front.

4          Q.    Did you speak to the referee again

5    about the offsides call after you kicked the long

6    ball?

7          A.    No.

8          Q.    Did you curse at him after you

9    kicked the long ball?

10         A.    No.

11         Q.    Were you still upset after you

12   kicked the long ball?

13         A.    Maybe yes, maybe not.  So, is the

14   moment, no, I'm kick the ball, and the long ball,

15   I'm still play.

16              I'm no interest in behind me,

17   because I'm four defenders are behind me.  The

18   referee, the long distance man, the assistant

19   referee.  So, I'm no interest behind me.

20              I'm watch in front of me.  Watch

21   from the ball, moving the players in front of me.

22   That's it.

Hristo Stoitchkov

Page 125

1    And after the watch, Freddy no stop the ball,

2    ball go up, I'm go faster.

3           Q.    How many yards away were you when

4    you started to go faster?

5           A.    I think it's three, four yards.  No

6    more, maybe five, maybe five.  But, this five is

7    too long distance for to touch the ball.

8                 I think it's two or three moment.

9    I'm stay close.  In the moment the ball come

10   back, I'm push my feet.

11          Q.    So, you accelerated from two or

12   three yards away when you saw the ball come up?

13          A.    Yes.

14          Q.    All right.  And you extended your

15   left leg out parallel to the ground?

16          A.    No.  My feet, yes.  The left.

17          Q.    The left leg and foot?

18          A.    Yes.

19          Q.    Parallel to the ground?

20          A.    Yes.

21          Q.    And you came in with your cleats up?

22          A.    Maybe, yes.  Maybe, yes.  Maybe I'm

Hristo Stoitchkov

Page 126

1    touch the ball, then my tackle.

2         Q.    Touch the ball with the bottom of

3    your foot?

4         A.    Yes.  I'm touch the ball, I'm first

5    touch the ball.

6         Q.    You believe you touched the ball

7    first with the bottom of your foot?

8         A.    Yes.

9         Q.    So, your left leg was extended and

10   it's your recollection that you struck a glancing

11   blow on the ball?

12        A.    Yes.

13        Q.    All right.  Are you sure you hit the

14   ball?

15        A.    The position, my position, the

16   position of Freddy, I'm convinced 100 percent I'm

17   first touch the ball, because the ball go front.

18            Same push my foot, it starts the

19   ball go front.  See Freddy touch the ball, the

20   ball would come on the other side.

21        Q.    Do you remember your foot hitting

22   the ball?

Hristo Stoitchkov

Page 129

1       A.    So, the turn -- is it possible

2   translation in Spanish?

3            MR. JOHNSON:  Yes.

4            THE WITNESS THROUGH THE INTERPRETER:

5   When I touched the ball Freddy moves, turns

6   around, and I turn as well to avoid a

7   face-to-face impact.

8   BY MR. JOHNSON:

9       Q.    You knew you were about to collide

10  with Freddy at that time, correct?

11      A.    Yes.  Yes.

12      Q.    You turned to protect yourself from

13  the collision; is that correct?

14      A.    Yes.

15      Q.    You were coming in extremely fast;

16  is that correct?

17      A.    Yes.

18            MR. CASTO:  Objection.

19  BY MR. JOHNSON:

20      Q.    You were coming in with a great deal

21  of force; is that correct?

22            MR. CASTO:  Objection.

Hristo Stoitchkov

1          Q.    But, do you feel you have a temper

2    on the field?

3          A.    Yeah.  Because my blood is to win,

4    my mentality only win.

5          Q.    If you feel you've been wronged,

6    does that upset you?

7          A.    Depending on the speak, so, if I was

8    talking about your mother, your father you would

9    be upset, in me the same.

10         Q.    I'm talking about a play on the

11   field.

12               If the play on the field has been

13   the wrong call, do you feel that up sets you?

14         A.    No.  Absolutely.

15         Q.    Do you feel you have a fiery

16   attitude?

17         A.    Depends, depends on situation.  So,

18   depend on the things in the field.

19         Q.    Do you feel you have a reputation

20   for arguing with referees?

21         A.    Maybe.  Maybe.  If it's necessary

22   for defending me, for defending the team, of

Hristo Stoitchkov

Page 168

1    course.

2          Q.    I'm going to read you a quote and

3    ask you if this is a quote that you said, okay.

4               "I will tell you one thing, whether

5    I have black hair or white hair, the mad boy will

6    live inside me forever.

7               "Even if I had the hairstyle of

8    Yordan Letchkov, my ambition will never subside.

9    I do have to admit that since I moved to the U.S.

10   I have become more settled, even calm.

11              "But when it comes down to winning,

12   I instantly explode.  It doesn't matter if I am

13   fishing, golfing or playing a small side match."

14              Is that your quote?

15         A.    I'm no change.  It's impossible.

16         Q.    You did say that?

17         A.    Yes.  I push this from my book.

18         Q.    Okay.  It's from your book?

19         A.    Yes.

20         Q.    What is the name of your book?

21         A.    Stoitchkov.

22         Q.    And who is the publisher?

Hristo Stoitchkov

Page 173

1     American University any time after the incident?

2          A.     No.

3          Q.     Did you discuss the incident with

4     anyone on your team after the incident?

5          A.     No.

6          Q.     You didn't discuss it with Coach

7     Hudson?

8          A.     No.

9          Q.     You didn't discuss it with the

10    assistant coaches?

11         A.     Yes, of course.  Of course, it's

12    communication in the locker room, the injury to

13    this guy now.  It's normal.

14              It's the whole team stays close to

15    me, because in this moment I'm sent down.

16         Q.     Did you also have a nickname the

17    Dagger, D-A-G-G-E-R?

18         A.     In Bulgaria, it's a lot of different

19    names in Bulgaria.

20         Q.     Was that a nickname you had?

21         A.     Yes.  So a lot, a lot of different

22    names in Bulgaria.

Hristo Stoitchkov

Page 174

1      Q.    The Mad Bulgarian, is that your

2   nickname.

3      A.    It's too much.

4      Q.    Was that one of your nicknames?

5      A.    Yes.  But, more is the Francis Ito.

6      Q.    The Raging Bull was that one of your

7   nicknames?

8      A.    It's Toro is the Spanish, Spanish,

9   the bull, no, in Spanish.  Spanish peoples talk

10  me.

11            MR. JOHNSON:  Let's mark this the

12  next exhibit.

13                 (Stoitchkov Exhibit Number 5

14                  marked for identification.)

15            MR. JOHNSON:  I believe I took into

16  my office the extra copies of the exhibit that I

17  just showed him, Exhibit 4.

18            THE WITNESS:  Four.

19            MR. JOHNSON:  The last one.

20            MR. CASTO:  If I can just look at it

21  and hand it back to him.

22            MR. JOHNSON:  What was the last

Hristo Stoitchkov

Page 175

1  number we did?

2          MR. CASTO:  It was five.  Can I just

3  look at it and hand it back to him?

4          MR. JOHNSON:  Yes.  Hand it back to

5  him or hand it back to me and I'll ask him

6  question and hand it back to him, and that will

7  save time.

8  BY MR. JOHNSON:

9      Q.    Mr. Stoitchkov, do you recall a

10 incident where you received a red card for

11 tackling the Kansas City Wizard mid-fielder, Mo

12 Johnston from behind?

13     A.    No.  I received red card, red card I

14 received in Kansas City only as for push out.

15     Q.    Please read the second paragraph

16 there and if you need it to be translated, feel

17 free to do that.

18     A.    No.  No is correct.

19     Q.    That's not correct?

20     A.    No.

21     Q.    You disagree that you tackled him

22 from behind?

Hristo Stoitchkov

Page 176

```
 1        A.    No.  I'm push out.

 2        Q.    You pushed him?

 3        A.    Yes.

 4        Q.    From behind?

 5        A.    Yes.

 6        Q.    Did you fall?

 7        A.    Yes.  Fall.

 8        Q.    Did you stand over him?

 9        A.    Yes.  I'm standing here.  The guy

10   stay here, yes, I'm stay, he stay here.  I'm face

11   in face.

12        Q.    Were you angry at him?

13        A.    No.  No.  Absolutely.

14        Q.    You were not mad when you pushed

15   him?

16        A.    I'm mad, but no speak.  Only watch.

17        Q.    Why did you push him down?

18              Were you mad at him when you pushed

19   him down?

20        A.    Because his fall, before in the

21   fall.  It was me, I'm here, and John warn me, we

22   stay together in the grass.
```