Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
                                  :
A. FREDDY LLERENA-ASPIAZU,        :
                                  :
    Plaintiff                     :
                                  :
V.                                : CA No. 1:06CV00343
                                  :
MAJOR LEAGUE SOCCER, LLC,         : (RWR)
                                  :
et al.,                           :
                                  :
    Defendants                    :
                                  :
- - - - - - - - - - - - - - - - - x


Deposition of NATHAN CLEMENT

Washington, D.C.

Wednesday, April 18, 2007

1:58 p.m.


Job No.: 1-101623

Pages 1 - 143

Reported by: Jane L. Vaughan

1  can unfold in a Major League Soccer game a referee or
2  assistant referee might not necessarily completely
3  accurately describe an incident in a competition
4  incident report?
5           MR. CASTO:  Objection to the form but you
6  can go ahead and answer.
7           THE WITNESS:  It was kind of a long
8  question.  If you could shorten it down I would
9  appreciate that.
10          MR. COHEN:  Yes.
11          BY MR. COHEN:
12     Q.   Isn't it fair to say that given the speed at
13 which place unfolds on the soccer field a referee or
14 assistant referee isn't always going to accurately
15 describe an incident in a competition incident report
16 without the benefit of reviewing video afterwards?
17          MR. CASTO:  Object to the question but you
18 can go ahead and answer.
19          THE WITNESS:  Yes, I believe that's
20 certainly possible, certainly.
21          BY MR. COHEN:
22     Q.   Are you aware that other witnesses,

Page 59

1   teams that are not in a league situation where -- a
2   somebody has to win situation to get points or move up
3   the standings, that type of thing.
4        Q.   Have you ever heard the expression a
5   friendly or friendly match?
6        A.   Right.  That would be other term for that
7   scrimmage.  That's correct.
8        Q.   Later in your report you use the phrase
9   temperature of the match.
10            Do you recall that?
11       A.   Yes, I do.
12       Q.   How would you contrast the temperature of a
13  typical friendly or scrimmage against the temperature
14  of a regular season match?
15       A.   Well, I wrote it down for you but I guess
16  you would like me to repeat it out loud.
17            With the -- the temperature of the match is
18  a sort of slang term that referees use for how hot a
19  match is, how much intensity is going on in a match.
20  And that's generally the temperature of the match.
21            For preseason scrimmages I call it
22  different, preseason friendly, especially between a

Page 60

1   pro team and college team.  In general it's just the
2   player is going to get out there, they are going to
3   play.  The college players want to try to adjust to it
4   to make something happen to score or maybe shine so
5   they can get picked in the draft or something like
6   that.  And obviously they are playing for their
7   starting positions in the coming fall also for the
8   coach.
9            The pro players in that type of situation
10  depending on what part of preseason they are in --
11  this happened right towards -- right before the season
12  started I believe.  So at that point they are tired of
13  a long preseason and they don't want to get injured
14  and they don't want to being embarrassed.
15           And that's in general the kind of match up
16  that you have.  So most of the time those situations
17  as I termed it a run in the sun, everyone runs around,
18  they play some soccer, some clean soccer and there is
19  not a whole lot of yellows and reds or injuries,
20  things like that.
21           That would be the general expectation of how
22  they go but as a referee crew you never go in

1    expecting that or the phrase we use is to expect the
2    unexpected.
3            But generally speaking that is how I would
4    phrase the temperature of the match.
5        Q.   You mentioned injuries a couple of times in
6    your answer to that question.
7            Let me ask you whether it could be fair to
8    say that in the context of any friendly game or
9    scrimmage all the players, whether in this case it's
10   the Major League Soccer players or the college
11   players, are very concerned about avoiding injury in
12   that type of game?
13           MR. CASTO:  Objection to the extent that pro
14   players and college players as having been one.
15           You can go ahead and give an answer as best
16   you can.
17           THE WITNESS:  You sidetrack me when you
18   object.
19           MR. CASTO:  Sorry.
20           THE WITNESS:  No player obviously wants to
21   be injured.  That's your question.  And I could agree
22   with that.  No one wants to be injured any time they

Page 62

1  are playing, any sport, any activity certainly.

2           BY MR. COHEN:

3       Q.   Taking the term temperature that you used,
4  temperature of the match and you say there is a phrase
5  that you use when refereeing, on a thermometer
6  measuring temperature would it be fair to say that a
7  friendly match is at the low or cool end of the
8  thermometer and say a World Cup final would be at the
9  high or hot end in terms of temperature?

10      A.   As a general rule of thumb I would agree
11 with that.  I mean some World Cup finals can be quite
12 dull actually.  More the semifinals and quarter finals
13 is where there is a lot more heat to it.  But
14 generally speaking that would be the way to describe
15 the temperature.

16      Q.   Have you ever officiated a friendly match
17 between a college team and a Major League Soccer team?

18      A.   As an assistant referee, yes, I have.

19      Q.   Tell me about when that was and who was
20 participating.

21      A.   Just last month down in Charleston the
22 Charleston Cup on a Sunday the New York Red Bulls

DEPOSITION OF NATHAN CLEMENT
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 66

1         THE WITNESS:  I don't -- I don't think there
2    is any -- how do I put this.  The chance is always
3    there.  It is certainly always there.
4              Generally though if the players aren't
5    playing at a high level and they are really getting
6    into it generally I would think there would be fewer
7    injuries, you know, if you count the number of
8    injuries during regular season.  I don't know what the
9    number are.  But generally with a lower temperature
10   match you would expect less injuries at the end of
11   it.
12             BY MR. COHEN:
13        Q.   Going back to your report on page 1, the
14   last sentence of the second paragraph says I never
15   talked to either player or the center referee about
16   the incident.
17             Do you see that?
18        A.   We are on page 1 you said?
19        Q.   Yeah.  Second paragraph.
20        A.   Oh, second paragraph.  I thought you said
21   the last.
22             Yeah.  I see that, yes.