DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
                                 :
A. FREDDY LLERENA-ASPIAZU,       :
                                 :
        Plaintiff                :
                                 :
    V.                           : CA No. 1:06CV00343
                                 :
MAJOR LEAGUE SOCCER, LLC,        : (RWR)
                                 :
et al.,                          :
                                 :
        Defendants               :
                                 :
- - - - - - - - - - - - - - - - x


Deposition of ANDREW V. CHAPIN

Washington, D.C.

Wednesday, April 18, 2007

11:45 a.m.


Job No.: 1-101624

Pages 1 - 67

Reported by: Jane L. Vaughan

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 22

1          Did you hear anything else?  Did Mr. Llerena
2  say anything?
3      A.   He was already clearly in significant pain.
4  I don't recall him saying anything specifically.  I
5  know immediately after the incident I certainly -- I
6  wasn't focusing on his face.  I mean at some point I
7  do remember seeing -- looking at the ground and seeing
8  the injury and seeing almost a new hinge in the lower
9  part of his leg from the result of the injuries he
10 suffered.
11     Q.   I am going to show you what was marked as
12 Exhibit Number 1.  Take a second and read that for me,
13 please.
14     A.   (Perusing.)
15          Okay.
16     Q.   Mr. Chapin, this is a document, competition
17 incident report.  It's got the Major League Soccer
18 logo on there.
19          Are you familiar with these types of
20 documents?
21     A.   Yes.
22     Q.   Can you tell us when these are completed,

1    filled out and sent back to the league office?

2         A.   This type of form is typically sent

3    postgame.  It will address any sort of incidents

4    during the game, whether they are some sort of

5    conduct -- addressing the conduct on the part of the

6    players.  It could be other things dealing with

7    logistics, for example, a stadium clock stopped

8    working.  It could deal with behavior of the fans

9    where somebody through a flare on the field.  It's

10   essentially something just to notify the league that

11   something out of the ordinary has happened.

12        Q.   Did you author this report?

13        A.   Yes.

14        Q.   Was it reviewed by anyone else prior to you

15   sending it to the league?

16        A.   I discussed the facts that form the basis of

17   this with one of the assistant referees.

18        Q.   Do you remember which assistant referee you

19   discussed it with?

20        A.   It was Ken Kaplan and I know that not

21   specifically in writing this report but I know I spoke

22   with the other assistant referee.  I have no idea what

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 25

1      A.   That's correct.

2      Q.   Is that a fair assumption?

3      A.   That's correct.

4      Q.   Did you ever -- were you ever supplied any

5 videos by the league to watch?

6      A.   I was given a link to an Internet URL that

7 had a very short clip, a video clip of the incident.

8 And I -- I know for a fact that I did not see the link

9 until after writing the report but before I spoke to

10 Major League Soccer.

11     Q.   Okay.  Do you recall how many days

12 afterwards you would look at that link on line and

13 look at the video?

14     A.   It was certainly more than one.  I know I

15 was in Chicago for I think three days.  So I know that

16 I viewed the link -- I don't think I viewed the link

17 while I was in Chicago.  So it was either two or

18 three.

19     Q.   The video that was linked on the web site by

20 Major League Soccer that you were sent, was it taken

21 from the bench side of the field?

22     A.   Yeah.  I would describe it as a camera on

1  Q.  After watching the videos either that
2  initial time or the time a week ago do you have any
3  different impression of the actual incident itself
4  rather than -- that's different than what is written
5  in your incident report?
6  A.  Yes.  Clearly from my view I did not have
7  what I feel is the best angle for the challenge.
8  Q.  At the time of the incident?
9  A.  I knew that like I said instinctively it was
10 a sanctional offense and I wasn't sure quite about the
11 details.  I kind of laughed.  We live in the age of
12 TiVo and it would be nice to be able to rewind five
13 seconds and see what happened or to get another look.
14          And so when the incident first happened I
15 thought that Stoitchkov had gone in with one foot.
16 But then how the feet came out through the player I
17 thought well, maybe it was two feet.  And then as we
18 were drafting the report Ken Kaplan said no, he
19 thought from his angle, which I guess I will leave it
20 to him describe, that he thought it was two feet.  But
21 clearly you can see in the video the point of impact
22 from Stoitchkov to Llerena was a single extended leg,

Page 28

1  which differs from my incident report which describes
2  it as a two leg tackle.
3      Q.   Okay.  Any other things in your report that
4  you noticed were inconsistent after you watched the
5  videos?
6      A.   There is one statement in here that talks
7  about the build up of play, from the time that the one
8  defender from American cleared the ball in the corner
9  to when Freddy received it.  Again, it kind of goes
10 back to the TiVo.  I had no idea because my focus was
11 on the defender and the next thing I know he has the
12 ball.
13          So after the game talking with Ken and with
14 the other assistant referee just trying to piece
15 together a kind of -- the timing of the incident we
16 weren't really sure what happened.  And I am not sure
17 who told me this but one of them told me that Llerena
18 had received the ball from a square pass.  So that's
19 why it is in the air.  And after seeing the video
20 that's not correct.  He received it directly from the
21 player in the corner.
22      Q.   What would be a square pass?  What would

1   that mean?

2       A.   A square pass would be a pass that is
3   parallel to the goal line.  It is going from one side
4   of the field to the other.  It neither advances nor
5   returns the ball towards your own goal.

6       Q.   Anything else that might be inaccurate after
7   you watched the video?

8       A.   I don't know if it's inaccurate.  I thought
9   about it after rereading the report a few times, that
10  I noted that Stoitchkov was sent off for serious foul
11  play.

12          Under the laws of the game for soccer there
13  are seven different reasons why a player can be sent
14  off.  And the two relevant ones here, one is serious
15  foul play and one is violent conduct.

16          And after seeing the video and after -- in
17  hindsight I have been to the national camp now I guess
18  eight years and there is certainly more of an emphasis
19  I think that I would have -- if this incident had
20  happened today I would describe it as violent conduct
21  and not as serious foul play.

22      Q.   And what about the incident in your opinion

1    makes it violent conduct if it happened today?

2         A.   Let's see.  To differentiate serious foul

3    play is typically -- well, one requirement is that it

4    is one person against an opponent.  The ball is in

5    play and generally there is I guess for lack of a

6    better term there is a play on the ball.

7              Violent conduct is more of an act of

8    aggression.  It could be against an opponent.  It

9    could be against a teammate.  It can be against a

10   coach.  It could be against, I don't know, a fan that

11   runs on the field and gets goofy and somebody smacks

12   him.  That could be violent conduct.

13             But it's certainly an act of aggression.

14   And based on looking at the videotape again I feel

15   now -- and again, it's after having more training at

16   national camp that this is more of an act of

17   aggression and less serious foul play.

18        Q.   In your competition incident report about

19   the middle there is a sentence that starts DCU number

20   eight made no attempt to play the ball?

21        A.   Yes.

22        Q.   Did you find that sentence?

Page 32

1      You said it was 30 to 20 seconds or 20 to 30
2  seconds between that goal and the restart of play?
3      A.   No.  20, 30 seconds between the restart of
4  play at the kickoff and the incident.
5      Q.   Do you recall how much time there was
6  between the American University goal and the restart
7  of play?
8      A.   Between the time that the ball crossed into
9  the goal and the kickoff I would estimate no more than
10 30 seconds.
11     Q.   Today are you aware that Mr. Stoitchkov
12 argued with the assistant referee that the American
13 University goal was offsides?
14     A.   Yes.
15     Q.   Was that based on your conversations with
16 Mr. Kaplan?
17     A.   No.  I witnessed that by myself -- for
18 myself.
19     Q.   What did you personally witness after
20 American University scored the goal?
21     A.   The goal was awarded.  So my normal
22 procedure is to back out of that half the field of

Page 33

1    play, try to keep an eye on the players in general.

2           And then immediately I notice that
3    Stoitchkov had gone -- I think he had chased the play
4    leading up to the goal.  Didn't catch up to it and
5    then proceeded back up the field towards the bench
6    side to confront Ken Kaplan.

7        Q.   About how far did Mr. Stoitchkov get to Mr.
8    Kaplan?  How much space was between them?

9        A.   No more than a couple of steps.  I mean it
10   was -- he wasn't nose to nose but it certainly wasn't
11   from any sort of distance.

12       Q.   Did you hear what Mr. Stoitchkov was saying?

13       A.   I -- I could not hear specific words.  I
14   could see that he was gesticulating and based on his
15   body movements that he clearly was upset.

16       Q.   Mr. Kaplan did not give Mr. Stoitchkov a
17   yellow card for dissenting; is that correct?

18       A.   That's correct.  But Mr. Kaplan is not
19   empowered to give yellow card.  The only official on
20   the field with the authority to sanction players is
21   the referee.

22       Q.   That would have been you?

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 46

```
 1      A.   I have never spoken to him since.
 2      Q.   Did you witness Mr. Stoitchkov come back
 3  onto the field after you had given him a red card and
 4  he had left and Mr. Stoitchkov was speaking with Mr.
 5  Llerena?  Do you recall that?
 6      A.   I recall that he left the field.  He went
 7  towards the bench area.  And I recall at some point he
 8  went back to the location of the incident.
 9           I know he was in the vicinity of Llerena.  I
10  couldn't tell you if he spoke to him or not.
11      Q.   Did you hear anything Mr. Stoitchkov said
12  after the incident, maybe not directed to you or
13  anyone else but did you hear any statements that he
14  made?
15      A.   He didn't make any statements.  He --
16  immediately after the incident as he was getting off
17  the ground and leaving the field he was still very
18  upset and it was a combination of English and I assume
19  Bulgarian, some profanity and just very loud and, you
20  know, just kind of profanity.
21      Q.   Was he directing that profanity or whatever
22  he was saying at any particular person or just --
```

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 57

1          MR. JOHNSON:  I have a few questions.  I
2   will try to be brief.
3        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
4          BY MR. JOHNSON:
5      Q.   Mr. Chapin, as you know because we met
6   before I am Roger Johnson and I represent Mr. Llerena.
7          By whom are you assigned to this game as the
8   referee?
9      A.   This game I believe was assigned through the
10  United States Soccer Federation.
11     Q.   And by whom are you paid?
12     A.   This match, I think this match I would have
13  been paid through Major League Soccer.
14     Q.   Is it fair to describe the injury to Freddy
15  Llerena as the worst you ever saw?
16     A.   It's the worst I have ever seen being there.
17     Q.   Did you ever cash your paycheck for this
18  game?
19     A.   I did not.
20     Q.   And why was that?
21     A.   I -- I to this day I still feel sickened
22  that I am even involved with that event.

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 58

1    Q.   Would it be fair to describe this as a
2  friendly game in the referee and soccer parlance?
3    A.   Yes.
4    Q.   What does it mean to you when someone says
5  it's going to be a friendly game?
6    A.   Friendly is an exhibition match where
7  there -- the result does not matter so it's more of a
8  chance for players to get match experience, to maybe
9  test their fitness, for a coach to evaluate players,
10 where they are progressive.
11          It's just a way -- it's something between a
12 regular season game or playoff game or some sort of
13 tournament in between practice.  It's a way to put
14 someone in life conditions where the ultimate result
15 is just -- just doesn't matter.
16   Q.   As a referee do you have certain
17 expectations with regard to a friendly game?
18   A.   I mean the foremost concern is that you
19 never want to have anybody injured.  You have got
20 professional players that have careers and get paid.
21 You know, some guys don't get paid that much.  Some
22 guys get paid a lot.  You don't want them to lose

Page 59

1   that.

2           And then on the other hand the college
3   players are, you know, either freshmen to seniors they
4   are progressing and trying to get better. And
5   although they were out of season, you know, the games
6   that are important to them are in the fall and you
7   don't want anything to happen to them before they get
8   a chance to perform for their team.

9       Q.  Is it fair to say that in part one of your
10  expectations as a referee is that everything will be
11  done that's possible to be done to avoid injury?

12      A.  Yes.

13      Q.  Do you think that's the expectation that
14  coaches and players go into this kind of game with
15  again based on your experience as a former player,
16  coach and referee?

17          MR. CASTO:  Objection.

18          THE WITNESS:  Still answer it?

19          MR. CASTO:  Yes.

20          THE WITNESS:  Yes.

21          BY MR. JOHNSON:

22      Q.  Did you know at the time that you were

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 61

1  assigner might think I can't handle myself.  But I
2  certainly -- that's certainly a yellow just to get
3  some sort of message across that, you know, you are
4  really going too far and this is not the type of game
5  for that.
6      Q.  Is there any doubt in your mind as you sit
7  here today that at the time this incident occurred
8  Stoitchkov was upset and angry about the goal that AU
9  had scored and the circumstances of that goal?
10          MR. CASTO:  Objection.
11          You can answer.
12          THE WITNESS:  There is no doubt in my mind.
13          BY MR. JOHNSON:
14      Q.  Are you aware that Kaplan also told MLS that
15  Stoitchkov after the foul walked directly in front of
16  Kaplan and told him to F off?
17      A.  I am not aware of that.
18      Q.  You did hear additional profanity after the
19  incident?
20      A.  Yes.
21      Q.  You did see as you described in your direct
22  examination other indications that Stoitchkov remained

DEPOSITION OF ANDREW V. CHAPIN
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 62

1  angry and upset after the incident?
2      A.   That's correct.
3      Q.   And it was I take it sometime later when he
4  was told of the seriousness of the injury that he came
5  back to the field and seemed more calm?
6      A.   I don't know what he was told but he
7  certainly went to the bench area. Some time -- amount
8  of time passed. It wasn't like he went, touched the
9  line and came back.
10          He was over at the bench. I presume he
11 spoke to someone on the team, other coach or other
12 teammates or something. And at some point he did
13 return to the field.
14     Q.   As Stoitchkov came at Freddy did it appear
15 to you that he came from a significant distance at
16 full speed?
17     A.   Yes.
18     Q.   As he came at Freddy did it appear to you to
19 be in some sense out of control?
20     A.   I don't -- I don't know if I would say out
21 of control. To me that's -- like I kind of said
22 before he is a world class player and has demonstrated

Page 64

1   experience he should have -- he should expect that
2   there will be a collision.  Whether he thinks it's
3   going to be violent or not I don't think I can comment
4   on.
5           BY MR. JOHNSON:
6       Q.  In your direct examination you said a couple
7   of occasions that Mr. Stoitchkov at the time of this
8   collision came through the player or through Freddy.
9           What do you mean by that?
10      A.  I mean that based on my experience when you
11  make a tackle the destination, the final destination
12  is to -- you want to arrive at the ball to dispossess
13  the player.
14          And I felt like his destination, his final
15  destination in terms of location was not the exact
16  spot on the field where the ball was, that he intended
17  to keep going past the ball.
18          On direct examination you were asked about
19  whether you thought Stoitchkov intended to break his
20  leg.  And I don't recall your exact answer but let me
21  ask you this.
22          Do you think it's fair to say again based on