Page 1

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
A. FREDDY LLERENA-ASPIAZU,:
         Plaintiff,       :
                          :
    vs.                   : CIVIL ACTION NUMBER:
                          : 1:06CV343 (RWR)
MAJOR LEAGUE SOCCER,      :
et al.,                   :
         Defendants.      :
```

---------------------

The Discovery Deposition of ARNOLD NICKIE MANELLA was taken on Wednesday, April 11, 2007 at 1:00 p.m. at the Law Offices of Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P., 2001 Pennsylvania Avenue, N.W., Suite 450, Washington, D.C. before Deborah C. D. Shumaker, Notary Public.

---------------------

      Evans Reporting Service

      The Munsey Building

      7 North Calvert Street, Suite 705

      Baltimore, Maryland  21202

      (401) 727-7100

Page 85

1   look at the first paragraph here, maybe the first
2   two sentences that's talking about "the challenge
3   itself is a play on the ball. It is not outside
4   the course of play", et cetera.
5           Would you read that paragraph and let
6   me know if you agree or disagree with anything it
7   says there.
8       A.   I disagree with it.
9       Q.   Let's start with the first sentence.
10      A.   If it was a play on the ball, then it
11  would have been a controlled play on the ball,
12  and a professional player like Stoitchkov knows
13  what he has to do physically to control that
14  ball. He has no control. Once he extends
15  himself like that, there's no play on the ball
16  anymore.
17          To play on the ball, you'd stay square,
18  and if the ball bounces, that ball is coming down
19  and going inward, so he stops, the ball comes
20  down. If Freddy misplayed the ball, all he has
21  to do is turn in. He has now shielded the ball

1   less maneuverable room, so he turns in. The ball
2   bounces.
3           He goes to collect it back.
4   Stoitchkov's leg -- and the thing that makes it
5   look bad, and it is bad, is that Stoitchkov
6   instead of closing on the ball, he extends his
7   body and actually launches himself kind of
8   forward planting his right foot, left foot
9   extended probably waist high, cleats up.
10          Llerena realizing he doesn't have the
11  ball kind of turns, starts his -- his leg was
12  originally up. He starts to drop his foot to
13  reconnect with the ball. Stoitchkov's leg does
14  not drop with the ball but, rather, continues on
15  through Llerena's leg.
16      Q.  I'm going to show you what's marked as
17  Exhibit Number 4 which is entitled Competition
18  Incident Report, and take a minute to look at
19  it. I want to know if you have ever seen that
20  before.
21      A.  This is the incident report that is

Page 71

1    Q.   I understand. Stoitchkov's leg and
2  foot did not follow the ball as it came to the
3  ground?
4    A.   That's correct.
5    Q.   Is that what it means to go over the
6  ball as the phrase is used later on in this
7  sentence?
8    A.   Yes. That means you have gone up over
9  the top. The ball is down here. Instead of you
10 going down toward the ball, you are over the top
11 of the ball where your only connection you're
12 going to have is with the player.
13   Q.   Moving back to the middle of that
14 sentence, Mr. Chapin writes or he wrote at the
15 time: "Which by this time", talking about the
16 ball, "was sitting at AU #24's feet".
17        Do you agree with that?
18   A.   I would say that it was dropping toward
19 his feet.
20   Q.   But not quite there yet?
21   A.   Well, you are looking at stopped frame

Page 86

1   from Freddy, and he has got the ball, and he has
2   got control.
3       Q.   Okay.
4       A.   So I don't see where it is a play on
5   the ball.
6            And I think it is outside the course of
7   play.  That's not a move you expect a
8   professional player to make.  It's not what you
9   would expect.
10           I would not -- in looking at serious
11  foul play or violent conduct, I would not say it
12  was violent.
13      Q.   So you are saying you agree that "nor
14  can it be described as an assault"?  You agree
15  with that statement?
16      A.   As I understand what assault is.
17      Q.   What is your understanding of the word
18  assault?
19           MR. JOHNSON:  In the context of a
20  soccer match?
21           MR. CASTO:  Exactly.  In the context of

1   based on anything you have reviewed, do you have

2   any factual basis to believe that Mr. Stoitchkov

3   targeted Mr. Llerena as somebody he wanted to

4   take out of the game?

5        A.   I would say that there was an intent to

6   injure which could result from him being taken

7   out of the game.

8        Q.   And what's the basis?  What do you look

9   at to -- what is your foundation for concluding

10  that there was an intent to injure?

11       A.   Because when you get to that level of

12  the sport, you've got control over what your

13  actions are.  You are an athlete.  You are a top

14  level athlete, and when you want to collect the

15  ball or you want to turn a player away from the

16  ball, you've got those attributes to do that.

17  When you decide I'm not going to use those skills

18  but, rather, I'm going to do this, that's going

19  after a player.  That's not playing the ball, and

20  you know that.

21       Q.   Earlier we talked about clattering a

Page 103

1   specifically.
2       Q.   I direct you back to your report which
3   is Exhibit Number 3, page 2, paragraph seven.
4   Paragraph seven is Stoitchkov, quote, "went in to
5   make a statement to clatter somebody", and I
6   asked you earlier even though these weren't
7   statements that you made, if you agreed with
8   those statements.
9       A.   Right.
10      Q.   You agree with that statement?
11      A.   I agree that clattering somebody is to
12  go in to make a statement.
13      Q.   You agree with Stoitchkov here intended
14  to go in and make a statement and to clatter
15  Mr. Llerena?
16      A.   I think that Mr. Stoitchkov decided not
17  to play the ball, decided to play the player to
18  send a message, and instead of just sending him a
19  message, he injured that player.
20      Q.   And then I asked you about clattering
21  and shaking him up, whether it can be done

Page 113

1    A.   No.  Probably just a head butt.  You
2  wouldn't expect that.  Professional players just
3  don't do that.
4    Q.   Do you have an opinion you would intend
5  to express at trial regarding Mr. Llerena's
6  chances of playing professional soccer had this
7  incident not occurred?
8    A.   I would have no opinion.
9    Q.   Do you have any other opinions about
10 this case that we have not discussed already?
11   A.   No.
12        MR. CASTO:  We can go off the record.
13        (Discussion off the record.)
14             EXAMINATION
15        BY MR. JOHNSON:
16   Q.   Mr. Manella, as a referee, when you
17 understand that a game being played is considered
18 a friendly game or an exhibition, what does that
19 mean to you?
20   A.   It means that you are going to have an
21 opportunity to see players display their skills,

1   but nobody wants to get hurt.  It doesn't --
2   players just don't want it.  They are not out
3   there to get hurt.  They are out to play and
4   display their skills.
5       Q.   Do you discuss rules or any aspect of
6   the friendly match with the coaches typically
7   when you are refereeing one before the game
8   begins?
9       A.   Oh, absolutely, because it's ground
10  rules.
11      Q.   And what are the sort of things that
12  can be discussed as ground rules of a friendly
13  match?
14      A.   A normal game is 90 minutes, two
15  45-minute halves.  Because you're doing it for
16  the crowd and for the players, you might break it
17  up into four equal parts or instead of only
18  allowing the five normal, in the professionals
19  you have five substitutes that can come in.
20           College is different.  You try to get
21  as many as you can in because all the kids want

1   to play, so you might discuss a difference in
2   substitutions.
3       Q.   Is there anything else that you
4   consider to be a difference between a friendly
5   game or an exhibition game and, for example, a
6   college conference game or an MLS regular season
7   game?
8       A.   Well, the intensity is going to be much
9   higher at a conference game or a professional
10  league game where there's something important,
11  you know, bragging rights or money in the
12  professional leagues. You win, you score goals,
13  you get extra money.
14           A friendly, you get nothing. You're
15  getting exposure and a chance to go out and warm
16  up and play before the season or so the coach can
17  see the players.
18      Q.   As a referee, if any -- let me ask it
19  this way.
20           As a referee, do you do anything
21  differently from time to time during the game as