Set forth is a summary of conversations conducted on Friday, March 28, 2003.

**Ken Kaplan (Bench-side Assistant Referee)**

- First 9:59 minutes of the game were "spirited". DC goal "took the wind out of their sails". Intensity level increase after AU goal.
- Stoitchkov dissented toward me (Kaplan) verbally and with gestures
- Offside call was two-fold: 1. whether or not the player receiving the initial pass was involved in the play, 2. if the final pass was a square ball or not.
- "I (Kaplan) talked through the protest and told him what I saw"
- Stoitchkov brushed me off
- Stoitchkov "did not come over to me or run towards me". He stayed approximately 10 yards away the entire time.
- "As far as I was concerned, I thought it was over" (after Stoitchkov brushed him off).
- When asked if Stoitchkov used foul language, "He (Stoitchkov) said, 'That's f***ing wrong, f***ing awful, you need to get them f***ing right, f*** you'".
- Stoitchkov was the only player to dissent the call. Mike Petke and Ryan Nelson did not.
- Immediately following the red card, Stoitchkov had no remorse, but probably did not know the extent of the injury.
- Stoitchkov knew it was a red, "treated the red card like any other" by walking off the field. Stoitchkov walked directly in front of me and told me to f*** off.
- Stoitchkov turned around quickly when he realized what he had done; at that point remorse came out.
- Stoitchkov stayed with the player until he was removed on the ambulance.
- Ambulance took 10-12 minutes to arrive
- Petke's tackle in 8th minute purely tactical. Petke apologized to us (the refs) for it after the game.

**Thomas Rongen**

- Was sitting directly across from where the tackle took place (little less than 100 yard).
- The play on the onset was fairly civil. AU was playing to enjoy the experience as opposed to making a statement. DC became the aggressor, Petke's tackle that earned him a yellow card was "particularly nasty"
- AU's goal looked like a "very clean" goal; no one protested it except Stoitchkov
- Stoitchkov took a "30 yard run at the kid". "Before he even got there (i.e. made contact with Llerena) I thought, oh f***".
- He went in the make a statement to clatter somebody
- I have no doubt that he (Stoitchkov) was bracing himself (as he went in) because he knew there would be contact.
- "He (Stoitchkov) clearly wanted to make a statement".
- I.G.: "Was his reaction immediately after the tackle when he was shown a red card 'yeah, it's a red, I am out of here'?". Rongen: "Yeah".

**Ray Hudson**

- After debatable offside call, Stoitchkov was "very animated and upset at the AR", was blowing off steam, and said it was a "stupid call"
- Hudson was on the far side of the D.C. United bench and "completely missed the incident".
- Heard a crack, a horrendous noise, was an obscene-looking injury with players screaming
- Stoitchkov walked to the bench after the red card and asked, "is it broken?" He seemed distraught, began to cry and returned to be with the injured player
- Did not see Stoitchkov say anything to the SAR as he walked off the field.

**John Trask**

- Had not see the tape at the time of the interview
- Was standing close to the AR when the offside decisions were made
- Stoitchkov's main complaint was with the first offside decision, whether or not the player was involved in the play
- AR just said, no, he wasn't involved in the play.
- Stoitchkov closed down space very quickly, went with the sole of his boot to win the ball and caught the kid.
- The ball just popped up like in a 5 v. 2 situation
- Stoitchkov returned to the bench, was crying, "I broke his leg", returned to the field and remained with the player.
- Stoitchkov appeared to be in shock
- Did not see Stoitchkov say anything to the AR following the send-off

**Hristro Stoitchkov** (Translated in Spanish by Nelson)

- "It was a play not uncommon in the game. At no time did I intend to injure anyone."
- I touched the ball, and after touching the ball, I landed on his leg (follow-through)."
- As I was leaving the field, people said, "you broke his leg". Turned and stayed with the player for the duration. Llerena said, "It's part of the game; it is football".
- Describing the offside call: I (Stoitchkov) found myself in a defensive position. Two players where offside behind me. One of the players got the ball. Stoitchkov turned to the AR and said, "offside". AU scores. I said he's offside, AR said he was not, so I continued to play.
- Prior to the tackle, D.C. is pressing AU in their end, the ball comes out to Llerena, and that is when the play occurs. There were no issues as a result of the goal; the ball had been played by 4-5 players.
- After the red card, I did not speak to anyone; I just walked to the bench.

- Q. How did you know the player was injured? A. "People on the bench said, 'you broke his leg'". Stoitchkov returned to the player and spoke to him in Spanish.
- Q. Did you know that the foul was a red card immediately? A. Yes, but thought it was a bit odd because I won the ball but landed on the player. I did not argue the red card because it was a friendly and the game was against a college team.
- I did not say anything to the AR following the red card. "I was with other people."
- Q. Some people may believe that the tackle was a result of anger at the offside call. A. "In 20 years I have never taken the field to injure a player."
- Stoitchkov's story did not change from the conversation he had with Nelson on Tuesday night.

## Todd West

- Stoitchkov was yelling at the AR in regard to the offside decision, he was frustrated, but I could not hear any language
- I (West) do not think he meant it.
- I (West) think he did it to set a tone that the college kids aren't going to beat us.
- Stoitchkov clips the ball into the corner, says something to the AR, was told to get on with the game, began his run (toward Llerena) from there.
- Llerena has boot marks on the back of the calf on the leg that was broken.
- West, asst. coach and trainer rushed onto the field immediately
- Everyone knew the leg was broken because of the noise.
- Stoitchkov gets up, walks away, and brushes the trainer. He did not shove the trainer, but brushed him out of the way.
- Stoitchkov returned to the player and apologized after John Trask told him the player's leg was broken.
- I do not feel he got the ball, either live or after reviewing the tape.

## Andrew Chapin

- At the start of the game, AU was a little frantic, D.C. were under control
- D.C. goal deflated AU kids
- Just after D.C. goal, there was a collision between Kovalenko and AU player. I called a foul and spoke to the AU player, Kovalenko was OK.
- In the 7th minute, Petke committed a tactical foul, I gave a strong whistle and told him this was, "not the game for that". He said, "I know, I'm sorry".
- Prior to AU goal, Stoitchkov yelled that the player checking back was offside. He was the only one yelling and raised his hand for offside.
- It sounded like Stoitchkov used some abusive language toward the AR, Ken Kaplan. Kaplan did not call me over.
- I did not hear anyone else give Kaplan a hard time
- After kickoff, the ball is played into the corner. An AU player and Quaranta come together. I heard someone – pretty sure it was Stoitchkov - say, "foul, foul, foul".
- Stoitchkov accelerated from a long distance.

- The pace he came in at was significant.
- Stoitchkov tackle was "a red card without a doubt".
- AU bench was really upset.
- Stoitchkov headed toward the bench after the red card
- Not 100% sure what he said (on the way to the bench) but was something like, "f*** off" or "f*** you"
- I did not hear Stoitchkov swear at Ken Kaplan; Llerena was screaming and the coaches were talking at the same time.
- It was not like he got in Ken's face.
- There was no interaction between Stoitchkov and anyone on AU bench.
- Todd West, "Why the f*** did he do that?" toward the DC bench.
- Stoitchkov's body language changed once he got to the DC bench.
- Stoitchkov tried to provide comfort to the kid.
- Q. Did Stoitchkov direct any further language to the AR after he played the ball into the corner? A. I am pretty sure he just said, "foul, foul, foul."
- Q. Why did you indicate in your Competition Incident Report that Stoitchkov used two feet? A. I was off to the side of the play. Stoitchkov went in with one foot, then his two feet came out from under the kid. Clearly after seeing the video, he went in with just his left leg, then he just turned a bit.
- Q. Did you feel nervous after seeing him express his displeasure toward the AR? A. I did not get a sense that he flipped his lid and was out to hurt somebody. I think his red card was his first tackle of the game.