

110 East 42nd Street
Suite 1000
New York, NY 10017
Phone 212-450-1200
Fax 212-450-1305

# COMPETITION INCIDENT REPORT

Game No. **O-4946-3**        **American University**      **DC United**
                              (Home Team)    vs.    (Visiting Team)

Date of Game **03/25/03**    Stadium **Reeves Field, Washington, DC**

Time of Incident **9:25**    1st Half **X**    2nd Half    Overtime    Other

Name of Person Submitting Report    **Andrew Chapin (Referee)**

Signature                            Date Submitted

## DESCRIPTION OF INCIDENT

In the 10th minute of play, Hristo Stoitchkov, #8 for DC United (DCU#8), was sent off for serious foul play, as described below. DCU#8 played a long pass down the sideline in front of the American University (AU) bench. An AU player collected the ball approximately 20 yards from the endline and sent a pass towards midfield, where it was passed on squarely to AU #24, who was positioned 15 yards inside his own half and 10 yards inside the field of play directly in front of the AU bench. As the ball traveled towards AU#24, DCU#8 accelerated from his position approximately 10 yards away. As AU#24 collected the ball at his feet, DCU#8 lunged from a distance of 3-4 yards from a position directly in front of AU#24 with both of his legs fully extended straight in front of him and with his foot 2-3 feet off the ground, cleats exposed. DCU#8 made no attempt to play the ball, which, by this time, was sitting at AU#24's feet; instead, he went over the ball, violently striking AU#24 directly below the knee. AU#24 collapsed in extreme pain. I blew the whistle, showed the red card to DCU#8 and sent him off for serious foul play, and immediately called for medical assistance. An AU representative quickly called 911 and the AU medical staff stabilized AU#24 until the paramedics arrived. Once the ambulance left, the head coaches for each team agreed not to continue playing the match. We were advised by the AU medical staff, afterwards, that the force of the tackle by DCU#8 resulted in a compound fracture to AU#24's lower leg.

## ACTION REQUESTED

## MLS RESPONSE

**NOTE:**    This form is to be used by Teams or Game Officials whether or not submitting videotape for League review of incidents which occur during normal course of play, or at half-time or full-time, which may or may not have been dealt with by the Game Officials, but which may need further review.

**Please fax to MLS Operations, 212-450-1305 and Joseph Machnik, 843-886-0609**

Form MLS-OPS-304