IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-343 (RWR) |
| | ) | |
| MAJOR LEAGUE SOCCER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S STATEMENT OF GENUINE ISSUES

Under LCvR 7(h), Plaintiff Freddy Llerena submits his Statement of Genuine Issues, "setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated," including "references to parts of the record relied on to support the statement."

## 1. Hristo Stoitchkov's soccer skills and on-field temperament.

A. There is a genuine issue necessary to be litigated concerning Hristo Stoitchkov's soccer skills and temperament on the soccer field. Stoitchkov possessed noteworthy soccer skills; he was "very fast" and "excellent at controlling the ball," able "to see the field well" and "anticipate where the ball was going," and could "take the ball from other players." (Stoitchkov Dep. 56:2 to 57:7.)

B. In addition to being known for his tremendous skill as a soccer player, and as Defendants' charitably portray it, "being known for vocally protesting calls by referees," (Defs.' Mem. Supp. Mot. Summ. J. at 4), Stoitchkov was a highly volatile and temperamental player. Among the nicknames he acquired over the years were "the

Dagger," "the Mad Bulgarian," and "the Raging Bull." (Stoitchkov Dep. 173:16 to 174:10.)

  C. Stoitchkov has acknowledged his temper on the field, and that it came from his desire to win: "[M]y blood is to win, my mentality only to win." (*Id*. 167:1-4.) Indeed, with respect to his on-field ferocity, Stoitchkov has explained: "I will tell you one thing, whether I have black hair or white hair, *the mad boy will live inside me forever*. . . . [M]y ambition will never subside. I do have to admit that since I moved to the U.S. I have become more settled, even calm. *But when it comes down to winning, I instantly explode*. It doesn't matter if I am fishing, golfing *or playing a small side match*." (*Id*. 168:2-17) (emphasis added).

## 2. Llerena's knowledge of Stoitchkov's on-field temperament.

  A. Freddy Llerena's knowledge of Stoitchkov's temperament is a genuine issue necessary to be litigated. Plaintiff believes that the facts on this issue are undisputed, but Defendants did not include them in their statement.

  B. Prior to the incident, Llerena had no knowledge of Stoitchkov's reputation as a temperamental player on the field; he only knew of his skill. Llerena viewed Stoitchkov as an "admirable" figure, even a "hero." (Llerena Dep. 71:15-21.) Llerena had no knowledge of Stoitchkov's nickname the "Mad Bulgarian"; that, during the Bulgarian Cup finals, Stoitchkov was involved in a brawl as a member of CSKA Sofia for which he received a lifetime ban from Bulgarian soccer (later rescinded); that Stoitchkov stomped on a referee's foot while playing for F.C. Barcelona; or that Stoitchkov received a record eleven red cards in a single season while playing for

Barcelona. (*Id*. 72:1-20.)[1]  Accordingly, Llerena had no apprehension about stepping onto the field with Stoitchkov; rather, Llerena was "honored" to be able to do so. (*Id*. 73:4-10.)

### 3.     Expectations for the friendly match.

A.     There is a genuine issue necessary to be litigated concerning the players' and coaches' expectations for the scrimmage between D.C. United and American University.  There are certain expectations for an exhibition match, or a "friendly," as the game is known in soccer parlance.  (Chapin Dep. 58:4-6.)  The foremost concern is that no one gets injured.  (*Id*. 58:18-19.)  From the professionals' perspective, they have careers and salaries at stake.  From the collegiate players' perspective, they are trying to improve their games and "don't want anything to happen to them before they get a chance to perform for their team."  (Chapin Dep. 58:19 to 59:12; *see also* Manella Dep. 113:16-114:4 (explaining that, in friendly game, "nobody wants to get hurt"; players "are out to play and display their skills").)

B.     Defendants' expert Nathan Clement – a Major League Soccer ("MLS") referee – described soccer matches in terms of their "temperature." (Clement Dep. 59:17 to 61:4.)  According to Clement, "temperature" is "a sort of slang term that referees use for how hot a match is, how much intensity is going on in a match." (*Id*. 59:17-20.)  As a general rule of thumb, "a friendly match is at the low or cool end of the thermometer and . . . a World Cup final would be at the high or hot end." (*Id*. 62:6-11.) "[G]enerally, with a lower temperature match you would expect less injuries at the end of it." (*Id*. 66:9-11;

---

[1] A "red card" is "shown by the referee to a player being sent off the field for a flagrant foul." http://dictionary.reference.com/browse/red%20card.

3

*see also* Manella Dep. 115:8-17 (explaining that "intensity is going to be much higher at a conference game or a professional game where there's something important" at stake, whereas in "[a] friendly, you get nothing. You're getting exposure and a chance to go out and warm up and play before the season or so the coach can see the players.").)

**4.     Stoitchkov's conduct immediately before the collision.**

A.     There is a genuine issue necessary to be litigated concerning Stoitchkov's conduct immediately before he collided with Llerena. The relevant sequence of events began after American University scored a goal early in the friendly match, tying the game with D.C. United.

B.     Stoitchkov protested to the assistant referee that the A.U. goal was scored while an A.U. player was offsides, but he was the only player or coach at Reeves Field that day to do so. No other D.C. United player or D.C. United coach protested or voiced any disagreement to the officials that the goal was offsides. (Stoitchkov Dep. 115:15 to 116:7; Summary of Witness Conversations with MLS Disciplinary Committee on March 28, 2003 at 1 (hereinafter "MLS Witness Summaries") ("no one protested except Stoitchkov").) Indeed, according to former D.C. United head coach Thomas Rongen, who was present at the game, it looked like a "very clean" goal. (MLS Witness Summaries at 1).

C.     Nevertheless, after the goal was scored, Stoitchkov proceeded back up the field towards the bench side to confront the assistant referee, Ken Kaplan. (Chapin Dep. 33:2-6.) According to Kaplan, Stoitchkov "dissented toward [him] verbally and with gestures." (MLS Witness Summaries at 1.) Although Stoitchkov stayed several yards away from Kaplan, Stoitchkov was extremely profane and abusive: "He (Stoitchkov)

4

said, 'That's f***ing wrong, f***ing awful, you need to get them f***ing right, f*** you.'" (*Id*. at 1.) D.C. United head coach Ray Hudson said that Stoitchkov was "very animated and upset at" the assistant referee. (*Id*. at 2.) Coach West, who was thirty yards away from Stoitchkov, heard him yelling from that distance, dropping "[a] lot of F bombs. Get the calls right. He was f-ing offsides." (West Dep. 38:1-8.) The referee, Andrew Chapin, who witnessed Stoitchkov arguing with the assistant referee, testified that he "could see that [Stoitchkov] was gesticulating and based on his body movements that he clearly was upset." (Chapin Dep. 33:13-15.) Even Stoitchkov, who at first denied cursing at the assistant referee, when pressed admitted that "maybe" he did so. (Stoitchkov Dep. 119:6-15.)

       D.     Kaplan, the assistant referee, did not give Stoitchkov a yellow card for dissenting because he was not empowered to do so; "[t]he only official on the field with the authority to sanction players is the referee." (Chapin Dep. 33:18-21.)

       E.     Play restarted within no more than thirty seconds of the ball crossing into the D.C. United goal. (*Id*. 32:5-10.) But even after play resumed, Stoitchkov continued to complain about the no-offsides call. Stoitchkov received the ball and kicked it "long" into the corner at American University's end of the field. (Stoitchkov Dep. 120:10-19.) According to Coach West, Stoitchkov remained "so pissed off he kicked the ball into the corner so that he would have more time to turn around and yell at the assistant referee." (West Dep. 39:6-9.) Although West heard Stoitchkov yelling, he was unable to make out what he said because of the noise from commentary about Stoitchkov's conduct by members of the A.U. team nearby along the sidelines: "Why doesn't he just get on with the game? There's 80 minutes left, and it's a friendly." (*Id*. 39:15 to 40:1.) Yet

5

Stoitchkov "was yelling and screaming." (*Id*. 40:1-2; *see also* Llerena Dep. 83:18-19 ("From the time [Stoitchkov] kicks it, he yells at the referee some more.").)[2]

### 5. How and why the collision occurred.

A. There is a genuine issue to be litigated concerning how and why the collision between Stoitchkov and Llerena occurred. The collision occurred no more than twenty or thirty seconds from the restart of play following the A.U. goal. (Chapin Dep. 32: 1-4.) There wasn't "any doubt" in Chapin's mind that, when the collision occurred, Stoitchkov was still "upset and angry about the goal that AU had scored and the circumstances of that goal" less than a minute earlier. (*Id*. 61:6-12.)[3]

B. After Stoitchkov's long kick into the corner, the ball was immediately returned in Llerena's direction. As Llerena attempted to control the ball, Stoitchkov was running towards Llerena "in a manner that didn't really make any sense in any way of trying to pressure the ball" given the A.U. team's position on the field. (West Dep. 40:14-20.) According to Chapin, Stoitchkov "came from a significant distance at full speed." (Chapin Dep. 62:14-17.) According to former D.C. United head coach Rongen, Stoitchkov took a "30 yard run at the kid." Before Stoitchkov even got there, Rongen "thought, 'oh f***.'" Rongen had no doubt that Stoitchkov was bracing himself as he went in because he knew there would be contact and that Stoitchkov "clearly wanted to make a statement." (MLS Witness Summaries at 1.) Chapin similarly "felt like

---

[2] Stoitchkov denied that he spoke to the referee after kicking the long ball, (Stoitchkov Dep. 121:4-7), but there is no testimony disputing the material fact that Stoitchkov continued to yell and scream after kicking the long ball, albeit perhaps, in Stoitchkov's mind, not *at* the assistant referee.

[3] Counsel for Defendants objected to the question preceding this testimony.

[Stoitchkov's] destination, his final destination in terms of location was not the exact spot on the field where the ball was, that he intended to keep going past the ball," which was inconsistent with attempting merely to dispossess the opposing player of the ball. (Chapin Dep. 64:6-17.) Stoitchkov went into Llerena with his cleats raised, (Stoitchkov Dep. 125:21 to 126:1), and knew that he was going to collide with Llerena. (*Id*. 129:9-11.)

   C. Llerena went towards the ball, turned his head, and saw Stoitchkov coming at him, but "the next thing" Llerena knew was that he was "on the ground with a bone sticking out of [his] leg." (Llerena Dep. 83:15 to 84:6.) Llerena was in "[i]ndescribable" pain. (*Id*. 96:13-14.) According to Coach West, Llerena was "inconsolable that he was going to have his leg amputated." (West Dep. 52:14-16.)

**6. Stoitchkov's conduct immediately after the collision.**

   A. There is a genuine issue to be litigated concerning Stoitchkov's conduct immediately after the collision. Chapin immediately issued Stoitchkov a red card, ejecting him from the game. According to Chapin, as Stoitchkov "was getting off the ground and leaving the field he was still very upset" and Chapin heard Stoitchkov uttering, in a combination of English and what Chapin assumed was Bulgarian, "some profanity" that was "just very loud." (Chapin Dep. 46:11-20.)

   B. Stoitchkov walked off the field past the assistant referee Ken Kaplan. While directly in front of Kaplan, Stoitchkov told Kaplan to "f*** off." (MLS Witness Summaries at 1.)

### 7. The Competition Incident Report

A.   There is a genuine issue to be litigated concerning the Competition Incident Report prepared by referee Andrew Chapin.  Following the game, Chapin prepared a Competition Incident Report and sent it to the league office.  A Competition Incident Report "will address any sorts of incidents during the game. . . . It's essentially something just to notify the league that something out of the ordinary has happened." (Chapin Dep. 22:16 to 23:13.)  Chapin prepared the report without first viewing video of the incident.  (*Id*. 25:4-10.)  Defendants' expert Nathan Clement, himself an MLS official, acknowledged that, given the speed at which play unfolds on the field, a referee may not always accurately describe an incident in a Competition Incident Report. (Clement Dep. 48:12-20.)[4]

B.   After reviewing video of the incident, Chapin acknowledged that he "did not have the best angle for the challenge." (Chapin Dep. 27:1-7.)  He knew at the time "instinctively it was a sanction[able] offense," but he wasn't quite sure about the details." (*Id*. 27:9-11.)

C.   In preparing the report, Chapin and assistant referee Ken Kaplan disagreed as to whether Stoitchkov went into Llerena with one foot or two feet raised.  Chapin thought it was one foot; Kaplan thought it was two.  (*Id*. 27:14-20.)  In the report, Chapin deferred to Kaplan's view, but after watching the video Chapin realized that his initial assessment had been correct – Stoitchkov went in with one foot raised.  (*Id*. 27:20 to 28:2.)

---

[4] Counsel for Defendants objected to the question preceding this testimony.

8

D.  Further, although the Competition Incident Report states that Chapin sent Stoitchkov off for "serious foul play," (*id*. 29:10-11), after seeing the video, Chapin would have described it as "violent conduct" – a more serious infraction of the rules that is "more of an act of aggression." (*Id*. 29:16 to 30:17.)

**8.  Stoitchkov's role as both player and assistant coach.**

A.  Although Stoitchkov was employed by MLS as a player and by Anschutz D.C. Soccer – the owner of D.C. United – as an assistant coach, his roles merged when stepped on the playing field. According to Stoitchkov, on the field, he was a "play[er] first," but also the "assistant coach inside the field," where he would communicate concerns from the head coach to the other players. (Stoitchkov Dep. 53:11 to 54:6.)

                      Respectfully submitted,

                      KOONZ, MCKENNEY, JOHNSON,
                       DEPAOLIS & LIGHTFOOT, L.L.P.

                      By: /s/ Andrew W. Cohen
                        Roger C. Johnson (D.C. Bar #940577)
                        Andrew W. Cohen (D.C. Bar #441149)
                        2001 Pennsylvania Avenue, N.W.
                        Suite 450
                        Washington, DC  20006
                        Tel:  (202) 659-5500

                      Attorneys for Plaintiff Freddy Llerena

Date:  July 31, 2007