## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A. FREDDY LLERENA-ASPIAZU,    ) | |
| ) | |
|     Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No.: 06-343 (RWR) |
| ) | |
| MAJOR LEAGUE SOCCER, et al.,    ) | |
| ) | |
|     Defendants.    ) | |

### ORDER

Upon consideration of the motion for summary judgment filed by Defendants Major League Soccer, L.L.C.; Anschutz D.C. Soccer, L.L.C.; Anschutz Entertainment Group, L.L.C.; and Hristo Stoitchkov, and upon consideration of Defendants' memorandum in support, Plaintiff's memorandum in opposition, Defendants' reply, and the record in this case, it is hereby **ORDERED** that Defendants' motion for summary judgment is **DENIED** in its entirety.

_____
Richard W. Roberts
United States District Court Judge