# EXHIBIT I

DEPOSITION OF NATHAN CLEMENT
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3   - - - - - - - - - - - - - - - x
                                  :
4   A. FREDDY LLERENA-ASPIAZU,    :
                                  :
5           Plaintiff            :
                                  :
6           V.                   : CA No. 1:06CV00343
                                  :
7   MAJOR LEAGUE SOCCER, LLC,     : (RWR)
                                  :
8   et al.,                      :
                                  :
9           Defendants           :
                                  :
10  - - - - - - - - - - - - - - - x

11

12

13           Deposition of NATHAN CLEMENT

14             Washington, D.C.

15           Wednesday, April 18, 2007

16                 1:58 p.m.

17

18

19  Job No.: 1-101623

20  Pages 1 - 143

21  Reported by:  Jane L. Vaughan

22

DEPOSITION OF NATHAN CLEMENT
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 26

1    specialize as assistant referee.  So up until last

2    year when my time finished I would only have the flag

3    unless there was dire emergency or a youth game or

4    something like that.

5            As of this year I am not officially tied to

6    being assistant referee anymore but I have so much

7    experience and done so well they only have young

8    referees coming through.  That's fine with me.  So I

9    will probably still stay on the line but there is

10   nothing insisting I stay there for the fall.

11       Q.   You used the expression a moment ago.

12       A.   Yes.

13       Q.   What does that mean to someone with no

14   soccer parlance?

15       A.   Having the flag -- as I said the referee in

16   the middle with the whistle and having a flag is kind

17   of a term for assistant referees on the line with the

18   flag, that they would wave balls out of bounds and

19   offsides.

20       Q.   Okay.  What are the differences in

21   responsibilities during a game between referee and

22   assistant referee?

Page 27

1          A.    The responsibilities are spelled out in the

2     laws of the game.  FIFA laws of the game five is

3     concerning particularly the referee and law six is

4     concerning the assistant referees.

5          Generally speaking we are watching

6     everything out on the field.  As an assistant referee

7     my primary responsibility would be towards the

8     offsides, ball out of play, goal kicks, corner kicks,

9     who is entitled to those, when a player can be

10    penalized for being in an offside position, and

11    conduct that is outside of the view of the referee and

12    any other sorted fouls that I happen to see.

13         Q.   Can an assistant referee issue a red or a

14    yellow card for a foul?

15         A.    The way it works in officiating soccer games

16    is the referee in the middle makes the final decision

17    on everything.  The assistant referee assists.  But if

18    you are comfortable with your teamwork and you trust

19    your referees that you are working and if I would

20    recommend a red card I am sure they would seriously

21    consider my thoughts into the process.

22         There's a big difference if you are in the

DEPOSITION OF NATHAN CLEMENT
CONDUCTED ON WEDNESDAY, APRIL 18, 2007

Page 28

1   middle and you have like a 13 year old kid saying hey,

2   that should be a penalty kick, a red card as opposed

3   to a senior referee that you comfortably work with all

4   the time.

5            But, yes, as an assistant referee you only

6   assist the referee.  You want to let them know what

7   you see and make recommendations.

8        Q.   Getting back to the MLS referee pool, how

9   does one for lack of a better phrase get into the

10  pool?

11       A.   I don't know the process.  There is other

12  people that know that process but when you get a

13  chance to do an MLS game if you do a good job and they

14  call you again you get called back again.

15           So I know beginning of the season the last

16  few years I believe MLS actually publishes a list of

17  officials that are in the pool.  And I would assume --

18  I don't know exactly how that works.

19       Q.   I'm sorry.  Are you finished?

20       A.   I don't know exactly how it works.  I mean

21  obviously you have to do good in the matches you are

22  assigned or if they pick you and they think you are

# EXHIBIT II

Peter Edward Ramsey 4/10/07

Page 1

1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
2    A. FREDDY LLERENA-ASPIAZU,:
              Plaintiff,        :
3                               :
        vs.                     : CIVIL ACTION NUMBER:
4                               : 1:06CV343 (RWR)
     MAJOR LEAGUE SOCCER,       :
5    et al.,                    :
              Defendants.       :
6

7

8              --------------------

9           The Discovery Deposition of PETER

10   EDWARD RAMSEY was taken on Tuesday, April 10,

11   2007 at 11:00 a.m. at the Law Offices of Koonz,

12   McKenney, Johnson, DePaolis & Lightfoot, L.L.P.,

13   2001 Pennsylvania Avenue, N.W., Suite 450,

14   Washington, D.C. before Deborah C. D. Shumaker,

15   Notary Public.

16             --------------------

17           Evans Reporting Service

18           The Munsey Building

19           7 North Calvert Street, Suite 705

20           Baltimore, Maryland  21202

21           (401) 727-7100

Peter Edward Ramsey 4/10/07

Page 33

```
 1    kicked over my head.  I ran full speed for it,

 2    and the winger, we collided together, and the

 3    referee was behind me and gave me a red card.  Of

 4    course, it would be fair to say that the referee

 5    and I had not got along during the game.

 6         Q.   Do you recall if that was when you were

 7    Keene State or was that when you were playing the

 8    men's leagues?

 9         A.   I think it was a men's league game.  I

10    think as I got older I became much more vocal as

11    a player.

12         Q.   About becoming more vocal, did you talk

13    to the refs?

14         A.   Yes.

15         Q.   Did you encourage them to make calls

16    that you were favorable with?

17         A.   Both ways.  Trying to influence the

18    referees, trying to intimidate them.

19         Q.   How do you intimidate a referee?

20         A.   You talk to them a lot.

21         Q.   Did you ever use vulgar language when
```

Court Reporting in
Baltimore/Washington          EVANS REPORTING SERVICE
                                   410-727-7100          Over 20 years of
                                                      award-winning service

1    talking to referees?

2        A.   Yes.

3        Q.   Again, this is when you say you were

4    getting older.  Was it when you were playing in

5    men's leagues?

6        A.   Yes.

7        Q.   Were you the only player on the field

8    in these men's leagues talking to refs, trying to

9    intimidate them?

10       A.   Oh, no.  Everybody -- I shouldn't say

11   everybody.  A lot of people, it was much more

12   common to talk as you get older, and I think I

13   was the captain of the teams.  I was a captain of

14   a lot of the teams, so I would take on the

15   responsibility to talk to the referee.  To be

16   fair, I have played with players who never spoke

17   to a referee during the course of a match.

18       Q.   Did you ever receive any yellow cards

19   for talking to referees?

20       A.   Yes.

21       Q.   Did you ever receive two yellow cards

Court Reporting in
Baltimore/Washington
EVANS REPORTING SERVICE
410-727-7100
Over 20 years of
award-winning service

Peter Edward Ramsey 4/10/07

Page 35

1    which got you ejected from the game?

2        A.    Yes.

3        Q.    Do you have any idea how many times

4    that would have happened?

5        A.    As a player or a coach?

6        Q.    Let's start with as a player.

7        A.    As a player, quite a few times.  Maybe

8    10 times.

9        Q.    How about as a coach?

10        A.    In the course of my coaching, maybe

11    five to 10 times as a coach.  No.  I should

12    define that.  Since I have been the head coach in

13    college, I have not received a yellow or a red.

14    As an assistant coach, it was not uncommon to get

15    a yellow card to try to save the head coach.  It

16    was a tactical decision.

17        Q.    So instead of the head coach getting

18    thrown out, you throw the assistant to the wolves

19    who gets thrown out?

20        A.    That's exactly correct.

21        Q.    They should try that in major leagues

# EXHIBIT III

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE

 2                   DISTRICT OF COLUMBIA

 3   A. FREDDY LLERENA-ASPIAZU,  *

 4            Plaintiff,         *

 5   vs.                         *    Case Number:

 6   MAJOR LEAGUE SOCCER,        *    1:06CV343(RWR)

 7   et al.,                     *

 8            Defendants         *

 9   *        *        *         *         *         *

10              THE DEPOSITION OF TODD WEST

11           The Deposition of Todd West, taken in

12   the above-captioned case on Wednesday, May 16,

13   2007, commencing at 11:00 a.m., at the law offices

14   of Koonz, McKenney, Johnson, DePaolis & Lightfoot,

15   2001 Pennsylvania Avenue, Northwest, Suite 450,

16   Washington, D.C. 20006, and reported by Monique

17   Kastner, Court Reporter and Notary Public.

18

19                EVANS REPORTING SERVICE
                The Munsey Building, Suite 705
20               Seven North Calvert Street
                Baltimore, Maryland 21202
21                    410-727-7100
                      800-256-8410
```

Todd West 5/16/07

Page 32

1    occur or did that occur?

2         A    I was the one getting kicked most of

3    the time.  I had six or eight yellow cards.  I only

4    had one red card in my life.

5         Q    What was your red card for?

6         A    Picking a ball up and kicking it at

7    another player's face after he fouled me 27 times.

8              MR. JOHNSON:  Not that you kept track.

9              BY MR. CASTO:

10        Q    During a typical season since you have

11   been at American University, how many red cards

12   would your players receive arising out of a tackle?

13        A    Out of tackles, one or two a year.  My

14   kids get them for their mouths.

15        Q    Are they generally arguing with

16   opposing players or referees or who are they

17   arguing with?

18        A    I didn't say arguing.  Sometimes it's

19   questioning.

20        Q    Who are they talking to?

21        A    Sometimes the opposing ref.  Usually,

Todd West 5/16/07

Page 33

1    not the opposing players -- not the opposing ref;

2    sometimes the ref, not the opposing player.

3        Q    About how many times a year does one of

4    your players receive a card for what I would call

5    dissent, discussing a play with a referee?

6        A    Three or four times a year.  We have

7    gotten better about that.

8        Q    What's your experience at American

9    University?  Have any of your players ever used

10   foul language or curse words when dissenting with a

11   referee?

12       A    It has happened, yes.

13       Q    Other than Mr. Llerena, have you ever

14   seen, just at the college level, your players or

15   opposing players or tournaments you're at playing

16   different teams, have you ever seen a player

17   receive a compound fracture like Mr. Llerena's

18   arising from a tackle?

19       A    Yes.

20       Q    Approximately how many times have you

21   seen that?

# EXHIBIT IV

CBS



 **.com**    Official Site of the National Football League    Powered by ⊙ CBS S

Home | News | Scores | Stats | Schedules | Standings | Teams | Players | Rosters | D

**NFL Fantasy**
**SuperBowl.com**
**History**
**NFL Draft**
**Field Pass**
**NFL Network**
**TV & Radio**
**NFL Mobile**
Video
Rookies
Newsletter
Tickets
Auctions
**In The Community**
Kids
**NFL Shop**



SHOP NOW

join the team

**NFL SITES**

**NFL On Location**
**Corp./Fan Hospitality**
**America's Game**
**International**
**Pro Bowl**
**Hall of Fame**
**NFL Europa**
**NFLatino**
**Scouting Combine**
**NFL Network Games**
**NFLPlayers.com**
**Youth Football**
**Extra Points**

 **TENNESSEE TITANS**

Team News

# Titans' Young throws punch, unhurt in fracas
### NFL.com wire reports

NASHVILLE, Tenn. (Aug. 1, 2007) -- The Tennessee Titans are hoping Vince Young learned a very important lesson in training camp. Never -- ever -- throw a punch again with his throwing hand.

Send

Luckily for the 2006 offensive rookie of the year and the Titans, the punch thrown at safety Donnie Nickey glanced off his helmeted head.

"The guys stick up for the quarterback, and he sticks up for his teammates," coach Jeff Fisher said. "Enough said."

Young has never hid his competitive spirit, whether back in college at Texas or since being drafted last year by the Titans. During training camp last year, he leveled defensive tackle Randy Starks after having a pass intercepted.

Nickey, who primarily plays special teams and played at Ohio State, had knocked down receiver Joel Filani earlier when the rookie ran the wrong route when the defense was defending against the post.

Trainers helped Filani to the side, then Nickey broke up the pass by taking receiver Courtney Roby to the ground on the very next play by putting his right arm around Roby's neck in a chokehold move. Young, who had thrown the pass, erupted.

He yelled at Nickey and asked him what he was doing, telling him to quit that stuff. Young ran over as Roby stayed on the ground. Nickey put his right hand on Young's chest before the quarterback shoved back and took a swing at the safety.

Tight end Bo Scaife came in and helped push Nickey away from the fray, and 13-year veteran center Kevin Mawae got in front of Young, pushing him clear. Young took several minutes to cool off and continued yelling back.

Fisher pulled his team together at midfield and reminded them to

**TEAM N**
Select Team

**RELATE**
● Titans prese
  primer
● Titans top p
  Griffin signs
  year deal
● NFL bars 'P:
  Jones from
  camp

**OFFICIA**
· Ganther, Moo
  most of extra
· Fisher, Young
  practice scuffl
· Keith Blog: Yo
  hands-on tea
· Official Team

**NEWSL**
Sign up for the
newsletter

Get informatio
upcoming Titar
and live chat e
sale offers in th
and exciting NI
in your area!

First Name:

E-mail Addres

Birthday:
Month:    Day

**MORE NFL**

Rule Book

Contests

NFL Sunday Drive

NFL Sunday Ticket

Player Development

Wireless

**ABOUT US**

NFL.COM Help Section

Privacy Policy

Terms and Conditions

League Employment

Team Employment

Advertise With Us

Sign Up!

☑ In addition
newsletter, pleas
NFL-authorized
products and ser

cool it. After practice ended, Nickey met with Roby and shared a half hug, and Young hugged Nickey. Fisher then made the three stand behind him as he talked with reporters.

"My preference is not to see my quarterback throwing punches with his throwing hand. Secondly, we need to avoid the stuff on the field, and hey, it happens. Everything is OK. Right?" Fisher asked of the trio.

They all said yes.

Young said the incident was over, families fight and they all got it off their chest. Asked about throwing a punch with his throwing hand.

"That's bad. That's bad. That's real bad," Young said.

Nickey, a three-year veteran, said he understands that would have been a great play on Sunday in a game but that he shouldn't have done that to his own teammate. He apologized to Roby and realized it wasn't a clean hit.

"Someone comes at me, I'm not going to back down. I don't care if it's Vince, President Bush. That's just instincts that come out. But I respect him for it. I didn't want that to happen. I think it's over. We put it to bed," Nickey said.

However, he did have some advice for Young in the future if he does decide to start swinging again.

"At least not with your right hand, man. Jab with the left and wait for the cavalry," Nickey said.

**NOTES:**

- Running back LenDale White took part in non-contact drills ut not team drills. Coach Jeff Fisher said he had a sore shoulder and White wanted to practice. But Fisher said it was the coaches' decision to hold him out.
- Veteran right guard Benji Olson missed practice because he was meeting with a specialist about his lower back. He has missed a couple days.
- Defensive end Travis LaBoy and defensive tackle Jesse Mahelona sat out with tight hamstrings. Offensive lineman Leroy Harris missed with a mild knee strain, and defensive tackle Rien Long was given the practice off after lightning forced the team to the indoor practice field before coming back outside.

AP NEWS
The Associated Press News Service

Copyright 2007, The Associated Press, All Rights Reserved

NFL on [CBS SportsLine.com]

- Judge's camp tour: Nod to McNabb, but Westbrook's The Man in Philly
- Prisco's camp tour: What can Brown do for Miami? Question still remains

- Judge's camp tour: Don't Ugoh thinking this rookie can't step in

---

Help · Account Info ·Privacy Info   

© 2007 NFL Enterprises LLC. NFL and the NFL shield design are registered trademarks of the National Football League
The team names, logos and uniform designs are registered trademarks of the teams indicated.
All other NFL-related trademarks are trademarks of the National Football League.
NFL footage © NFL Productions LLC.

# EXHIBIT V

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
 2   A. FREDDY LLERENA-ASPIAZU, :
              Plaintiff,       :
 3                             :
        vs.                    : CIVIL ACTION NUMBER:
 4                             : 1:06CV343 (RWR)
     MAJOR LEAGUE SOCCER,      :
 5   et al.,                   :
              Defendants.      :
 6

 7

 8          --------------------

 9          The Discovery Deposition of FREDDY

10   ANGEL LLERENA-ASPIAZU was taken on Tuesday, March

11   20, 2007 at 11:10 a.m. at the Law Offices of

12   Koonz, McKenney, Johnson, DePaolis & Lightfoot,

13   L.L.P., 2001 Pennsylvania Avenue, N.W., Suite

14   450, Washington, D.C. before Deborah C. D.

15   Shumaker, Notary Public.

16          --------------------

17          Evans Reporting Service

18          The Munsey Building

19          7 North Calvert Street, Suite 705

20          Baltimore, Maryland  21202

21          (401) 727-7100
```

Freddy Angel Llerena-Aspiazu 3/20/07

Page 77

```
1   general.  The first game was, I believe, the

2   University of Wisconsin, and then the week after

3   was D.C. United, so you prepared for every game

4   as part of the season, but when you focused on a

5   game, it was probably just the week before;

6   although it was in the back of our minds or

7   however long we knew about it.

8        Q.   Prior to playing Wisconsin, had you

9   played any other teams that spring?

10       A.   No.

11       Q.   So the D.C. United match was your

12  second match of the spring?

13       A.   Yes.

14       Q.   What was the mindset of your team going

15  into this match?

16            MR. JOHNSON:  Objection to what you

17  mean by the word mindset of the team.  That is a

18  very difficult term for anybody to address.

19            MR. CASTO:  Let me rephrase it.

20       Q.   Is it your understanding from talking

21  to your teammates, their demeanor on the practice
```

Court Reporting in
Baltimore/Washington

EVANS REPORTING SERVICE
410-727-7100

Over 20 years of
award-winning service

Freddy Angel Llerena-Aspiazu 3/20/07

Page 78

1   field that this was going to be something fun or

2   did you guys want to win the game?

3       A.   In any sport you want to win.  Of

4   course we wanted to win the game.

5       Q.   Were the practices in the week leading

6   up to the D.C. United match, were they loose and

7   casual?  Was everybody businesslike?  How would

8   you describe the attitude of the team?

9       A.   I would say businesslike.  I would say

10  we prepared -- I don't want to say that for the

11  game of Wisconsin we prepared less.  That would

12  be disrespectful to the University of Wisconsin,

13  but, of course, we were excited to have the

14  opportunity to play a professional team.  Not

15  everyone gets that chance.

16      Q.   For American University as a soccer

17  player, did your performance in the spring

18  scrimmages such as the one against Wisconsin, the

19  one against D.C. United have an effect of who

20  started the following season, that following

21  fall?

Freddy Angel Llerena-Aspiazu 3/20/07

Page 79

1        A.    Of course.  Even the season before that

2    had an effect on who started the first game

3    against Wisconsin.

4        Q.    Did you get a scouting report in the

5    week prior to the game against D.C. United?

6        A.    I don't remember, but we usually always

7    did for the regular season, so I don't remember

8    if the coach prepared that for this game.

9        Q.    I want to move forward to the actual

10    day of the match, March 25th, 2003.

11            You guys stepped on the field with the

12    D.C. United players.  Initially as you were

13    warming up, did you have any impression -- or

14    what was your impression of their demeanor going

15    into the match?

16        A.    I don't remember.

17        Q.    After the incident, when was the first

18    time you watched the videotape of it?

19        A.    I don't remember exactly, but I think

20    it was a while after.

21        Q.    When was the last time you saw it prior

# EXHIBIT VI

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - x
                                    :
 4    A. FREDDY LLERENA-ASPIAZU,    :
                                    :
 5            Plaintiff             :
                                    :
 6            V.                    :  CA No. 1:06CV00343
                                    :
 7    MAJOR LEAGUE SOCCER, LLC,     :  (RWR)
                                    :
 8    et al.,                       :
                                    :
 9            Defendants            :
                                    :
10    - - - - - - - - - - - - - - - x

11

12

13          Deposition of JOSEPH MACHNIK

14              Washington, D.C.

15             Tuesday, May 8, 2007

16                12:58 p.m.

17

18

19    Job No.: 1-103139

20    Pages 1 - 127

21    Reported by:  Jane L. Vaughan

22
```

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

Page 70

1    paragraph seven on page 3 you talk a little bit about

2    Mr. Stoitchkov.  And toward the end of that paragraph

3    you state that during his time in MLS Stoitchkov's

4    behavior belied his nickname as Mad Bulgarian?

5        A.    What paragraph?

6        Q.    Paragraph seven.

7        A.    Right.

8        Q.    Before his time in Major League Soccer had

9    you heard Stoitchkov referred to as the Mad Bulgarian?

10       A.    Yes.

11       Q.    Any other nicknames you heard him referred

12   to as?

13       A.    None that comes to my mind.

14       Q.    During his playing time before he joined

15   Major League Soccer were you familiar with Mr.

16   Stoitchkov's playing before --

17       A.    Yes.

18       Q.    -- joining Major League Soccer?

19       A.    Yes.

20       Q.    Were you familiar with his behavior on the

21   field?

22       A.    To some degree.

DEPOSITION OF JOSEPH MACHNIK
CONDUCTED ON TUESDAY, MAY 8, 2007

Page 71

1        Q.    Do you think his behavior before joining

2   Major League Soccer warranted the nickname the Mad

3   Bulgarian?

4        A.    Nicknames are -- as I say here nicknames are

5   public relations, promotional things that help sell

6   tickets.  I don't know who gave him the nickname.  So,

7   you know, what does it mean.

8        Q.    How would you describe Mr. Stoitchkov's

9   temperament as a player?

10       A.    He is -- has a lot of passion.

11       Q.    Passion is one of those words -- strike

12   that.

13             Would it be fair to say that Mr. Stoitchkov

14   had a reputation as a temperamental player?

15       A.    That might be a fair statement, yes.

16       Q.    Would it be fair to describe him as hot

17   headed?

18       A.    That might be unfair.

19       Q.    Why would that be unfair?

20       A.    Because I don't know him to be hot headed

21   but temperamental, yes.

22       Q.    When you say you don't know him to be hot