IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, L.L.C., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

The undersigned parties have agreed to a settlement in this matter and are currently finalizing the settlement documents. The parties anticipate that the documents will be finalized within 10 business days and a voluntary dismissal filed at that time.

| | |
|---|---|
| /s/ | /s/ |
| Roger C. Johnson (940577) | Daniel R. Lanier (04504) |
| Andrew W. Cohen (441149) | Brian W. Casto (28010) |
| Koonz, McKenney, Johnson, | Miles & Stockbridge P.C. |
|   DePaolis & Lightfoot, L.L.P. | 10 Light Street |
| 2001 Pennsylvania Ave., N.W. | Baltimore, Maryland 21202 |
| Suite 450 | 410-727-6464 |
| Washington, DC 20006 | |
| 202-659-5500 | Attorneys for Defendants |
| | |
| Attorneys for Plaintiff | |