IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A. FREDDY LLERENA-ASPIAZU, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:06CV00343 (RWR) |
| MAJOR LEAGUE SOCCER, L.L.C., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO SETTLEMENT AGREEMENT

Plaintiff, A. Freddy Llerena-Aspiazu, by his undersigned attorneys, and Defendants, Major League Soccer, L.L.C., Hristo Stoitchkov, Anschutz D.C. Soccer, L.L.C., and Anschutz Entertainment Group, Inc., by their undersigned attorneys, agree and stipulate that the above matter shall be dismissed with prejudice as the parties have reached a settlement agreement.

_____
Roger C. Johnson (940577)
Andrew W. Cohen (441149)
Koonz, McKenney, Johnson,
  DePaolis & Lightfoot, L.L.P.
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, DC 20006
202-659-5500

Attorneys for Plaintiff

_____
Daniel R. Lanier (04504)
Brian W. Casto (28010)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
410-727-6464

Attorneys for Defendants